

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sammy Esses, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha,　　Defendants. | SUMMONS IN A CIVIL CASE MMC<br><br>CASE NUMBER:<br><br>CV 08　　0856 |

TO: (Name and address of defendant)

See ATTACHMENT A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　FEB  8 2008
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　DATE

HELEN L. ALMACEN

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                                Signature of Server

                                                                  _____
                                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ATTACHMENT A

SiRF Technology Holdings, Inc.
HQ: 217 Devcon Dr
San Jose CA 95112
Agent: Corporation Service Comapny
2730 Gateway Oaks Dr
Sacramento CA 95833

Michael L. Canning
18825 Withey Rd
Monte Sereno CA 95030

Diosdado P. Banatao
86 Tallwood Ct
Atherton CA 94027

Geoffrey Ribar
15491 Francis Oaks Way
Los Gatos CA 95032

Kanwar Chadha
15740 Wood Acres Rd
Los Gatos CA 95030