

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Sammy Esses, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　　　Plaintiff,<br>　　v.<br>SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha,　　Defendants. | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: **MMC**<br>**CV 08  0856** |

TO: (Name and address of defendant)

See ATTACHMENT A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK
HELEN L. ALMACEN

FEB 8 2008
DATE _____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    *Date*                                   *Signature of Server*

                                             _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT A

SiRF Technology Holdings, Inc.
HQ: 217 Devcon Dr
San Jose CA 95112
Agent: Corporation Service Comapny
2730 Gateway Oaks Dr
Sacramento CA 95833

Michael L. Canning
18825 Withey Rd
Monte Sereno CA 95030

Diosdado P. Banatao
86 Tallwood Ct
Atherton CA 94027

Geoffrey Ribar
15491 Francis Oaks Way
Los Gatos CA 95032

Kanwar Chadha
15740 Wood Acres Rd
Los Gatos CA 95030

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2491631 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
SAMMY ESSES, et al.

Defendant:
SIRF TECHNOLOGY HOLDINGS INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV08-0856 MMC |
|---|---|---|---|---|

I, Jason Marshall, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INIITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : SIRF TECHNOLOGY HOLDINGS, INC.

By Serving : KAREN HARRIS, Authorized Agent of CSC-Lawyers Incorporating Service, Agent for Service of Process
Address : 2730 Gateway Oaks Drive, #100, Sacramento, California 95833
Date & Time : Monday, February 11, 2008 @ 2:52 p.m.
Witness fees were : Not applicable.

Person serving:
Jason Marshall
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98-61
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 12, 2008           Signature: _____
                                              Jason Marshall

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| | Ref. No. Or File No.<br>W2491634 | |
| Attorneys for:   PLAINTIFF | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff:
SAMMY ESSES, et al.

Defendant:
SIRF TECHNOLOGY HOLDINGS INC., et al.

| **PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number:<br>CV08-0856 MMC |
|---|---|---|---|---|

I, Shari Mckee                , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the:  SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INIITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : MICHAEL L. CANNING

By Serving         : "JANE DOE"  wife, (60; 5/5; C; 190#; F; Brown Hair)

Address            : 18825 Withey Road, Monte Sereno, California  95030
Date & Time        : Wednesday, February 13, 2008 @ 8:54 p.m.
Witness fees were  : Demanded but not paid.

Person serving:                          a. Fee for service:
Shari Mckee                              d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 752
San Francisco, California 94105             (3) County: Santa Clara
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 20, 2008                  Signature: _____
                                                    Shari Mckee



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California   94111 | (415) 288-4545 | |
| Attorneys for:   PLAINTIFF | Ref. No. Or File No.<br>W2491635 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>SAMMY ESSES, et al. | | |
| Defendant:<br>SIRF TECHNOLOGY HOLDINGS INC., et al. | | |
| **PROOF OF SERVICE** | Date:   Time:   Dept/Div: | Case Number:<br>CV08-0856 MMC |

I, Greg Vartanian               , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INIITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : DIOSDADO P. BANATAO |
| By Serving | : DIOSDADO P. BANATAO |
| Address | : 86 Tallwood Ct, Atherton, California   94027 |
| Date & Time | : Thursday, February 14, 2008 @ 7:30 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Greg Vartanian
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  225
   (3) County: San Mateo
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 15, 2008                                   Signature: _____
                                                                      Greg Vartanian



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for:   PLAINTIFF | Ref. No. Or File No.<br>W2491637 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
SAMMY ESSES, et al.

Defendant:
SIRF TECHNOLOGY HOLDINGS INC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div | Case Number:<br>CV08-0856 MMC |
|---|---|---|---|---|

I, Shari Mckee, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INIITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : GEOFFREY RIBAR

By Serving           : GEOFFREY RIBAR

Address              : 15491 Francis Oaks Way, Los Gatos, California  95032
Date & Time          : Monday, February 11, 2008 @ 7:03 p.m.
Witness fees were    : Not applicable.

Person serving:                         a. Fee for service:
Shari Mckee                             d. Registered California Process Server
**Wheels of Justice, Inc.**                (1) Employee or independent contractor
657 Mission Street, Suite 502              (2) Registration No.: 752
San Francisco, California  94105           (3) County: Santa Clara
Phone: (415) 546-6000                      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 13, 2008                 Signature: _____
                                                  Shari Mckee



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| | Ref. No. Or File No. | |
| Attorneys for:   PLAINTIFF | W2491638 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
SAMMY ESSES, et al.

Defendant:
SIRF TECHNOLOGY HOLDINGS INC., et al.

| **PROOF OF SERVICE** | Date: | Time | Dept/Div | Case Number:<br>CV08-0856 MMC |
|---|---|---|---|---|

I, Shari Mckee                       , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INIITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : KANWAR CHADHA

By Serving        : ASHU CHADHA, Wife

Address           : 15740 Wood Acres Road, Los Gatos, California  95030
Date & Time       : Wednesday, February 13, 2008 @ 9:07 p.m.
Witness fees were : Not applicable.

Person serving:                         a. Fee for service:
Shari Mckee                             d. Registered California Process Server
**Wheels of Justice, Inc.**                (1) Employee or independent contractor
657 Mission Street, Suite 502              (2) Registration No.: 752
San Francisco, California  94105           (3) County: Santa Clara
Phone: (415) 546-6000                      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 15, 2008              Signature: _____
                                              Shari Mckee

