```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    DAVID M. FURBUSH
 2  2475 Hanover Street
    Palo Alto, CA  94304-1114
 3  Telephone: (650) 233-4500
    Facsimile: (650) 233-4545
 4
    Attorneys for Defendants
 5  SiRF TECHNOLOGY HOLDINGS, INC.,
    MICHAEL L. CANNING, DIOSDADO P.
 6  BANATAO, GEOFFREY RIBAR AND
    KANWAR CHADHA
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAMMY ESSES, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 08 CV 00856 MMC |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION AND ~~PROPOSED~~ CONSOLIDATION ORDER |
| SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. BANATAO, GEOFFREY RIBAR and KANWAR CHADHA, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| BRIAN J. MAJUR, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 08 CV 01013 MMC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. BANATAO, GEOFFREY RIBAR and KANWAR CHADHA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| 1 | ALAN NUSSBAUM, On Behalf of Himself and All Others Similarly Situated, | No. 08 CV 00905 JSW |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | | |
| 5 | vs. | |
| 6 | SiRF TECHNOLOGY HOLDINGS, INC., DIOSDADO P. BANATAO, MICHAEL L. CANNING, KANWAR CHADHA and GEOFFREY RIBAR, | |
| 7 | | |
| 8 | Defendants. | |
| 9 | | |
| 10 | GARY MITCHELL SCHORR REV. TRUST U/A DTD 3-20-98, Individually and on Behalf of All Others Similarly Situated, | No. 08 CV 01121 MMC |
| 11 | | |
| 12 | Plaintiff, | |
| 13 | vs. | |
| 14 | SiRF TECHNOLOGY HOLDINGS, INC., DIOSDADO P. BANATAO, MICHAEL L. CANNING, GEOFFREY RIBAR and KANWAR CHADHA | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | SIDNEY FIELDEN, AS TRUSTEE ON BEHALF OF THE SIDNEY AND MILDRED FIELDEN JOINT REVOCABLE TRUST on behalf of itself and all others similarly situated, | No. 08 CV 01104 MHP |
| 19 | | |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | | |
| 23 | vs. | |
| 24 | SiRF TECHNOLOGY HOLDINGS, INC., DIOSDADO P. BANATAO, MICHAEL L. CANNING, KANWAR CHADHA and GEOFFREY RIBAR, | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| JAMES FURMAN, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. BANATAO, KANWAR CHADHA and GEOFFREY RIBAR, <br><br> Defendants. | No. 08 CV 01122 WHA |
| RODNEY HUNTER, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. BANATAO, GEOFFREY RIBAR and KANWAR CHADHA, <br><br> Defendants. | No. 08 CV 01210 SC |

The parties hereby stipulate, and the Court hereby orders, as follows:

**CONSOLIDATION OF RELATED CASES**

1.  The above-captioned actions are related cases within the meaning of Civil L.R. 3-12. Pursuant to FRCiv P. 42(a), these cases are hereby consolidated into Civil Action No. C08-00856 for pretrial proceedings before this Court. The consolidated action shall be captioned: "*In re SiRF Technology Holdings, Inc. Securities Litigation*."

2.  Counsel for Defendants hereby accept service of all complaints and summonses in the above-captioned matters pursuant to Federal Rule of Civil Procedure 4(d).

3.  All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related

1  action, absent order of the Court.  A party that objects to such consolidation, or to any other

2  provision of this Order, must file an application for relief from this Order within thirty (30) days

3  after the date on which a copy of this Order is served on the party's counsel.

4       4.    This Order is entered without prejudice to the rights of any party to apply for

5  severance of any claim or action, for good cause shown.

6                           **MASTER DOCKET AND CAPTION**

7       5.    The docket in Civil Action No. C-08-00856 shall constitute the Master Docket for

8  this action.

9       6.    Every pleading filed in the consolidated action shall bear the following caption:

10                          UNITED STATED DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION ) ) ) ) ) ) _____ ) This Document Related To: ) ) ) ) _____ ) | Master File No. C 08 00856 <br><br> CLASS ACTION |

18      7.    The file in Civil Action No. C08 00856 shall constitute a Master File for every action

19  in the consolidated action.  When the document being filed pertains to all actions, the phrase "All

20  Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading

21  applies only to some, not all, of the actions, the documents shall list, immediately after the phrase

22  "This Document Relates To:", the docket number of each individual action to which the document

23  applies, along with the last name of the first-listed plaintiff in said action (e.g., "No. C-08-00856

24  (Esses))."

25      8.    The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever

26  a case that should be consolidated into this action is filed in, or transferred to, this District.  If the

27  Court determines that the case is related, the clerk shall:

28          (a)   place a copy of this Order in the separate file for such action;

(b) serve on plaintiff's counsel in the new case a copy of this Order;

(c) direct that this Order be served upon defendants in the new case; and

(d) make the appropriate entry in the Master Docket.

## LEAD PLAINTIFF'S COUNSEL

9. After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3), Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations. Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead Plaintiff's Counsel shall be responsible for communications with the Court on behalf of all plaintiffs. Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel, and service upon Lead Plaintiff's Counsel shall be deemed sufficient to effect service on all plaintiffs.

10. Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel. Such agreements shall be binding on all plaintiffs.

## PLEADINGS AND MOTIONS

11. Following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel, the parties shall meet and confer and submit a mutually agreeable schedule for the filing of a consolidated complaint (or designation of an operative complaint), as well as for the briefing and hearing of responses thereto. The consolidated or operative complaint shall supersede all complaints filed in any of the actions consolidated herein.

12. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint filed by the Lead Plaintiff or a complaint designated as the operative complaint by the Lead Plaintiff.

13. The above-captioned cases have been designated for this Court's Electronic Case Filing Program, and all pleadings and papers shall be electronically served in accordance with the Local Rules and General Orders of this Court regarding Electronic Case Filing. To the extent that any papers are not electronically filed, the Defendants and the Lead Plaintiff shall serve all such papers on each other by hand, by overnight delivery, or facsimile, unless otherwise agreed upon.

1  Notwithstanding the foregoing, and paragraph 9 above, in the event that Defendants elect to serve

2  plaintiffs' counsel other than Lead Plaintiff's Counsel, they may do so by first-class mail, unless

3  otherwise agreed upon by the parties.

4  Dated: March 13, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH
2475 Hanover Street
Palo Alto, CA 94304-1114


By ___/s/ David M. Furbush_____

Attorneys for Defendants
SIRF TECHNOLOGY HOLDINGS, INC.,
MICHAEL L. CANNING, DIOSDADO P.
BANATAO, GEOFFREY RIBAR AND KANWAR
CHADHA

Dated: March 13, 2008.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA 94111


By _____/s/ Shawn A. Williams_____

Attorneys for Plaintiff
SAMMY ESSES, Individually and On Behalf of
All Others Similarly Situated

Dated: March 13, 2008.

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067


By ___/s/ Michael Goldberg_____

Attorneys for Plaintiff
BRIAN J. MAJUR and On Behalf of All Others
Similarly Situated

1  Dated: March 13, 2008.

2         STULL, STULL & BRODY
        PATRICE L. BISHOP
3         10940 Wilshire Boulevard, Suite 2300
        Los Angeles, CA  90024

4

5         By   /s/ Patrice L. Bishop

6         ABRAHAM FRUCHTER & TWERSKY LLP
        JEFFREY ABRAHAM
7         One Penn Plaza, Suite 2805
        New York, NY  10119

8

9         Attorneys for Plaintiff
        ALAN NUSSBAUM, on Behalf of Himself and All Others Similarly Situated

10

11  Dated: March 13, 2008.

12         WEISS & LURIE
        JORDAN L. LURIE
        LEIGH A. PARKER
13         ZEV B. ZYSMAN
        10940 Wilshire Boulevard, Suite 2300
14         Los Angeles, CA  90024

15

16         By   /s/ Jordan L. Lurie

17         Attorneys for Plaintiff
        GARY MITCHELL SCHORR REV. TRUST
        U/A DTD 3-20-98, Individually and on Behalf of
18         All Others Similarly Situated

19  Dated: March 13, 2008.

20         WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
        FRANCIS M. GREGOREK
21         BETSY C. MANIFOLD
        RACHELE R. RICKERT
22         MARISA C. LIVESAY
        Symphony Towers
23         750 B Street, Suite 2770
        San Diego, CA  92101

24

25         By   /s/ Betsy C. Manifold

26         Attorneys for Plaintiff
        SIDNEY FIELDEN, AS TRUSTEE ON BEHALF
27         OF THE SIDNEY AND MILDRED FIELDEN
        JOINT REVOCABLE TRUST on behalf of itself
28         and all others similarly situated

1  Dated: March 13, 2008.

2  GIRARD GIBBS LLP
   JONATHAN K. LEVINE
3  AARON M. SHEANIN
   BERNARD J. KORNBERG
4  601 California Street, Suite 1400
   San Francisco, CA 94108
5

6
   By   /s/ Arron M. Sheanin
7
   Attorneys for Plaintiff
8  JAMES FURMAN, Individually and On Behalf
   Of All Others Similarly Situated
9

10  Dated: March 13, 2008.

11  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
    ALAN R. PLUTZIK
12  L. TIMOTHY FISHER
    2125 Oak Grove Road, Suite 120
13  Walnut Creek, CA 94598

14

15  By   /s/ Alan R. Plutzik

16  Attorneys for Plaintiff
    RODNEY HUNTER, Individually and On Behalf
17  Of All Others Similarly Situated

18

19  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

20  "conformed" signature (/s/) within this efiled document.

21
       /s/ David M. Furbush
22

23
                      **ORDER**
24
    PURSUANT TO STIPULATION, IT IS **SO ORDERED.**
25

26
    DATED: March 14, 2008             *[signature]*
27                                    Hon. Maxine M. Chesney
                                      United States District Judge
28