```
LAW OFFICES BERNARD M.
   GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
215/561-3000 (fax)
debbie@bernardmgross.com
```

FILED
08 MAR 17 PM 2:21

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ESSES, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. BANATAO, GEOFFREY RIBAR and KANWAR CHADHA,<br><br>           Defendants. | No. 08cv0856 MMC<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Deborah R. Gross, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Sammy Esses in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order no. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jeffrey Lawrence, Esquire (166806)
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545

Dated: March 14, 2008

_____
DEBORAH R. GROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ESSES, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SiRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. CANNING, DIOSDADO P. BANATAO, GEOFFREY RIBAR and KANWAR CHADHA, <br><br> Defendants. | No. 08cv0856 <br><br> (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Deborah R. Gross, an active member in good standing of the bar of United States District Court, Eastern District of Pennsylvania, whose business address and telephone number is:

Suite 450, Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215-561-3600

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

**Dated:**_____

_____
**United States, Judge**