1 | Patrice L. Bishop (182256)
service@ssbla.com
2 | STULL, STULL & BRODY
10940 Wilshire Boulevard
3 | Suite 2300
Los Angeles, CA 90024
4 | Tel: (310) 209-2468
Fax: (310) 209-2087
5 |
6 | Jules Brody
STULL, STULL & BRODY
6 East 45th Street
7 | New York, NY 10017
Tel: (212) 687-7230
8 | Fax: (212) 490-2022

9 | Jeffrey Abraham
ABRAHAM FRUCHTER & TWERSKY LLP
10 | One Penn Plaza
Suite 2805
11 | New York, NY 10119
Tel: (212) 714-2444
12 | Fax: (212) 279-3655

13 | Counsel for Plaintiff Alan Nussbaum

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION, | CASE NO. 08-CV-00856 |
|---|---|
| This Document Relates To: | **CLASS ACTION** |
| All Actions. | **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**
**CASE NO. 08-CV-00856**
Z:\STULL\SIRF\PLD\PLBNotofAppear.wpd

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that Patrice L. Bishop of Stull, Stull & Brody hereby appears as

3  counsel for Plaintiff Alan Nussbaum (*Nussbaum v. SiRF Technology Holdings, Inc., et al.*, Case No.

4  08-CV-00905 JSW, consolidated March 14, 2008) in the within action.  Ms. Bishop is registered

5  with this Court's CM/ECF system and will receive all electronically filed documents in the within

6  action. All other service should be completed as follows:

> Patrice L. Bishop
> STULL, STULL & BRODY
> 10940 Wilshire Boulevard, Suite 2300
> Los Angeles, CA  90024
> Telephone:  (310) 209-2468
> Facsimile:  (310) 209-2087

Dated:  March 25, 2008

Patrice L. Bishop
STULL, STULL & BRODY

By: _____/s/_____
Patrice L. Bishop
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:    (310) 209-2468
Fax:    (310) 209-2087

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022

Jeffrey Abraham
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza
Suite 2805
New York, NY  10119
Tel:    (212) 714-2444
Fax:    (212) 279-3655

Counsel for Plaintiff Alan Nussbaum

1

**NOTICE OF APPEARANCE**
**CASE NO. 08-CV-00856**
Z:\STULL\SIRF\PLD\PLBNotofAppear.wpd

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

On March 25, 2008, I served the document(s) described as **NOTICE OF APPEARANCE** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

 xx   BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

 xx   BY PERSONAL SERVICE (as indicated). I delivered such envelope(s) by hand to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 25, 2008, at Los Angeles, California 90024.

| MELANIE JACOBS | s/Melanie Jacobs |
|---|---|
| Type or Print Name | Signature |

**PROOF OF SERVICE**
**CASE NO. 08-CV-00856 MMC**
Z:\STULL\SIRF\PLD\PLBNotofAppear.wpd

**SERVICE LIST**

| | |
|---|---|
| Jules Brody<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022 | Richard A. Maniskas<br>D. Seamus Kaskela<br>SCHIFFRIN BARROWAY TOPAZ &<br>KESSLER LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056 |
| Jeffrey Abraham<br>ABRAHAM FRUCHTER & TWERSKY LLP<br>One Penn Plaza<br>Suite 2805<br>New York, NY 10119<br>Tel: (212) 714-2444<br>Fax: (212) 279-3655 | Kenneth A. Elan<br>LAW OFFICES OF KENNETH A. ELAN<br>217 Broadway, Suite 605<br>New York, NY 10007 |
| Lionel Z. Glancy<br>Michael Goldberg<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 | Deborah R. Gorss<br>Robert P. Frutkin<br>LAW OFFICES OF BERNARD M. GROSS, P.C.<br>100 Penn Square East, Suite 450<br>Philadelphia, PA 19017<br>Tel: (215) 561-3600<br>Fax: (215) 561-3000 |
| Jordan L. Lurie*<br>Leigh A. Parker*<br>Zev B. Zysman*<br>WEISS & LURIE<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA 90024<br>**(Via Personal Service)** | Brian P. Murray<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Tel: (212) 682-1818<br>Fax: (212) 682-1892 |
| Francis M. Gregorek<br>Betsy C. Manifold<br>Rachele R. Rickert<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101 | Howard G. Smith<br>LAW OFFICES OF HOWARD G. SMITH<br>3070 Bristol Pike, Suite 112<br>Bensalem, PA 19020<br>Tel: (215) 638-4847<br>Fax: (215) 638-4867 |
| Jonathan K. Levine<br>Aaron M. Sheanin<br>Bernard J. Kornberg<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108 | Patrick V. Dahlstrom<br>POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP<br>1 North LaSalle Street, Suite 2225<br>Chicago, IL 60602<br>Tel: (312) 377-1181<br>Fax: (312) 377-1184 |
| Alan R. Plutzik<br>L. Timothy Fisher<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598 | |

**PROOF OF SERVICE**
**CASE NO. 08-CV-00856 MMC**
Z:\STULL\SIRF\PLD\PLBNotofAppear.wpd