1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   MICHAEL D. TORPEY (STATE BAR NO. 79424)
2  AMY M. ROSS (STATE BAR NO. 215692)
   BENJAMIN G. GEIGER (STATE BAR NO. 245614 )
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    1-415-773-5700
   Facsimile:    1-415-773-5759
6
   Attorneys for Defendants SiRF Technology Holdings, Inc.,
7  Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and
   Kanwar Chadha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION  This Document Related To: All Actions | No.  C-08-00856-MMC  <u>CLASS ACTION</u>  **NOTICE OF APPEARANCE** |
|---|---|

OHS West:260417746.1
1-3173 AR9/AR9

NOTICE OF APPEARANCE
CASE NO. C-08-00856-MMC

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the counsel of record for SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha in the above-captioned matter. Robert Varian, Michael D. Torpey, Amy M. Ross, and Benjamin Geiger are hereby appearing on behalf of all Defendants in this action and request that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

>   Robert Varian            Email: *rvarian@orrick.com*
>   Orrick, Herrington & Sutcliffe LLP
>   The Orrick Building
>   405 Howard Street
>   San Francisco, CA 94105-2669
>   Telephone:    415-773-5700
>   Facsimile:    415-773-5759
>
>   Michael Torpey           Email: *mtorpey@orrick.com*
>   Orrick, Herrington & Sutcliffe LLP
>   The Orrick Building
>   405 Howard Street
>   San Francisco, CA 94105-2669
>   Telephone:    415-773-5700
>   Facsimile:    415-773-5759
>
>   Amy M. Ross              Email: aross@*orrick.com*
>   Orrick, Herrington & Sutcliffe LLP
>   405 Howard Street
>   San Francisco, CA 94105-2669
>   Telephone:    415-773-5700
>   Facsimile:    415-773-5759
>
>   Benjamin Geiger          Email: *bgeiger@orrick.com*
>   Orrick, Herrington & Sutcliffe LLP
>   777 South Figueroa Street
>   Suite 3200
>   Los Angeles, CA 90017-5855
>   Telephone:    213-629-2020
>   Facsimile:    213-612-2499

| | | |
|---|---|---|
| 1 | Dated: April 8, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | _____/s/   Robert P. Varian_____ |
| 4 | | ROBERT P. VARIAN |
|   | | MICHAEL D. TORPEY |
| 5 | | AMY M. ROSS |
|   | | BENJAMIN G. GEIGER |
| 6 | | Attorneys for Defendants |
|   | | SiRF Technology Holdings, Inc., |
| 7 | | Michael L. Canning, Diosdado P. Banatao, |
|   | | Geoffrey Ribar and Kanwar Chadha |