1

2

3

4

5

6

7

8

9

10

11      **UNITED STATES DISTRICT COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA**

13

14

15  In re SiRF TECHNOLOGY HOLDINGS, INC. )      CASE NO. 08-CV-00856 MMC
16  SECURITIES LITIGATION,                                    )
                                                                              )      **CLASS ACTION**
                                                                              )
17          This Document Relates To:                        )
                                                                              )      **[PROPOSED] ORDER GRANTING**
18              All Actions.                                            )      **MOTION BY ALAN NUSSBAUM FOR**
    _____ )      **APPOINTMENT AS LEAD PLAINTIFF**
19                                                                            **AND LEAD COUNSEL PURSUANT TO**
                                                                              **SECTION 21D OF THE SECURITIES**
20                                                                            **EXCHANGE ACT OF 1934**

21                                                                    DATE:          May 16, 2008
                                                                    TIME:          9:00 a.m.
22                                                                    CTRM:        7, 19th Floor
                                                                    JUDGE:       Honorable Maxine M. Chesney

23

24

25

26

27

28

1    This Court, having considered the motion by Alan Nussbaum for Appointment of Lead

2    Plaintiff and Lead Counsel Pursuant to Section 21D of the Securities Exchange Act of 1934 (the

3    "Motion"), for good cause shown, hereby orders as follows:

4        1.    Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C.

5    §78u-4(a)(3)(B), Alan Nussbaum is appointed Lead Plaintiff for the Class.

6        2.    Lead Plaintiff's selection of counsel is approved.  Pursuant to §21D(a)(3)(B)(V), the

7    law firms of Abraham, Fruchter & Twersky, LLP is appointed as Lead Counsel for the class and

8    Stull, Stull & Brody is appointed as Liaison Counsel.

9        3.    Lead Counsel, in consultation with Liaison Counsel, is vested by the Court with the

10    following responsibilities and duties:

11            a.    To coordinate the preparation and filing of a Consolidated Amended

12    Complaint, and any subsequent pleadings;

13            b.    To coordinate the briefing and argument of all motions;

14            c.    To coordinate and conduct all discovery, pre-trial and trial proceedings for

15    plaintiffs;

16            d.    To call meetings of plaintiffs' counsel as they deem appropriate or necessary

17    from time to time;

18            e.    To initiate and conduct all settlement negotiations for plaintiffs with counsel

19    for defendants;

20            f.    To provide general coordination of activities of counsel on their side and to

21    delegate work responsibilities to selected counsel as may be required; and

22            g.    To perform such other duties as may be expressly authorized by further order

23    of the Court.

24        4.    Lead Counsel together with Liaison Counsel shall make all work assignments in

25    such a manner as to conduct the orderly and efficient prosecution of this litigation and to avoid

26    duplicative or unproductive effort.

27        5.    Defendants' counsel may rely upon all agreements made with Lead Counsel and

28    such agreements shall be binding on all plaintiffs.

1

1        6.     No motion, request for discovery, or other pretrial proceeding shall be initiated or

2 served by any plaintiff except through Lead Counsel.

3

4 DATED: _____

                        HONORABLE MAXINE M. CHESNEY

5                           DISTRICT COURT JUDGE

6

7 Submitted by:

8     Patrice L. Bishop
      STULL, STULL & BRODY
9     10940 Wilshire Boulevard
      Suite 2300
10    Los Angeles, CA  90024
      Tel:   (310) 209-2468
11    Fax:   (310) 209-2087

12   **Proposed Liaison Counsel for Plaintiffs**

13   Jeffrey S. Abraham
      Arthur J. Chen
14   ABRAHAM FRUCHTER & TWERSKY LLP
      One Penn Plaza
15   Suite 2805
      New York, NY  10119
16   Tel:   (212) 279-5050
      Fax:   (212) 279-3655
17

18   **Proposed Lead Counsel for Plaintiffs**

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING MOTION BY ALAN NUSSBAUM FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**
**CASE NO. C08-00856 MMC**                            Z:\STULL\SIRF\PLD\LP Ord.wpd