Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:     (310) 209-2468
Fax:    (310) 209-2087

**Proposed Liaison Counsel for Plaintiffs**

Jeffrey S. Abraham
Arthur J. Chen
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 2805
New York, NY  10119
Tel:     (212) 279-5050
Fax:    (212) 279-3655

**Proposed Lead Counsel for Plaintiffs**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION, <br><br>This Document Relates To:<br><br>All Actions. | CASE NO. 08-CV-00856 MMC <br><br>**CLASS ACTION** <br><br>**CERTIFICATION OF PATRICE L. BISHOP PURSUANT TO LOCAL RULE 3-7(d)** |

**DECLARATION OF PATRICE L. BISHOP PURSUANT TO LOCAL RULE 3-7(d)**
**CASE NO. C08-00856 MMC**
Z:\STULL\SIRF\PLD\PLB 3-7(d) Not.wpd

1. I, Patrice L. Bishop, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California.

2. I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

3. Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 8th day of April, 2008 at Los Angeles, California.

                                                                       /s/
                                                                 Patrice L. Bishop

1

**DECLARATION OF PATRICE L. BISHOP PURSUANT TO LOCAL RULE 3-7(d)**
**CASE NO. C08-00856 MMC**
Z:\STULL\SIRF\PLD\PLB 3-7(d) Not.wpd