Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

Jeffrey Abraham
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza
Suite 2805
New York, NY  10119
Tel:   (212) 714-2444
Fax:   (212) 279-3655

Counsel for Plaintiff Alan Nussbaum

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION, <br><br> This Document Relates To: <br><br> All Actions. | CASE NO. 08-CV-00856 MMC <br><br> **CLASS ACTION** <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**
**CASE NO. C08-00856 MMC**
Z:\STULL\SIRF\PLD\Email POS.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

On April 8, 2008, I served the document(s) described as follows:

**NOTICE OF MOTION AND MOTION BY ALAN NUSSBAUM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF MOTION BY ALAN NUSSBAUM FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934**

**[PROPOSED] ORDER GRANTING MOTION BY ALAN NUSSBAUM FOR APPOINTMENT AS LEAD PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934**

**CERTIFICATION OF PATRICE L. BISHOP PURSUANT TO LOCAL RULE 3-7(d)**

via electronic mail to the following email address(es):

Lionel Z. Glancy
Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
info@glancylaw.com

Jordan L. Lurie
Leigh A. Parker
WEISS & LURIE
jlurie@weisslurie.com
lparker@weisslurie.com

Francis M. Gregorek
WOLF HALDENSTEIN ADLER FREEMAN
   & HERZ LLP
gregorek@whafh.com

Jonathan K. Levine
GIRARD GIBBS LLP
jkl@girardgibbs.com

Alan R. Plutzik
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
aplutzik@bramsonplutzik.com

//

//

//

1

**PROOF OF SERVICE**
**CASE NO. C08-00856 MMC**
Z:\STULL\SIRF\PLD\Email POS.wpd

1   I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
2   following electronic mail address provided by the Securities Class Action Clearinghouse:

3   **scac@law.stanford.edu**

4   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

5

6   Executed on April 8, 2008, at Los Angeles, California 90024.

7

8   MELANIE JACOBS                                          /s/
    Type or Print Name                                   Signature

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**PROOF OF SERVICE**
**CASE NO. C08-00856 MMC**
Z:\STULL\SIRF\PLD\Email POS.wpd