1  Vahn Alexander (167373)
   FARUQI & FARUQI, LLP
2  1901 Avenue of the Stars, Second Floor
   Los Angeles, CA 90067
3  Tel: (310) 461-1426
   Fax: (310) 461-1427
4  valexander@faruqilaw.com

5  Michael L. Kelly (82063)
   Behram V. Parekh (180361)
6  KIRTLAND & PACKARD LLP
   2361 Rosecrans Avenue, Fourth Floor
7  El Segundo, CA 90245
   Tel: (310) 536-1000
8  Fax: (310) 536-1001
   mlk@kirtlandpackard.com
9  bvp@kirtlandpackard.com

10 *Attorneys for Proposed*
   *Lead Plaintiff Alex Meruelo*
11

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT CALIFORNIA

15

16 | In re SiRF Technology Holdings, Inc. ) | Master File No.: C08-00856 MMC
   | Securities Litigation )
17 | )  | **NOTICE OF MOTION AND MOTION**
   | ) | **FOR APPOINTMENT OF ALEX**
18 | This Document Related to:  ) | **MERUELO AS LEAD PLAINTIFF**
   | ) | **PURSUANT TO §21D OF THE**
19 |         ALL ACTIONS  ) | **SECURITIES EXCHANGE ACT OF 1934**
   | ) | **AND FOR APPROVAL OF LEAD**
20 | ) | **PLAINTIFF'S CHOICE OF LEAD**
   | ) | **COUNSEL**
21 | )
   | ) | CLASS ACTION
22 | )
   | ) | Date: May 16, 2008
23 | ) | Time: 9:00 a.m.
   | Ctrm.: Hon. Maxine M. Chesney

24

25

26

27

28

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on May 16, 2008 at 9:00 a.m., before the Honorable Maxine M. Chesney, in Courtroom 7, 19th Floor, located at 450 Golden Gate Avenue, San Francisco, California 94102-3483, Alex Meruelo (hereinafter "Movant"), will, and hereby does, move this Court for an order granting Movant's motion for his appointment as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934 and for approval of his choice of counsel as Lead Counsel (the "Motion").

This Motion is brought pursuant to §21D of the Securities Exchange Act of 1934 on the grounds that Movant has timely filed his Motion and that he is the "most adequate plaintiff." Moreover, Movant meets the requirements of Rule 23 of the *Federal Rules of Civil Procedure* for the purposes of this Motion in that his claims are typical of the other class members' claims and that he will fairly and adequately represent the class. Movant also seeks the Court's approval of his selection of Faruqi & Faruqi, LLP and Kirtland & Packard LLP, law firms which have substantial experience in prosecuting securities fraud class actions, as Co-Lead Counsel pursuant to §21D(a)(3)(B)(v).

This Motion is based on this Notice of Motion and Motion, the accompanying memorandum of points and authorities in support thereof, the declaration of Vahn Alexander filed herewith, the pleadings and other files herein, and such other written or oral argument as may be permitted by the Court.

DATED: April 8, 2008

Vahn Alexander (167373)
FARUQI & FARUQI, LLP

By: /s/ Vahn Alexander
Vahn Alexander

1901 Avenue of the Stars, Second Floor
Los Angeles, CA  90067
Tel:  (310) 461-1426
Fax: (310) 461-1427
valexander@faruqilaw.com

Michael L. Kelly (82063)
Behram V. Parekh (180361)
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue, Fourth Floor
El Segundo, CA  90245
Tel: (310) 536-1000
Fax: (310) 536-1001
mlk@kirtlandpackard.com
bvp@kirtlandpackard.com

*Attorneys for Proposed
Lead Plaintiff Alex Meruelo*