1  LEVY, RAM & OLSON, LLP
   Michael F. Ram (SBN 104805)
2  mfr@lrolaw.com
   639 Front Street, 4th Floor
3  San Francisco, CA 94111
   Telephone: (415) 433-4949
4  Facsimile: (415) 433-7311

5  *Liaison Counsel for Lead Plaintiff Movant
   Matthew Delaney*
6
   SPECTOR, ROSEMAN & KODROFF, P.C.
7  Robert M. Roseman
   rroseman@srk-law.com
8  Andrew D. Abramowitz
   aabramowitz@srk-law.com
9  John A. Macoretta
   jmacoretta@srk-law.com
10 David Felderman
   dfelderman@srk-law.com
11 1818 Market Street, Suite 2500
   Philadelphia, PA 19103
12 Telephone: (215) 496-0300
   Facsimile: (215) 496-6611
13
   *Counsel for Lead Plaintiff Movant
14 Matthew Delaney*

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No.: C 08 00856 |
|---|---|
|  | **CLASS ACTION** |
| This Document Related To:<br>ALL ACTIONS | **NOTICE OF MOTION AND MOTION OF MATTHEW DELANEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
|  | Date:   May 16, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>        [Hon. Maxine M. Chesney] |

Master File No. C 08 00856 – NOTICE OF MOTION AND MOTION OF MATTHEW DELANEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL        1

TO:    THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 16, 2008, at 9:00 a.m. before the Honorable Maxine M. Chesney in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, Movant, Matthew Delaney, ("Movant" or "Delaney") will move this Court for entry of an Order: (i) appointing Movant as Lead Plaintiff; and (ii) approving Movant's selection of the law firm of Spector Roseman & Kodroff, P.C. to serve as Lead Counsel and Levy, Ram & Olson, LLP as Liaison Counsel ("the Motion").

This motion is brought pursuant to Section 21D of the Securities and Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that Movant has timely filed the Motion and is the "most adequate plaintiff." Moreover, Movant meets the requirements of Rule 23 of the Federal Rules of Civil Procedure for purposes of this Motion in that his claims are typical of the other class members' claims and Movant will fairly and adequately represent the class. Movant also seeks the Court's approval of its selection of the law firm of Spector Roseman & Kodroff, P.C. as Lead Counsel and the law firm of Levy, Ram & Olson, LLP as Liaison Counsel.

In support of this Motion, Movant submits herewith: (i) a Memorandum of Law in support thereof; (ii) the Declaration of Michael F. Ram and the exhibits annexed thereto; (iii) Certification of Counsel; (iv) a Proposed Order granting Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; and all of the prior pleadings and other filings in this matter, and such other written or oral argument as may be permitted by the Court.

Dated: April 8, 2008                    LEVY, RAM & OLSON LLP

                                By:    ___*/s/ Michael F. Ram*___
                                       Michael F. Ram (SBN 104805)
                                       mfr@lrolaw.com
                                       639 Front Street, 4th Floor
                                       San Francisco, CA 94111
                                       Telephone: (415) 433-4949
                                       Facsimile: (415) 433-7311

                                       *Proposed Liaison Counsel*

///

1
2
3
4
5
6
7
8
9

                                              Robert M. Roseman
                                              rroseman@srk-law.com
                                              Andrew D. Abramowitz
                                              aabramowitz@srk-law.com
                                              John A. Macoretta
                                              jmacoretta@srk-law.com
                                              David Felderman
                                              dfelderman@srk-law.com
                                              **SPECTOR ROSEMAN & KODROFF, P.C.**
                                              1818 Market Street, Suite 2500
                                              Philadelphia, PA 19103
                                              Telephone: (215) 496-0300
                                              Facsimile: (215) 496-6611

                                              *Proposed Lead Counsel*

10

11   F:\Docs\1127-01\Pleadings\MotLeadCounsel-NOT-Ptff Delaney.doc

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28