1  Vahn Alexander (167373)
   FARUQI & FARUQI, LLP
2  1901 Avenue of the Stars, Second Floor
   Los Angeles, CA 90067
3  Tel: (310) 461-1426
   Fax: (310) 461-1427
4  valexander@faruqilaw.com

5  Michael L. Kelly (82063)
   Behram V. Parekh (180361)
6  KIRTLAND & PACKARD LLP
   2361 Rosecrans Avenue, Fourth Floor
7  El Segundo, CA 90245
   Tel: (310) 536-1000
8  Fax: (310) 536-1001
   mlk@kirtlandpackard.com
9  bvp@kirtlandpackard.com

10 *Attorneys for Proposed*
   *Lead Plaintiff Alex Meruelo*

11

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT CALIFORNIA**

15

16 In re SiRF Technology Holdings, Inc.      )   Master File No.: C08-00856 MMC
   Securities Litigation                     )
17                                            )   **DECLARATION OF VAHN**
   ─────────────────────────────────         )   **ALEXANDER IN SUPPORT OF**
18                                            )   **MOTION FOR APPOINTMENT OF**
   This Document Related to:                  )   **ALEX MERUELO AS LEAD**
19                                            )   **PLAINTIFF PURSUANT TO §21D OF**
              ALL ACTIONS                     )   **THE SECURITIES EXCHANGE ACT OF**
20                                            )   **1934 AND FOR APPROVAL OF LEAD**
                                              )   **PLAINTIFF'S CHOICE OF LEAD**
21                                            )   **COUNSEL**
                                              )
22                                            )   CLASS ACTION
   ─────────────────────────────────         )
23                                                Date:   May 16, 2008
                                                  Time:   9:00 a.m.
24                                                Ctrm.:  Hon. Maxine M. Chesney

25

26

27

28

1  I, Vahn Alexander, declare as follows:

2      1.    I am an attorney duly licensed to practice before all the courts of the State of

3  California.  I am a partner with the law firm of Faruqi & Faruqi, LLP, one of the counsel of

4  record for Alex Meruelo concerning the above-entitled action.  I have personal knowledge of the

5  matters stated herein, and, if called upon, I could and would competently testify thereto.

6      2.    Attached are true and correct copies of the following exhibits:

7  Exhibit A:    Alex Meruelo's sworn certification;

8  Exhibit B:    Press releases announcing the commencement of various class actions

9                        against SiRF Technology Holdings, Inc., and certain of its officers and

10                      directors, beginning on February 9, 2008;

11  Exhibit C:    Firm resume of Faruqi & Faruqi, LLP; and

12  Exhibit D:    Firm resume of Kirtland & Packard LLP.

13      I declare under penalty of perjury under the laws of the State of California and the United

14  States of America that the foregoing is true and correct.  Executed this 8th day of April, 2008 at

15  Los Angeles, California.

16

17                                          _____

18                                          Vahn Alexander

19

20

21

22

23

24

25

26

27

28

*EXHIBIT A*

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Alex Meruelo, duly certify and state:

1.  I make this declaration pursuant to Section 101 of the Private Securities Litigation Reform Act of 1995 as required by Section 21D(a)(2) of Title I of the Securities Exchange Act of 1934 (the "Act").

2.  I have reviewed a complaint filed against **SiRF Technology Holdings Inc.** (the "Complaint"), adopt its allegations and authorize the filing of a similar complaint, if required.

3.  I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under Title I of the Act.

4.  I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.  To the best of my current knowledge, the following are all of my transactions in **SiRF Technology Holdings Inc.'s** securities during the Class Period specified in the reviewed Complaint, October 30, 2007 through February 4, 2008, inclusive:

See Attached Exhibit A.

6.  During the three year period preceding the date on which this certification is signed, I have not served or sought to serve as a class representative in any case brought under the Federal Securities Laws, except as follows:

In re Williams Securities Litigation, Northern District of Oklahoma

In re Mastec Inc. Securities Litigation, Southern District of Florida

7.  I will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

relating to the representation of the class.

    8. The matters stated in this declaration are true to the best of my current knowledge,

information and belief.

    9. I hereby certify, under penalty of perjury pursuant to the laws of the United States of

America, that the foregoing is true and correct.

Dated: 4-4-08

                               Alex Meruelo

# Exhibit A

## SIRF

**Securities Transactions**

Alex Meruelo

| Common Stock | Date of Purchase | Number of Shares | Price Per Share |
|---|---|---|---|
| | 1/16/2008 | 10,000 | $16.9773 |
| | 1/16/2008 | 5,000 | $16.5000 |
| | 1/17/2008 | 5,000 | $16.3000 |
| | 1/17/2008 | 5,000 | $16.0500 |
| | 1/17/2008 | 2,500 | $16.1561 |
| | 1/17/2008 | 2,500 | $16.1385 |
| * | 2/6/2008 | 44,800 | $22.50 |
| * | 1/18/2008 | 4,400 | $25.00 |
| * | 1/30/2008 | 2,500 | $25.00 |

* Purchased on assignment

| Options: Date of Purchase/Sale | Type of Options | # Contracts Sold/Shares Purchased | Price |
|---|---|---|---|
| 10/15/2007 Sale | Dec. 07 $30 calls: | 100 | $1.25 |
| 10/16/2007 Sale | Jan. 08 $30 Calls: | 100 | $1.80 |
| 10/17/2007 Purchase | Dec. 07 $30 calls: | 100 | $1.00 |
| 10/22/2007 Purchase | Jan. 08 $30 calls: | 100 | $0.80 |
| 12/18/2007 Sale | March 08 $25 puts: | 250 | $2.98 |
| 1/9/2008 Sale | March 08 $25 puts: | 100 | $6.30 |
| 1/11/2008 Sale | March 08 $25 puts: | 167 | $6.85 |
| 1/30/2008 Purchase | March 08 $25 puts: | 448 | $10.25 |
| 1/31/2008 Sale | Sept. 08 $22.50 puts: | 448 | $8.50 |

*EXHIBIT B*

# Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit against SiRF Technology Holdings, Inc

## Business Wire, Feb 9, 2008

- E-mail
- Print
- Link

SAN DIEGO -- Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/sirf/) today announced that a class action has been commenced in the United States District Court for the Northern District of California on behalf of purchasers of SiRF Technology Holdings, Inc. ("SiRF") (NASDAQ:SIRF) publicly traded securities during the period between October 30, 2007 and February 4, 2008 (the "Class Period").

More Articles of Interest
    Girard Gibbs LLP Files...
    Johnson &...
    Johnson &...
    Weiss & Lurie...
    Law Offices of Howard...

Most Popular Publications in Business
    Business Wire
    Black Enterprise
    Real Estate Weekly
    Los Angeles Business ...
    Communication World
    **More** »

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/sirf/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges SiRF and certain of its officers and directors with violations of the Securities Exchange Act of 1934. SiRF, through its subsidiaries, engages in the development and marketing of semiconductor and software products that are designed to enable location-awareness utilizing global positioning system and other location technologies worldwide.

▼ Ad Feedback



The complaint alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's business and prospects. As a result of defendants' false statements, SiRF stock traded at artificially inflated prices during the Class Period, permitting one of the defendants to sell $9.6 million worth of his SiRF stock at $24.18-$24.29 per share.

On February 4, 2008, after the market closed, the Company announced disappointing financial results for its fourth quarter and fiscal 2007. On February 5, 2008, SiRF's stock collapsed $8.91 per share to close at $7.36 per share, a one-day decline of 54%.

According to the complaint, the true facts, which were known by the defendants but concealed from the investing public during the Class Period, were as follows: (a) SiRF's acquisition of Centrality Communications, Inc. was having an adverse impact on SiRF's results due to the similar products sold by Centrality which were cannibalizing SiRF's sales; (b) SiRF's major customers were not placing orders at sufficient quantities for SiRF to meet the aggressive targets set by and for the Company; (c) Centrality's System-on-Chip ("SoC") product line had lower gross margins than SiRF's products and defendants knew that although the Centrality acquisition would increase revenues in the fourth quarter (as it did), it would also significantly lower SiRF's gross margins (as it also did); (d) competitive pressures were having much more of an adverse impact on the Company than acknowledged by defendants, as SiRF's customers were moving to cellular-enabled products which SiRF could not adequately compete with; (e) as of October 30, 2007, one month into the fourth quarter, fourth quarter gross margins would be down significantly because of the lower SoC product line margins; and (f) downward pricing pressures were accelerating and would lead to lower margins and earnings in future quarters.

Plaintiff seeks to recover damages on behalf of all purchasers of SiRF publicly traded securities during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Coughlin Stoia Web site (http://www.csgrr.com) has

more information about the firm.

COPYRIGHT 2008 Business Wire
COPYRIGHT 2008 Gale, Cengage Learning

- 1
- 2
- Next »

**Sponsored Links**

**2008 Beach Book Festival**
Honoring The Hot Reads of Summer Over $10,000 In Prizes/Cash/Travel
www.beachbookfestival.com

**Easy Payroll Software**
Paychecks, direct deposit & taxes. Forms completed for all 50 states.
paycycle.com

**Festivals in LA & SoCal**
Insider Info on LA Festivals Get Thrillist Free Daily Emails
thrillist.com

**Bonnaroo 2008**
See Vampire Weekend at Bonnaroo Check out their new CD here!
mtv.com

(about)

Find Featured Titles for: News
[  ▼    CLICK TO VIEW    ▼  ]

Find Research Guides for:
[  ▼    CLICK TO VIEW    ▼  ]

BNET
Site Help & Feedback

    About CNET Networks
    Jobs
    Advertise
    Partnerships
    Site Map
    RSS Site Map

Visit other CNET Networks sites: Select Site    [  ] [ Go ]

Copyright © 2008 CNET Networks, Inc. All Rights Reserved. Privacy Policy | Terms of Use

Yahoo! My Yahoo! Mail    Make Y! your home page        Search:        **Web Search**

**YAHOO!** FINANCE    Welcome, vma355    Finance Home - 
[Sign Out, My Account]    Help                    PR Newswire

GET QUOTES    Finance Search

E✲TRADE    Scottrade    AMERITRADE

**Related Quote**



SIRF 24-Mar 3:59pm (C)Yahoo!

SIRF    6.89   +0.75   News

**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

**Press Release**                Source: Dreier LLP

# Dreier LLP Announces Class Action Lawsuit Against SiRF Technology Holdings, Inc. (SIRF)

Wednesday February 13, 9:00 am ET

NEW YORK, Feb. 13 /PRNewswire/ -- Dreier LLP (www.dreierllp.com) announces that a class action lawsuit was commenced in the U.S. District Court for the Northern District of California on behalf of investors who purchased SiRF Technology Holdings, Inc. ("SiRF" or the "Company") (Nasdaq: SIRF - News) publicly traded securities during the period from October 30, 2007 through February 4, 2008, inclusive (the "Class Period"). The Complaint alleges that SiRF and certain of the Company's officers and directors (collectively, the "Defendants") violated the Securities Exchange Act of 1934.

**Related News Stories**

- Get Rich in Google's Android Dream - at Motley Fool (Thu Mar 20)
- Making Cents in Penny Stocks - at Motley Fool (Thu Mar 20)
- Law Offices of Howard G. Smith Announces 21 Days Remaining to Move to Be a Lead Plaintiff in the Shareholder Lawsuit Against SiRF Technology Holdings, Inc. - PR Newswire (Wed Mar 19)
- Sony-Ericsson Phone Horror - RealMoney by TheStreet.com (Wed Mar 19)

More...

- By industry: Scientific & Technical Instruments

ADVERTISEMENT



If you purchased SiRF publicly traded securities during the Class Period, you may be a member of the proposed Class. You must move the Court on or before April 8, 2008 if you wish to serve as a lead plaintiff. Lead plaintiffs must meet certain legal requirements. If you purchased SiRF publicly traded securities and want to discuss your legal rights, you may contact Bruce D. Bernstein (classlaw@dreierllp.com) of Dreier LLP at 800-952-8897. Class members may retain counsel of their choice and move the Court to serve as a lead plaintiff, or may choose to do nothing and remain absent class members.

SiRF, through its subsidiaries, engages in the development and marketing of semiconductor and software products that are designed to enable location- awareness utilizing global positioning system (GPS) and other location technologies worldwide.

ADVERTISEMENT



KATHARINE MCPHEE - OVER IT

Y! MUSIC VIDEOS    Watch Video

**Top Stories**

Dreier LLP Announces Class Action Lawsuit Against SiRF Technology Holdings, Inc. (S...   Page 2 of 3

The Complaint alleges that during the Class Period, Defendants misled investors by making materially false and misleading statements concerning SiRF's performance and prospects. Among other things, the Complaint alleges that Defendants failed to disclose that: (a) SiRF's acquisition of Centrality Communications, Inc. ("Centrality") was negatively impacting SiRF's financial results due to product overlap between the two companies; (b) SiRF was failing to meet its own ambitious price targets due to insufficient product orders from SiRF's major customers; (c) Centrality's System-on-Chip product line had lower gross margins than SiRF's products, inevitably resulting in a significant decrease in SiRF's gross margins; (d) SiRF's customer base was dwindling as the Company's customers were switching to cellular-enabled products that SiRF could not adequately compete with; and (e) downward pricing pressures were accelerating, leading to lower margins and subsequently lower earnings in future quarters. As a result of Defendants' misleading statements, SiRF publicly traded securities traded at artificially inflated prices during the Class Period.

On February 4, 2008, after the market closed, the Company announced disappointing financial results for its fourth quarter and fiscal year 2007. As a direct and proximate result of this news, on February 5, the price of SiRF stock declined $8.91 per share to close at $7.36 per share, a one day decline of 54%, on extremely high trading volume.

Dreier LLP's Class Action Litigation Group has vast experience representing domestic and foreign institutional and individual investors in securities and other class actions throughout the country. The partners who head Dreier LLP's Class Action Litigation Group have successfully prosecuted securities fraud class actions in a wide variety of industries and have played a significant role in cases that have resulted in some of the largest securities class action settlements. Prior results do not guarantee a similar outcome. As of the date of this Notice, Dreier LLP has not filed a Complaint against SiRF.

Background on Dreier LLP

Dreier LLP was founded in 1996 by Marc Dreier as a more responsive and innovative alternative to traditional "large-firm" lawyering. Dreier LLP represents a wide range of institutional, entrepreneurial and individual clients in diverse sectors of financial, industrial and service-oriented markets. The firm's principal practices are commercial litigation, class action litigation, real estate, bankruptcy and corporate reorganization, employment, corporate and securities, entertainment, intellectual property, matrimonial and tax. Dreier LLP's Los Angeles affiliate, Dreier Stein Kahan Browne Woods George LLP, has its principal practice in entertainment and commercial litigation and corporate transactions. The firm's New York affiliate Schlesinger Gannon & Lazetera LLP has an extensive practice in the area of trusts and estates law. Pitta & Dreier LLP is an affiliate which specializes in labor law, and Pitta, Bishop, Del Giorno & Dreier LLP specializes in government relations. In the 12 years since its founding, Dreier LLP, with its affiliate members, has grown to more than 200 attorneys, with its principal office at 499 Park Avenue in Manhattan, and additional offices in Los Angeles and Santa Monica, California; Albany, New York; and Stamford, Connecticut.

Attorney advertising

- Stocks Jump on Revised Bear Stearns Deal - AP (6:11 pm)
- Justice Dept. Approves XM-Sirius Merger - AP (5:07 pm)
- JPMorgan Raises Bear Purchase Price - AP (5:34 pm)
- Home Sales Rose in February - AP (6:12 pm)

More...

· Most-viewed articles

**RSS Feeds**

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

SIRF Headlines

Scientific & Technical Instruments Headlines

More Finance RSS Feeds

Source: Dreier LLP

✉ Email Story     📞 Set News Alert     🖨 Print Story     Yahoo! Buzz

[ Search News ]

Sponsor Results

Countrywide® Home Loans
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

Trade Forex Online
Free Forex Software & One-on-One Training. Try GFT risk-free now.
www.GFTforex.com

Earn From 3.04% to 3.35%
With AAA rated, GE Capital Corp. Not an offer of securities for sale.
www.geinterestplus.com

(What's This?)

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly
prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in
the content, or for any actions taken in reliance thereon.

Wolf Haldenstein Adler Freeman & Herz LLP Commences Class Action Lawsuit on Beh...    Page 1 of 3





**Forbes**.com

Search: Forbes.com  Quotes  Video  Web  Blogs  Advanced

INSIDE FORBES.COM
• Most Popular Virtual Worlds
• Top 10 Disruptive Companies
• Top 6 Corporate Kool-Aids

U.S.  EUROPE  ASIA    HOME PAGE FOR THE WORLD'S BUSINESS LEADERS    Free Trial Issue

HOME  BUSINESS  TECH  MARKETS  ENTREPRENEURS  LEADERSHIP  PERSONAL FINANCE  FORBESLIFE  LISTS  OPINIONS

Video  Blogs  E-mail Newsletters  Org Chart Wiki  People Tracker  Portfolio Tracker  Special Reports  Widgets  CEO Network

E-Mail | Request Reprints | E-Mail Newsletters | My Yahoo! | RSS

Business Wire - Press Release    

# Wolf Haldenstein Adler Freeman & Herz LLP Commences Class Action Lawsuit on Behalf of SiRF Technology Holdings, Inc. Investors

02.25.08, 6:21 PM ET

ADVERTISEMENT
ONLINE PROGRAMS


### Related Quotes

SiRF    6.89   ▼ 0.75

[ got quotes ]

### Most Popular Stories

Young Billionaires

Easily Overlooked Tax Deductions

The No-Tech Hacker

Job Hunting In A Downturn

How To Tap Lenders When Credit Is Tight

### Popular Videos

DeBeers Means Diamonds

Foreign Fizz

Bernanke The Parish Priest?

Innovation Saves Environment

Lindsay vs. Britney

Wolf Haldenstein Adler & Herz LLP today filed a class action lawsuit in the United States District Court, Northern District of California, on behalf of all persons who purchased the securities of SiRF Technology Holdings, Inc. ("SiRF" or the "Company") (NASDAQ:SIRF) between October 31, 2007 and February 4, 2008, inclusive (the "Class Period"), against the Company and certain officers and directors, alleging fraud pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. ss.ss. 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. ss. 240.10b-5) (the "Class").

The case name is styled Fielden v. SiRF Technology Holdings, Inc., et al. A copy of the complaint filed in this action is available from the Court, or can be viewed on the Wolf Haldenstein Adler Freeman & Herz LLP website at www.whafh.com.

The complaint alleges that throughout the Class Period, defendants issued numerous, positive press releases, statements and quarterly financial reports filed with the SEC that described the Company's financial performance. These statements were materially false and misleading because they failed to disclose and misrepresented the following adverse facts, among others: (a) that the Company's purchase of Centrality Communications, Inc. ("Centrality") was having an adverse impact on SiRF's financial results due to an overlap in product lines; (b) that SiRF's major customers were not placing sufficient orders for the Company to meet its targets; (c) that Centrality's product line had lower gross margins than the Company's products and though Centrality's acquisition would help SiRF increase revenue it would also significantly lower SiRF's gross margins; (d) that the Company's customers were moving to cellular-enabled

Make Forbes.com My Home Page    Bookmark This Page

News by E-mail Get stories by E-Mail on this topic FREE

### Companies

☐ SIRF

Become a member FREE    Already a Member? Log In

Enter Username    Enter E-Mail Address

Select Your Title    Receive Special Offers? ☑

FAQ | Terms, Conditions and Notices | Privacy Policy

Also available: E-Mail Newsletters

### Trading Center



Make Forbes.com
My Home Page

Bookmark
This Page

Become a member
Portfolio | Register

Forbes Attaché
Personalize Now!

ADVERTISEMENT

WATCH THE
FORBES.COM
VIDEO NETWORK
Every day. Up-to-date. Always relevant.  Forbes

Small Business Attaché
Do you own a small business?
Activate your Attaché
in one click
Activate Now!

Forbes Attaché
Personalize Your Own!

Weather    Select Your City  ▼
Sports    Select Your Team  ▼
Watch List   Select Companies  ▼
Industry News  Choose Industry  ▼
Authors    Choose Favorites  ▼

products which SiRF could not compete with; (e) that downward pricing pressures were accelerating and would lead to lower margins in the future; and (f) that as a result of these factors defendants had no basis for making statements suggesting that the Company's earnings per share would remain steady in their fourth fiscal quarter.

Defendants' false and misleading statements during the Class Period caused the Company's stock to trade at artificially inflated prices.

Finally, on February 4, 2008, the Company issued a press release announcing its financial results for the fourth quarter of 2007. When the truth about the Company was revealed SiRF's stock price plunged $8.91 per share, losing approximately 55% of its value, to close at $7.36 per share.

In ignorance of the false and misleading nature of the statements described in the complaint, and the deceptive and manipulative devices and contrivances employed by said defendants, plaintiff and the other members of the Class relied, to their detriment, on the integrity of the market price of SiRF securities. Had plaintiff and the other members of the Class known the truth, they would not have purchased said securities, or would not have purchased them at the inflated prices that were paid.

If you purchased SiRF securities during the Class Period, you may request that the Court appoint you as lead plaintiff before April 8, 2008. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Wolf Haldenstein, or other counsel of your choice, to serve as your counsel in this action.

Wolf Haldenstein has extensive experience in the prosecution of securities class actions and derivative litigation in state and federal trial and appellate courts across the country. The firm has approximately 70 attorneys in various practice areas; and offices in Chicago, New York City, San Diego, and West Palm Beach. The reputation and expertise of this firm in shareholder and other class litigation has been repeatedly recognized by the courts, which have appointed it to major positions in complex securities multi-district and consolidated litigation.

If you wish to discuss this action or have any questions, please contact Wolf Haldenstein Adler Freeman & Herz LLP at 270 Madison Avenue, New York, New York 10016, by telephone at (800) 575-0735 (Jeffrey G. Smith, Esq., Gregory M. Nespole, Esq., Martin Restituyo, Esq. or Derek Behnke), via e-mail at classmember@whafh.com or visit our website at www.whafh.com. All e-mail correspondence should make reference to SiRF.

1 of 1

ADVERTISEMENTS

Free Forex Guide
Free Forex Starter Kit from GFT. Includes a Free Practice Account.
www.GFTforex.com

Options Investing Simplified
$9.95/Option Trade, $0/Contract Flat Rate Pricing. Get 50 free trades!
www.optionshouse.com

How's your Credit Score?
A good Credit Score is 700+ and can save you money. See yours now - $0
www.creditreport.com

AARP Auto Ins Quotes
Over 50? Save $385 On Auto Ins With The Hartford. Free No Hassle Quote
AARP.TheHartford.com

On The Ave NYC
Style and comfort with and authentic New York neighborhood experience
www.ontheave-nyc.com

Buy a link here

ForbesAutos.com



Small Business                     more >



The Entrepreneur Library
Ten books that no entrepreneur should be without.

Sponsored By

CEO Book Club



Spirituals
Marisa Rindone
James McBride's second novel impresses and inspires.
READ REVIEW



The Sound Of Silence
Paul Maidment
Having trouble managing your business? Maybe you talk too much.
READ REVIEW

Article Controls
E-mail | Request Reprints | E-Mail Newsletters | ☐ My Yahoo! | RSS



Related Sections
Home > News & Analysis

Subscriptions >

**Subscribe To Newsletters**    **Subscriber Customer Service**







SITEMAP   HELP   CONTACT US   INVESTMENT NEWSLETTERS   FORBES CONFERENCES   FORBES MAGAZINES   FORBESAUTOS

Ad Information  Forbes.com Mobile  RSS ⊠ Reprints/Permissions  Subscriber Services
Privacy Statement  Terms, Conditions and Notices  About Our Ads
© 2008 Forbes.com LLC™   All Rights Reserved

Tested By    Market Data By    Market Data By    Market Data By    Investopedia    Polska    Luxury Cars    Luxury Travel

SPIRENT    THOMSON    quotemedia    INVESTOPEDIA    Forbes    Forbes    Forbes TRAVELER

Stock quotes are delayed at least 15 minutes for Nasdaq, at least 20 minutes for NYSE/AMEX U.S. Indices are delayed at least 15 minutes with the exception of Nasdaq, Dow Jones Industrial Average and S&P 500 which are 2 minutes delayed

Powered By    Oracle DBA by

at&t    THE PYTHIAN GROUP
Intelligent Content Distribution System    REMOTE DBA Oracle-SQL-MySQL





| | Symbol | **Get Quote** Keyword | **Search** | Subscribe to Money<br>Make CNNMoney my Homepage<br>Add to Favorites |

Home   Business News   Markets   Personal Finance   Real Estate   Technology   Small Business   Luxury   Fortune

My Portfolio   CNN.com

TRADING CENTER    Active Traders    Click to use SmartText!   AMERITRADE Trade free for 30 days    100 FREE TRADES EXTENDED Securities List $6.99-$9.99 Trades

# Weiss & Lurie Announces Filing of Shareholder Class Action Lawsuit Against SiRF Technology Holdings, Inc.

February 27, 2008: 02:40 PM EST

The law firm of Weiss & Lurie announced today that a class action lawsuit has been filed in the United States District Court for the Northern District of California, entitled Scherr Rev. Trust U/A DTD 3-20-98 v. SiRF Technology Holdings, Inc., on behalf of persons who acquired the publicly traded securities of SiRF Technology Holdings, Inc. ("SiRF" or the "Company") (NASDAQ: SIRF) during the period from October 30, 2007 through February 4, 2008, inclusive (the "Class Period"). Plaintiff seeks to recover damages on behalf of the class and is represented by Weiss & Lurie.

The Complaint alleges that during the Class Period, SiRF and certain of its officers and directors violated the federal securities laws by publicly disseminating materially false and misleading statements concerning SiRF's financial results and business while failing to disclose material adverse facts, and further alleges that defendants' misstatements artificially inflated the price of the Company's securities.

After the markets closed on February 4, 2008, the Company reported a nearly 90% decrease in its fourth quarter 2007 net earnings from its fourth quarter 2006 results and a net loss of $10.4 million for its fiscal year 2007. As a result of this news, the price of SiRF stock plunged 54% in a single day from its closing price of $16.27 per share on February 4, 2008 to close at $7.36 on February 5, 2008.

Weiss & Lurie, with offices in New York and Los Angeles, has extensive experience in complex litigation, particularly securities class actions, and has been appointed lead class counsel in numerous consolidated and multi-district cases. For more information about the firm, please visit our website: http://www.weisslurie.com.

If you are a member of the class as described above, you may move the Court no later than April 8, 2008, to serve as a lead plaintiff. However, in order to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995. A lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as lead plaintiffs. Your ability to share in any recovery is not, however, affected by your decision whether or not to serve as a lead plaintiff. You may retain Weiss & Lurie, or other counsel of your choice, to serve as your counsel in this action.

If you wish to discuss this action, participate in this suit or have any questions or concerns regarding this notice, or preservation of your rights, please contact:

```
Jordan L. Lurie, Esq.
Leigh A. Parker, Esq.
Weiss & Lurie - Los Angeles, CA
Telephone: 800.437.7918
email: Email Contact
internet: www.weisslurie.com
```


marketwire

**Top Stories**

'You're working for gas now'

XM-Sirius merger approved by DOJ

Stocks make it 2 for 2

Don't trust the Wall Street rally

IRS opens offices for stimulus checks

Sponsored Links

Degree Programs Online
Earn Your AA, BA, BS or MS Degree 100% Online. Find Out More Now!

Medical Billing Training
Learn more about Medical Billing. Start your Online Education today!

Sharp Tools, Flat Rate Pricing
OptionsHouse, $9.95/Option Trade, $0/Contract Get 50 free trades now!

**Market Trends Helped Me Turn $33K into Over $7 Million**

Get my Book & DVD for FREE and learn how to make your fortune in this volatile market!



- Over 100,000 clients have tried Trend Trading.
- My Power Trends thrive in Volatile markets.
- Your portfolio can SOAR if you learn from history.

– Just $6.95 S&H

Trend Trading To Win

GET A FREE TRIAL ISSUE!

MONEY RETIRE RICH

Name
Address
City
State/Pr
Zip/Postal
E-mail

Continue   Privacy Policy

Sponsored Links

Trade Currencies w/ GFT
Dow Jones news, analytics & charts. Available in our free software.
www.GFTforex.com

Sharp Tools, Flat Rate Pricing
OptionsHouse, $9.95/Option Trade, $0/Contract Get 50 free trades now!
www.optionshouse.com

Degree Programs Online
Earn Your AA, BA, BS or MS Degree 100% Online. Find Out More Now!
www.FloridaTechOnline.com

Buy a link here

**More Markets**

Stocks make it 2 for 2

Taiwan stocks surge after election

Tech stocks we love

**The Hot List**

'You're working for gas now'

Mega-mansions hit auction block

America's Money: In their own words

© 2008 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy

Home   Portfolio   Calculators   Contact us   Newsletters   Podcasts   RSS   Mobile   Press Center   Site Map
Advertise with Us   Magazine Customer Service   Download Fortune Lists   Reprints   Career Opportunities   Special Sections   Conferences   Business Leader Council

Live Quotes automatically refresh, but individual squibes are delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Market indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET.
* : Time reflects local markets trading time. † : Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Disclaimer
Copyright © 2008 BigCharts.com Inc. All rights reserved. Please see our Terms of Use MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of MarketWatch,
Inc. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All Times are ET. Intraday data provided by ComStock, an Interactive Data Company and subject to the
Terms of Use. Historical, current end-of-day data, and splits data provided by FT Interactive Data. Fundamental data provided by Hemscott. SEC Filings data provided by Edgar Online,
Inc. Earnings data provided by FactSet CallStreet, LLC.



**Shareholder Class Action Filed Against SiRF Technology Holdings, Inc. by the Law Firm of
Schiffrin Barroway Topaz & Kessler, LLP**

RADNOR, Pa., Feb. 29 /PRNewswire/ -- The following statement was issued
today by the law firm of Schiffrin Barroway Topaz & Kessler, LLP:

Notice is hereby given that a class action lawsuit was filed in the
United States District Court for the Northern District of California, on
behalf of all purchasers of securities of SiRF Technology Holdings, Inc.
(Nasdaq: **SIRF**) ("SiRF" or the "Company") between October 30, 2007 and
February 4, 2008, inclusive (the "Class Period").

If you wish to discuss this action or have any questions concerning
this notice or your rights or interests with respect to these matters,
please contact Schiffrin Barroway Topaz & Kessler, LLP (Darren J. Check,
Esq. or Richard A. Maniskas, Esq.) toll free at 1-888-299-7706 or
1-610-667-7706, or via e-mail at info@sbtklaw.com.

The Complaint charges SiRF and certain of its officers and directors
with violations of the Securities Exchange Act of 1934. SiRF develops and
markets semiconductor and software products that are designed to enable
location- awareness utilizing Global Positioning System ("GPS") and other
location technologies.

The Complaint alleges that, throughout the Class Period, defendants
failed to disclose material adverse facts about the Company's financial
well-being, business relationships, and prospects. Specifically, defendants
failed to disclose or indicate the following: (1) that there were not
sufficient amounts of orders by major customers to meet the targets set by
the Company; (2) that SiRF's acquisition of Centrality Communications, Inc.
and its system- on-chip product line would result in overall lower margins
and would adversely affect SiRF's existing product line, resulting in lower
gross margins for the Company's products; (3) that SiRF was not adequately
equipped to deal with competition from other companies offering superior
technology, specifically with regard to cellular-enabled products; (4) that
SiRF was being forced to decrease prices due to market pressures, which
would adversely affect earnings and lead to lower gross margins going
forward; (5) that the Company lacked adequate internal and financial
controls; and (6) that, as a result of the foregoing, the Company's
statements about its financial well-being and future business prospects
were lacking in any reasonable basis when made.

On February 4, 2008, the Company shocked investors when it announced an
89% year over year decrease in fourth quarter profits. For fourth quarter
2007, the Company reported net income of $0.7 million, as compared to $9.1
million in net income for fourth quarter 2006. Further, the Company stated
that its net loss for fiscal 2007 was $10.4 million, as compared to net
income of $2.4 million for fiscal 2006. Additionally, the Company gave a
"miserable outcome" for the first quarter, predicting a loss of 4 cents per
share. Upon the release of this news, the Company's shares fell $8.91 per
share, or 54.76 percent, to close on February 5, 2008 at $7.36 per share,
on unusually heavy trading volume.

Plaintiff seeks to recover damages on behalf of class members and is
represented by the law firm of Schiffrin Barroway Topaz & Kessler which

Shareholder Class Action Filed Against SiRF Technology Holdings, Inc. by the Law Firm... Page 2 of 2

prosecutes class actions in both state and federal courts throughout the country. Schiffrin Barroway Topaz & Kessler is a driving force behind corporate governance reform, and has recovered billions of dollars on behalf of institutional and individual investors from the United States and around the world.

For more information about Schiffrin Barroway Topaz & Kessler or to sign up to participate in this action online, please visit http://www.sbtklaw.com

If you are a member of the class described above, you may, not later than April 8, 2008, move the Court to serve as lead plaintiff of the class, if you so choose. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. Any member of the purported class may move the court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

```
CONTACT: Schiffrin Barroway Topaz & Kessler, LLP
         Darren J. Check, Esq.
         Richard A. Maniskas, Esq.
         280 King of Prussia Road
         Radnor, PA 19087
         1-888-299-7706 (toll free) or 1-610-667-7706
         Or by e-mail at info@sbtklaw.com
```

SOURCE Schiffrin Barroway Topaz & Kessler, LLP

 back to top

**Related links:**
- http://www.sbtklaw.com/

POWERED BY
Technorati   💬 Blogs Discussing This News Release

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.
Copyright © 1996- 2008 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.

*EXHIBIT C*

# F & F  FARUQI & FARUQI, LLP

## *FIRM RESUME*

***Faruqi & Faruqi, LLP*** concentrates in corporate, consumer and securities litigation. The firm maintains its main office in New York, New York, with offices in California, Florida and Pennsylvania.

Faruqi & Faruqi, LLP has an impressive track record with an experienced group of lawyers, and has been appointed sole lead or co-lead counsel in numerous class and derivative actions. For example, Faruqi & Faruqi, LLP was sole lead counsel in *Brickell Partners v. Emerging Comm'ns, Inc.*, C. A. No. 16415 (Del. Ch. 1998). The case was litigated for over four years through trial, at which a verdict was returned in favor of plaintiff and the class in June, 2004. The *Brickell Partners* case established new law and new standards for determining the fiduciary duties of corporate directors especially directors that have specialized backgrounds (such as, accountants, lawyers, financial experts, etc.).

## *SIGNIFICANT ACHIEVEMENTS*

Faruqi & Faruqi, LLP has obtained significant recoveries for class members as either sole lead counsel or co-lead counsel in the following representative actions:

- *In re Olsten Corp. Secs. Litig.*, C.A. No. 97-CV-5056 (E.D.N.Y.) (recovered $25 million dollars for class members);

- *Dennis v. Pronet, Inc.*, C.A. No. 96-06509 (Tex. Dist. Ct.) (recovered over $15 million dollars on behalf of shareholders);

- *In re Howmet Int'l S'holder Litig.*, Consolidated C.A. No. 17575 (Del. Ch. 1999) (successfully obtained an increased benefit to class members of $61.5 million dollars);

- *In re Sodexho Marriott S'holders Litig.*, Consolidated C.A. No. 18640 (Del. Ch. 1999) (obtained an increased benefit to class members of $165 million dollars);

- *In re Azurix Corp.*, Consolidated C.A. No. 18463 (Del. Ch. 1999) (obtained an increased benefit to class members of $54 million dollars);

- *In re Fox Entm't Group, Inc., S'holders Litig.*, C.A. No. 1033-N (Del. Ch. 2005) (increased merger consideration for public shareholders in "going private" by $450 million dollars);

- *In re Hartford Life, Inc. S'holders Litig.*, Consolidated C.A. No. 17951-NC (Del. Ch. 2000) (obtained an increased benefit to class members of $169 million dollars);

- *Zeid v. Open Env't Corp.*, C.A. No. 96 CV 12466-EFH (D. Mass. 1996) ($9 million dollars recovered on behalf of securities class);

- *In re Avatex Corp. S'holders Litig.*, C.A. No. 16334-NC (Del. Ch. 1999) (established certain new standards for preferred shareholders rights);

- *In re PurchasePro.com, Inc., Secs. Litig.*, Master File No. CV-S-01-0483 (D. Nev. 2001) ($24.2 million dollars recovery on behalf of the class in securities fraud action);

- *In re Think New Ideas, Inc. Secs. Litig.*, Master File No. 98 Civ. 6809 (S.D.N.Y. 1998) (significant monetary recovery on behalf of the class);

- *In re Mitcham Indus, Inc. Secs. Litig.*, Master File No. H-98-1244 (S.D. Tex. 1998) (recovered $3 million dollars on behalf of class members despite the fact that corporate defendant was on the verge of declaring bankruptcy);

- *Ruskin v. TIG Holdings, Inc.*, C.A. No. 98 Civ. 1068 (S.D.N.Y. 1998) (recovered $3 million dollars on behalf of class members);

- *In re Pennaco Energy, Inc. S'holders Litig.*, Consolidated C.A. No. 18606 NC (Del. Ch. 2001) (significant additional disclosures obtained during hard-fought merger litigation);

- *Delre v. Hewlett-Packard Co.*, C.A. No. 3232-02 (N.J. Sup. Ct. 2002) (successfully recovered on behalf of a class of consumers 100% of the loss incurred by class members);

- *Altman v. IQ Software Corp.*, C.A. No. 97-CV-3203 (N.D. Ga. 1997) ($550,000 settlement in a securities fraud litigation);

- *In re TD Waterhouse Group Inc. S'holders Litig.*, Consolidated C.A. No. 19166 NC (Del. Ch. 2001) (obtained an increased price and governance changes);

- *In re AMC Entm't Inc. S'holder Litig.*, Consol. C.A. No. 19880-NC (Del. Ch. 2002) (significant disclosures achieved in merger litigation);

- *In re McAfee.com Corp. S'holders Litig.*, Consolidated C.A. No. 19481 NC (Del. Ch. 2002) (increased price obtained in merger litigation);

- *In re Travelocity.com S'holders Litig.*, Consolidated C.A. No. 19419 NC (Del. Ch. 2002) (significant recovery on behalf of class);

- *In re Coorstek, Inc. S'holders Litig.*, Consolidated C.A. No. 20014-NC (Del. Ch. 2002) (significant recovery on behalf of class); and

- *In re Tenet Healthcare Corp. Deriv. Litig.*, Lead Case No. 01098905 (Cal. Sup. Ct. 2002) (achieved a $51.5 million benefit to the corporation in derivative litigation).

### *PENDING MERGER AND DERIVATIVE CASES*

Faruqi & Faruqi, LLP represents clients in the currently pending actions and has been appointed as sole lead or co-lead counsel in many of these merger and derivative actions, including:

- *In re Michaels Stores, Inc. Class and Deriv. Litig.*, No. 03-02641 (Tex. Dist. Ct. 125th Jud. Dist.);

- *Rauch v. Mays*, No. 2006-CI-17436 (Tex. Dist. Ct. 225 Jud. Dist.);

- *Gerber v. Freescale Semiconductor, Inc.*, No. D-GN-06-003501 (Tex. Dist. Ct. 98th Jud. Dist.);

- *Golombuski v. EGL, Inc.*, No. 2007-00139 (Tex. Dist. 125th Jud. Dist.);

- *In re Station Casino's S'holder Litig.*, No. A-535395 (Nev. Dist. Ct.);

- *Lang v. Reader's Digest Ass'n, Inc.*, No. 06-22856 (N.Y. Sup. Ct.);

- *In re Equity Office Props. Trust Transactional Litig.*, No. 24-C-06-010525 (Md. Cir. Ct.);

- *In re Harrah's S'holder Litig.*, No. 2:06-CV-1356 (Nev. Dist. Ct.);

- *Eisenstein v. Harrah's Entm't*, No. A-531963 (Nev. Dist. Ct.);

- *Chait v. Sabre Holdings Corp.*, No. 067-221619-06 (Tex. Dist. Ct. 67th Jud. Dist.);

- *McMullen v. United Surgical Partners Int'l, Inc.*, No. 07-00156 (Tex. Dist. Ct. 134th Jud. Dist.);

- *In re Direct General Inc., Deriv. Litig.*, No. 3:05-0158 (D. Md.);

- *In re Enron Deriv. Litig.*, No. 0110-10742 (Or. Cir. Ct.);

- *Simon et al. v. Bechererl*, ("JP Morgan Derivative Litigation"), No. 2002-600480 (N.Y. Sup. Ct.);

- *In re Citizens For Consumers v. Abbott Labs., Inc.*, No. 01-CV-12257 (D. Mass.); and

- *In re Advanced Mktg. Servs., Inc. Deriv. Litig.*, No. CIC824845 (Cal. Super. Ct.).

### *PENDING COMSUMER AND ANTITRUST CASES*

Faruqi & Faruqi, LLP has been appointed as sole lead or co-lead counsel in the following consumer/antitrust class actions that are currently pending:

- *In re Wireless Tel. 911 Calls Litig.,* No. 03-CV-2597 (N.D. Ill.) (alleging industry noncompliance with FCC);

- *In re Wireless Tel. Srvs. Antitrust Litig.*, No. 02 Civ. 2637 (S.D.N.Y.);

- *Wanzo v. Nextel Commc'ns, Inc.*, No. GIC 791626 (Cal. Sup. Ct.) (alleging unfair and deceptive trade practices); and

- *Potter v. Sharper Image Corp.*, No. CGC-03426350 (Cal. Sup. Ct.) (alleging unfair and deceptive trade practices).

### *THE ATTORNEYS*

These exceptional results obtained in litigation, as well as the cases currently being prosecuted were handled by the experienced lawyers at the firm, as set forth below:

**Nadeem Faruqi** is Co-Founder and Managing Partner of the Firm.

Mr. Faruqi oversees all aspects of the firm's practice areas. Mr. Faruqi has acted as sole lead or co-lead counsel in many notable class or derivative action cases, such as: *In re Olsten Corp. Secs. Litig.*, C.A. No. 97-CV-5056 (E.D.N.Y.) (recovered $25 million dollars for class members); *In re PurchasePro.com, Inc., Secs. Litig.*, Master File No. CV-S-01-0483 (D. Nev. 2001) ($24.2 million dollars recovery on behalf of the class in securities fraud action); *In re Avatex Corp. S'holders Litig.*, C.A. No. 16334-NC (Del. Ch. 1999) (established certain new standards for preferred shareholders rights); *Dennis v. Pronet, Inc.*, C.A. No. 96-06509 (Tex. Dist. Ct.) (recovered over $15 million dollars on behalf of shareholders); *In re Tellium, Inc. Secs. Litig.*, C.A. No. 02-CV-5878 (D.N.J.) (class action settlement of $5.5 million); *In re Tenet Healthcare Corp. Deriv. Litig.*, Lead Case No. 01098905 (Cal. Sup. Ct. 2002) (achieved a $51.5 million benefit to the corporation in derivative litigation).

Upon graduation from law school, Mr. Faruqi was associated with a large corporate legal department in New York.  In 1988, he became associated with Kaufman Malchman Kirby & Squire, specializing in shareholder litigation, and in 1992, became a member of that firm.  While at Kaufman Malchman Kirby & Squire, Mr. Faruqi served as one of the trial counsel for plaintiff in *Gerber v. Computer Assocs. Int'l, Inc.*, 91-CV-3610 (E.D.N.Y. 1991).  Mr. Faruqi actively participated in cases such as: *Colaprico v. Sun Microsystems*, No. C-90-20710 (N.D. Cal. 1993) (recovery in excess of $5 million on behalf of the shareholder class); *In re Jackpot Secs. Enters., Inc. Secs. Litig.*, CV-S-89-805 (D. Nev. 1993) (recovery in excess of $3 million on behalf of the shareholder class); *In re Int'l Tech. Corp. Secs. Litig.*, CV 88-440 (C.D. Cal. 1993) (recovery in excess of $13 million on behalf of the shareholder class); and *In re Triangle Inds., Inc. S'holders Litig.*, C.A. No. 10466 (Del. Ch. 1990) (recovery in excess of $70 million).

Mr. Faruqi earned his Bachelor of Science Degree from McGill University (1981), his Master of Business from York University (1984) and his law degree from New York Law School (1987) where he graduated *cum laude*.  Mr. Faruqi was Executive Editor of New York Law School's Journal of International and Comparative Law.  He is the author of "Letters of Credit: Doubts As To Their Continued Usefulness," Journal of International and Comparative Law, 1988.  He was awarded the Professor Ernst C. Stiefel Award for Excellence in Comparative, Common and Civil Law by New York Law School in 1987.

***Lubna M. Faruqi*** is Co-Founder of Faruqi & Faruqi, LLP.

Ms. Faruqi is involved in all aspects of the firm's practice.  Ms. Faruqi has actively participated in numerous cases in federal and state courts which have resulted in significant recoveries for shareholders.

Ms. Faruqi was involved in litigating the successful recovery of $25 million to class members in *In re Olsten Corp. Secs. Litig.*, C.A. No. 97-CV-5056 (E.D.N.Y.).  She helped to

establish certain new standards for preferred shareholders in Delaware in *In re Avatex Corp. S'holders Litig.*, C.A. No. 16334-NC (Del. Ch. 1999). Ms. Faruqi was also lead attorney in *In re Mitcham Indus., Inc. Secs. Litig.*, Master File No. H-98-1244 (S.D. Tex. 1998), where she successfully recovered $3 million on behalf of class members despite the fact that the corporate defendant was on the verge of declaring bankruptcy.

Upon graduation from law school, Ms. Faruqi worked with the Department of Consumer and Corporate Affairs, Bureau of Anti-Trust, the Federal Government of Canada. In 1987, Ms. Faruqi became associated with Kaufman Malchman Kirby & Squire, specializing in shareholder litigation, where she actively participated in cases such as: *In re Triangle Inds., Inc. S'holders Litig.*, C.A. No. 10466 (Del. Ch. 1990) (recovery in excess of $70 million); *Kantor v. Zondervan Corp.*, C.A. No. 88 C5425 (W.D. Mich. 1989) (recovery of $3.75 million on behalf of shareholders); and *In re A.L. Williams Corp. S'holders Litig.*, C.A. No. 10881 (Del. Ch. 1990) (recovery in excess of $11 million on behalf of shareholders).

Ms. Faruqi graduated from McGill University Law School at the age of twenty-one with two law degrees: Bachelor of Civil Law (B.C.L.) (1980) and a Bachelor of Common Law (L.L.B.) (1981).

***Emily C. Komlossy***, a partner in Faruqi & Faruqi, LLP's Hollywood, Florida office, has devoted her entire legal career to the practice of complex class action securities fraud and shareholder litigation. With a wealth of experience in this field, Ms. Komlossy has also provided portfolio monitoring services to institutional and hedge fund clients to enable them to identify and determine an appropriate course of action when potential misconduct affects the client's portfolio holdings.

Ms. Komlossy has represented clients in a number of high profile actions. Recently, she successfully represented the Genesee County Employees' Retirement System in a class action

6

securities fraud case against Transaction System Architects which claims included very complex accounting principles. This action ultimately resulted in a $24.5 million settlement on behalf of the class.

In addition, a substantial portion of Ms. Komlossy's litigation has been in the shareholder merger litigation area. She has litigated cases for her shareholder clients against companies such as Daniel Industries, Inc., Pennaco Corp. and AMC Entertainment, Inc.

Ms. Komlossy's skills have been noted favorably by the courts. In *Yud v. Saf T Lok*, 98 CV 8507 (S.D. Fla.), a case in which she played a major role, Magistrate Judge Linnea R. Johnson noted "the attorneys have done an outstanding amount of work in a short period of time to bring this class action to resolution in a successful fashion."

Ms. Komlossy earned a B.A. from the State University of New York at Oneonta in 1983 and a J.D. from New York Law School in 1989. She is admitted to practice in New York and Florida and the United States District Courts for the Southern District of New York, Southern District of Florida and Western District of Michigan.

***Shane T. Rowley*** became a partner of Faruqi & Faruqi, LLP in July 2000.

During his tenure at Faruqi & Faruqi, LLP Mr. Rowley has amassed extensive experience in complex litigation. For example, in *Brickell Partners v. Emerging Comm'ns, Inc.*, C. A. No. 16415 (Del. Ch. 1998), Mr. Rowley, as sole class counsel, was instrumental in establishing new law and new standards for determining the fiduciary duties of corporate directors, especially directors that have specialized backgrounds (such as, accountants, lawyers, financial experts, etc.). The *Brickell Partners* action was litigated vigorously by Mr. Rowley for over four years, including a six week trial, after which the Court returned a verdict in favor of plaintiff. The landmark decision is now reported as *In re Emerging Commc'ns, Inc. S'holders Litig.*, No. 16415, 2006 Del. Ch. LEXIS 25 (Del. Ch. Jan. 9, 2006).

Mr. Rowley has recovered hundreds of millions of dollars for shareholders of publicly traded companies. Recently, Mr. Rowley was successful, as co-lead counsel, in *Rice v. Lafarge North America*, No. 268974 (Md. Cir. Ct.), representing the public shareholders of Lafarge North America ("LNA") in challenging the buyout of LNA by its French parent, Lafarge S.A., at the original offer price of $75 per share. Following discovery and extensive injunction motion practice by Mr. Rowley and his co-counsel, the price per share was increased from $75 to $85.50 per share, representing a total benefit to the public shareholders of $388 million.

Also, in *In re Fox Entm't Group, Inc. S'holders Litig.*, No. 1033-N (Del. Ch. 2005), Mr. Rowley, as co-lead counsel, was responsible for creating an increased offer price from the original proposal to shareholders, which represented an increased benefit to Fox Entertainment Group, Inc. shareholders of $450 million.

Mr. Rowley graduated from Trinity College, Dublin, Ireland in 1987 with a Bachelor of Common Law (LL.B.) degree and from the Honorable Society of Kings Inns, Dublin in 1989 with a Barrister at Law (B.L.) degree. Mr. Rowley is a citizen of the United States of America and Ireland and is admitted to practice in both countries. From 1991 to June 2000 Mr. Rowley was associated with the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, where he concentrated in securities class actions and shareholder derivative litigation.

***Jacob A. Goldberg*** became a partner of Faruqi & Faruqi, LLP in 2006 and has concentrated his legal career in all facets of complex commercial litigation in the federal and state courts.

Prior to joining the firm as a partner, Mr. Goldberg was a partner at Berger & Montague, P.C. and Schiffrin & Barroway, LLP. In 2004, he formed his own firm where he focused on commercial disputes, including theft of trade secrets, theft of business plan and breaches of

contract while continuing to litigate cases involving violations of fiduciary duties, consumer protection laws, and the federal securities laws.

Among Mr. Goldberg's most notable cases are *In Re New America High Income Fund Secs. Litig.* (D. Mass. 1990) (alleged false and misleading prospectus for junk bond fund; $2.5 million settlement); *Rosenthal v. Dean Witter Reynolds, Inc.,* (Colo. Dist. Ct. 18th Jud. Dist. 1991); *In re IKON Office Solutions Secs. Litig.,* No. 98-04286 (E.D. Pa. 1998) (alleged complex accounting fraud involving manipulation of reserves; $111 million settlement); *In re Creditrust Corp. Secs. Litig.* (D. Md. 2000) (alleged complex accounting fraud, relating to predicting financial results for securitized debt and adequately assessing gains on sales); *In re Scholastic, Inc. Secs. Litig.* (S.D.N.Y 1997) (alleged false financial projections and inadequate reserves; $7 million settlement); *Cohen v. Mirage Resorts, Inc.,* 119 Nev. Adv. Op. No. 1 (Feb. 7, 2003) (Nevada Supreme Court reversed dismissal of shareholder action related to fair value of shares in a freeze out merger); *In re QuadraMed, Inc. Secs. Litig.,* No. 02-04770 (N.D. Cal. 2002) (alleged manipulation of revenue and new management and auditor cover-up; $5.25 million settlement); and *Studer v. Heng Fung Holdings* (D. Colo. 2002) (derivative lawsuit, alleging the stripping of company assets to a related entity; approximately $1.75 million settlement).

Mr. Goldberg graduated from Columbia University (B.A. 1988) and Temple University School of Law (J.D., *cum laude*, 1992) and practices from the Philadelphia area. He is admitted before all courts in the Commonwealth of Pennsylvania and to the United States Supreme Court, the United States Courts of Appeal for the Third and Fourth Circuits, and the United States District Courts for the Eastern District of Pennsylvania, Central District of Illinois, and District of Colorado. His admission to the Bar of the State of New York is pending. Mr. Goldberg is a dual citizen of the United States of America and the Republic of Ireland.

**_Kendall S. Zylstra_** joined Faruqi & Faruqi, LLP as a partner at the beginning of 2008, after many years litigating complex commercial and civil litigation in the complex class action arena.

Mr. Zylstra has spent the last several years focusing on antitrust class actions challenging practices such as unfair trade practices, national price-fixing claims, monopolies, and the delayed-generic entry pharmaceutical cases.

Prior to joining the Firm, Mr. Zylstra represented victims of human radiation experiments from the Cold War Era. He was significantly responsible for litigating two mass actions, which settled for nearly $5 million and played a significant role in winning a reversal of summary judgment in *Bibeau, et al. v. Pacific Northwest Research Foundation, et al.*, 188 F. 3d 1005 (9th Cir. 1999).

For over five years, Mr. Zylstra was the Head of the Antitrust Department at a notable plaintiff's class action litigation firm, and developed a portfolio of antitrust cases, including gasoline dealer-franchises suing large oil companies for unfair trade practices; representing medical device wholesalers and distributors asserting antitrust claims against monopolists; and representing two internet companies in a litigation asserting vertical price fixing claims against a giant retailer and its co-conspirator manufacturers.

Mr. Zylstra graduated from Calvin College in 1987 with a Bachelor of Arts and from Temple University School of Law (J.D. 1991) where he received the *Temple Law Alumni/ae Award* for Moot Court Excellence. Mr. Zylstra was an Assistant District Attorney in Philadelphia, PA between 1991-1996, where he gained extensive trial experience in the prosecution of hundreds of cases primarily involving cases of sexual assault.

**_Vahn Alexander_** joined the firm as a partner in October, 2007. Mr. Alexander's practice focuses on shareholder litigation and securities class actions in federal and state court. Mr.

Alexander also litigates consumer fraud cases concerning unfair business practices and false and misleading advertising under California law. After graduating law school, Mr. Alexander joined the California office of a New York law firm which concentrated on securities class action litigation. After gaining extensive experience with that firm for over 10 years, Mr. Alexander left to start his own firm in 2004. Mr. Alexander is a member of the State Bar of California and is admitted to practice in the United States District Courts for the Central, Northern, Southern and Eastern Districts of California, as well as the Ninth Circuit Court of Appeals. He is also a member of Consumer Attorneys of California and the American Association for Justice (formerly the Association of Trial Lawyers of America), as well as the American Bar Association and the Los Angeles County Bar Association.

Prior to joining the firm, Mr. Alexander has acted as sole lead or co-lead counsel in numerous cases which include the following: *In re Apria Healthcare Group Secs. Litig.*, Master File No. 797060 (Orange County Super. Ct.) ($42 million settlement obtained for the class); *In re PurchasePro.com, Inc. Secs. Litig.*, Case No. CV-S-01-0483 (D. Nev.) ($24.2 million settlement obtained for the class); *In re Lantronix, Inc. Secs. Litig.*, Case No. CV-02-3899 (C.D. Cal.) ($15.175 million settlement obtained for the class); *In re California Microwave Secs. Litig.*, Master File No. C-95-4009-CW (N.D. Cal.) ($14 million settlement obtained for the class); *In re Cybermedia Secs. Litig.*, Master File No. 98-1811 CBM (Ex) (C.D. Cal.)($10.6 million settlement obtained for the class); *In re Mesa Airlines Secs. Litig.*, Case No. 94-690 JC/WWD (D.N.M.) ($8 million settlement obtained for the class); *In re Brightpoint Secs. Litig.*, Case No. IP 011796 C-T/K (S.D. Ind.) ($5.25 million settlement obtained for the class); *In re Resource America Secs. Litig.*, Master File No. 98-CV-5446 (E.D. Pa.) ($5.425 million settlement obtained for the class); and *In re Sumitomo Bank of California Secs. Litig.*, Master File No. 994002 (S.F. County Super. Ct.) ($4.95 million settlement obtained for the class).

Mr. Alexander graduated from the University of California at Los Angeles (B.A. 1990), with honors, and received his law degree from Loyola Law School, Los Angeles (J.D. 1993), where he was a member of the Scott Moot Court Honor's Board (1993 - Jessup Team).

***Antonio Vozzolo*** joined Faruqi & Faruqi, LLP in 1999 and became a partner of the firm in January, 2004.

Mr. Vozzolo's practice focuses on representing individuals and institutional investors in complex matters involving federal and state securities laws, and fiduciary duties of corporate officers and directors (or corporate governance matters).

Most recently, Mr. Vozzolo was one of the primary counsel responsible for prosecuting *In re PurchasePro.com, Inc., Secs. Litig.*, Master File No. CV-S-01-0483 (D. Nev. 2001), a case against the officers and directors of PurchasePro.com as well as AOL Time Warner, Inc., America On-Line, Inc., and Time Warner, Inc., which obtained an excellent result for the class, culminating in a $24.2 million settlement.

Mr. Vozzolo graduated, *cum laude*, from Fairleigh Dickinson University in 1992 with a Bachelor of Science (B.Sc.), where he was on the Dean's List, and with a Masters in Business Administration (M.B.A.) in 1995. He is a graduate of Brooklyn Law School (1998). Mr. Vozzolo served as an intern to the Honorable Ira Gammerman of the New York Supreme Court and the New York Stock Exchange while attending law school.

***Andras Vamos-Goldman*** joined Faruqi & Faruqi, LLP in February 2003 as the firm's Institutional Counsel.

Mr. Vamos-Goldman has moved with ease between the private and public sectors, gaining considerable experience in many aspects of international law, mergers and acquisitions, as well as hands on experience in working with governments and large institutions. He was a diplomat in the Canadian Foreign Service and served in East Africa (1986-88) and Washington

D.C. (1992-96), where as Chief of Staff to the Ambassador he participated in the management of the one billion dollar per day trade relationship between Canada and USA. Mr. Vamos-Goldman also served as the Head of the Political Section of the Canadian Mission to the United Nations (1997-1999), the last time Canada was a member of the United Nations Security Council. From 1996-1997 Mr. Vamos-Goldman was associated with the law firm of Stikeman Elliot in their Central European office in Budapest and worked in connection with the privatization of Central European Industry. From 2000-2002 Mr. Vamos-Goldman was Canada's legal advisor to the United Nations (2000-2002) where he, *inter alia*, worked to create the International Criminal Court as a member of its Bureau, and was the Chairman of the Management Committee for the Sierra Leone Special Court (a sui generus international entity with a $60 million budget).

Mr. Vamos-Goldman graduated from Dalhousie University (B.A. 1979; L.L.B. 1982) and Georgetown University (L.L.M. *cum laude*, 1995). Mr. Vamos-Goldman is a member of the Bar of Ontario, Canada, as well as the New York State Bar.

***Adam Gonnelli*** became associated with Faruqi & Faruqi, LLP, and in January, 2004, became a partner of the firm.

Since joining Faruqi & Faruqi, Mr. Gonnelli has concentrated his practice on transaction litigation and consumer class actions. Representative cases include: *In re NutraQuest, Inc.*, No. 06-202 (D.N.J.) (consumer fraud case against national diet supplement company); *Wanzo v. Nextel Commc'ns, Inc.*, No. GIC 791626 (Cal. Sup. Ct.) (consumer case challenging change in "nights and weekends" plan); *Garcia v. Lowe's, Cos., Inc.*, No. 841120 (Cal. Super. Ct.) (case to recover overtime pay for delivery drivers); *Rice v. Lafarge North America*, No. 268974 (Md. Cir. Ct.) (merger case resulted in a benefit of $388 million); and *In re Fox Entm't Group, Inc. S'holders Litig.*, No. 1033-N (Del. Ch. 2005) (benefit to shareholders of $450 million).

Mr. Gonnelli has extensive litigation experience.  Prior to joining the firm, he actively participated in such cases as: *Kurzweil v. Philip Morris Cos.*, Nos. 94 CIV 2373, 94 CIV 2546 (S.D.N.Y.) (Section 10(b) action concerning tobacco addictiveness and trade loading practices, resulting in $116 million settlement.); *McNamara v. Bre-X Minerals, Ltd.*, No. 597 CV 159 (E.D. Tex.)  ("Gold fraud of the century." – *Time Magazine*); *Sanders v. Computer Assocs.*, No. 16640-NC (Del. Ch. Ct.) (derivative case resulting in judgment for plaintiff requiring executives to return 9.5 million shares to company); *Romig v. Jefferson-Pilot Life Ins. Co.*, No. 95 Civ. 9703 (N.C. Sup. Ct.) (consumer class action on behalf of purchasers of vanishing premium insurance policies); and *Koppell v. New York State Board of Elections*, No. 98 CIV 4920 (S.D.N.Y.) (constitutional action on behalf of former New York State Attorney General challenging state statute governing order of candidates' names on primary ballot).

Mr. Gonnelli received a B.A. from Rutgers University (Newark) in 1989 and a J.D. from Cornell Law School in 1997.  At Rutgers University, Mr. Gonnelli lettered in football and fencing and served as Student Government President.  Prior to attending law school, Mr. Gonnelli was a Financial Writer at the Federal Reserve Bank of New York, where he wrote educational materials on international trade, monetary policy, and other topics.  While attending Cornell Law School, Mr. Gonnelli served as Editor-in-Chief of the Cornell Journal of Law and Public Policy and was a member of the Atlantic Regional Championship moot court team in the Jessup International Law Moot Court Competition (1997).

***David H. Leventhal*** joined Faruqi & Faruqi, LLP in 2003, and in 2006 became a partner in the firm.

At Faruqi & Faruqi, LLP, Mr. Leventhal concentrates in securities, consumer, and antitrust class actions as well as derivative actions.  Mr. Leventhal recently has actively and successfully reached settlements requiring companies to make significant and meaningful

14

disclosures to shareholders in connection with going private transactions in actions such as *In re Direct General Corp. Deriv. Litig.,* No. 05-0158 (M.D. Tenn.); *In re Vans Deriv. Litig.,* No. BC309805 (Cal. Super. Ct.); *Gerber v. Freescale Semiconductor, Inc.,* No. D-GN-06-003501 (Tex. Dist. Ct. 98th Jud. Dist.); *Schuman v. CDW Corp.,* No. 07CH1416 (Ill. Cir. Ct.). Also recently, Mr. Leventhal was responsible for settlements in *Schachter v. Toback,* No. 04 CH 09131 (Ill. Cir. Ct.) (derivative action alleging breach of fiduciary duties by certain officers and directors of the company, settled for modifications to composition of company's management and significant corporate governance reforms); *McCoon v. Wiederhorn,* No. 0407-6900 (Or. Cir. Ct.) (same); *Collet v. Moore,* No. 04CC07844 (Cal. Super. Ct.) (same); and *In re Nutraquest, Inc.,* No. 06-202 (D.N.J.) (alleged misrepresentations made in connection with sale of dietary supplement, settled for $15 million). He is currently actively involved in litigating *In re Digital Music Antitrust Litig.,* MDL No. 1780 (S.D.N.Y.) (case pending against major record companies alleging antitrust violations in connection with the sale of digital music).

Before joining Faruqi & Faruqi, LLP Mr. Leventhal actively participated in such cases as: *In Re Real Estate Assocs. Limited P'ship Litig.,* No. CV-98-7035 (C.D. Cal.) (federal securities class action resulting in $184 million jury verdict); *In re Visa Check/MasterMoney Antitrust Litig.,* No. 96-CV-5238 (E.D.N.Y.) (antitrust class action on behalf of 5 million merchants against Visa and MasterCard resulting in settlement worth in excess of $3 billion); *Romig v. Jefferson-Pilot Life Ins. Co.,* 95 Civ. 9703 (N.C. Sup. Ct.) (consumer class action on behalf of purchasers of vanishing premium insurance policies resulting in $55.3 million settlement); *Kurzweil v. Philip Morris Cos.,* Nos. 94 CIV 2373, 94 CIV 2546 (S.D.N.Y.) (federal securities class action concerning tobacco addictiveness and trade loading practices, resulting in $116 million settlement).

Mr. Leventhal graduated from University of Michigan, Ann Arbor (A.B. 1990 with distinction) and from Fordham University School of Law (J.D. 1993). At Fordham, Mr. Leventhal was a member of the Fordham University International Law Journal and was on the Dean's List.

***Beth A. Keller*** joined Faruqi & Faruqi, LLP as an associate in October 2003, after spending several years litigating commercial and civil litigation at a prior firm. In January 2008 Ms. Keller became a partner of Faruqi & Faruqi, LLP.

Since joining Faruqi & Faruqi, LLP, Ms. Keller has been actively involved in numerous complex cases in which the firm, as sole or co-lead counsel, achieved substantial corporate governance enhancements and/or financial recoveries for the corporation and its shareholders, including: *In re Tenet Healthcare Corp. Deriv. Litig.*, Lead Case No. 01098905 (Cal. Sup. Ct. 2002); *In re Advanced Mktg. Srvs., Inc. Deriv. Litig.*, No. CIC824845 (Cal. Super. Ct.); *In re Ligand Pharm. Inc. Deriv. Litig.*, Lead Case No. GIC834255 (Cal. Super. Ct.); and *In re Novastar Fin., Inc. Deriv. Litig.*, Lead Case No. 04-CV-212685 (Cir. Ct. Mo. 2004).

Ms. Keller graduated from Hobart & William Smith Colleges in 1999 with a Bachelor of Arts (double major in Political Science and English) and from the State University of New York at Buffalo Law School (J.D. 2002). Ms. Keller participated in the Desmond Moot Court Competition while at law school. She is a member of both the New York and New Jersey Bars and is admitted to practice in the United States District Courts for the Southern, Eastern and Western Districts of New York.

***Stephen E. Connolly*** joined Faruqi & Faruqi, LLP as an associate of the firm in the beginning of 2008.

Mr. Connolly has focused his career as an attorney in the areas of complex commercial litigation, including class action securities fraud and antitrust litigation.

Mr. Connolly received his law degree for the Villanova University School of Law (J.D. 2000) and received a Bachelor of Science from Penn State University (1997).

***Christopher Marlborough*** joined Faruqi & Faruqi, LLP as an associate in January, 2007.

Since joining Faruqi & Faruqi, Mr. Marlborough has actively participated in such cases as: *Brocade Commc'ns Sys., Inc. Deriv. Litig.*, No. C05-02233 (N.D. Ca.) (action for damages to company as a result of backdating employee stock options) and *Thomas v. Global Vision Prods., Inc.*, No. RG03-091195 (Cal. Sup. Ct.) (consumer class action for the false and misleading advertising of the Avacor hair care system).

Before joining Faruqi & Faruqi, LLP, Mr. Marlborough was associated with the firm of McCoyd, Parkas and Ronan, LLP, where he concentrated in the areas of estate litigation and trusts.

Mr. Marlborough earned a Bachelor of Arts from the State University of New York at Purchase (*magna cum laude*, 1991) and a J.D. from Brooklyn Law School (*magna cum laude,* 2003). As an undergraduate, Mr. Marlborough was a President's Merit Scholar and on the Dean's List. In law school, he was a member of the Brooklyn Law School Journal of Law and Policy and the Jerome Prince Memorial Evidence Competition, Moot Court Writing Team. He was also an Edward V. Sparer Public Interest Fellow and a Judge Moses M. Weinstein Scholar. He authored "Evolution, Child Abuse and the Constitution" which was published in the spring 2003 edition of the Brooklyn Law School Journal of Law and Policy. Mr. Marlborough is admitted to practice in the courts of New York, New Jersey and Florida, as well as the United States District Courts for the Eastern and Southern Districts of New York and the Southern District of Florida.

***Jamie Mogil*** joined Faruqi & Faruqi, LLP as an associate in February 2006, and has been involved in litigation encompassing each of the firm's practice areas.

17

Ms. Mogil was a member of the team that successfully prosecuted the following recent cases representing investors in merger and acquisition litigation: *Rice v. Lafarge North America*, No. 268974 (Md. Cir. Ct.) (increased price merger consideration for shareholders by 15%); *In re Aeroflex, Inc. S'holders Litig.*, No.07-003943 (N.Y. Sup. Ct.) (achieved substantial additional disclosures for investors); *In re First Data Corp. S'holder Litig.*, No. 2007 CV621 (Colo. Dist. Ct.) (achieved substantial additional disclosures for investors), and *McMullen v. United Surgical Partners Int'l*, No. 07-00156 (Tex. Dist. Ct.) (same).

Ms. Mogil is also a member of the legal team prosecuting, among other cases: *In re SFBC Int'l, Inc. Secs. & Deriv. Litig.*, No. 06-165 (D.N.J.) (derivative action alleging gross mismanagement and breaches of fiduciary duties in connection with the egregious misconduct by the company and certain of its former or current officers and directors); *Sokol Holdings, Inc. v. BMB Munai,* No. 05 CV2749 (S.D.N.Y.) (action for tortious interference with a contract, specific performance, conversion, unjust enrichment, breach of contract, breach of fiduciary duty and damages arising from the alleged theft of plaintiffs' conceived business plan to purchase and explore oil fields in Kazakhstan); *J and R Mktg., SEP v. General Motors Corp.*, No. 07-1411(6th Cir.) (securities fraud claim brought on behalf of the class pursuant to Sections 11,12(a)(2) and 15 of the Securities Act of 1933 in connection with GMAC's alleged materially false and misleading offering materials issued between July 28, 2003 and November 9, 2005), *Halpern v. Alliance Data Sys. Corp.*, No. 07-04689 (Tex. Dist. Ct., 68th Jud. Dist.) (merger litigation class action on behalf of shareholders challenging the acquisition of the outstanding stock of Alliance Data Systems Corp. by The Blackstone Group), and *Schuman v. CDW Corp.*, No.07CH1416 (Ill. Cir. Ct., 19th Jud. Cir.) (merger litigation class action on behalf of shareholders challenging the proposed buyout of CDW Corp. by Madison Dearborn Partners, LLC).

Before attending law school, Ms. Mogil worked for the non-profit organization, Institute for Policy Studies in Washington, D.C. While in law school, Ms. Mogil was the recipient of the Public Interest Fellowship and on the Executive Board of the New York Law School Moot Court Association. Ms. Mogil competed in three national competitions, winning Second Best Brief and placing as a National Finalist and Semi-Finalist. Ms. Mogil was also the Chair of the Robert F. Wagner National Labor & Employment Law Moot Court Competition. Also while in law school Ms. Mogil worked for the Office of the New State Attorney General in the Investment Protection Bureau, specifically investigating and prosecuting the mutual fund "market-timing" and "late-trading" cases.

Ms. Mogil graduated from The George Washington University in 2000 (B.A., Fine Arts and Art History, *cum laude*) and from New York Law School (J.D., 2005). She is licensed to practice law in New York and admitted to the United States District Courts for the Southern District of New York and the Eastern District of New York as well as the United States Court of Appeals for the Sixth Circuit.

***Richard Schwartz*** joined Faruqi & Faruqi, LLP as an associate in May 2006. Mr. Schwartz has been involved extensively in the firm's merger, derivative and antitrust practice areas. Mr. Schwartz has been a member of the teams prosecuting *In re Michaels Stores, Inc. Class and Deriv. Litig.*, *In re Equity Office Properties Trust Trans. Litig.*, *In re Direct General Inc. Deriv. Litig.* and *In re Station Casino's S'holder Litig.* Currently, Mr. Schwartz is a member of the team prosecuting *In re Florida East Coast Indus., Inc. S'holder Litig.*, *In re McAfee Deriv. Litig.* and *In re Digital Music Antitrust Litig.*

Mr. Schwartz graduated from the University of Washington (B.A.) and the University of Chicago (J.D.). Mr. Schwartz served as a law clerk at the MacArthur Justice Center in Chicago, a summer associate with the Chicago law firm Robinson Curley & Clayton P.C. and an associate

19

with the New York law firm Jaffe & Asher, LLP.   Mr. Schwartz is admitted to practice before

the courts of the State of New York and the United States District Courts for the Southern and

Eastern Districts of New York.

*EXHIBIT D*



# THE FIRM

## INTRODUCTION

The law firm of Kirtland & Packard was founded in 1932. It has grown from a local Los Angeles law office to an internationally recognized law firm. The Firm maintains offices in Los Angeles, San Francisco and New York.

Kirtland & Packard maintains a general civil practice with emphasis in the areas of aviation and aerospace, architects and engineers, business litigation, business planning, ckass actions and complex litigation, construction, dental malpractice, employment and labor law, food service and hospitality, general liability and casualty, health maintenance organizations, insurance, intellectual property and entertainment, medical malpractice, product liability, professional liability, real estate, securities fraud and derivative actions, special investigations matters, and toxic torts.

The Firm values every client relationship. Each client of our firm is unique, and has a unique set of needs, problems and goals. It is our mission to help them carefully define these issues, and supply them with the highest quality of legal services calculated to exactly meet their particular needs. The Firm takes pride in its seventy-five plus years of service and is confident that it has the expertise and ability to serve its diverse clients with the best legal representation possible.

## TRIAL PRACTICE

The attorneys of Kirtland & Packard are proud of their skills and accomplishments as trial lawyers. The Firm believes that only through maintaining a strong trial practice can a civil practice law firm provide the credibility necessary to effectively and efficiently litigate cases on behalf of its clients.

Partners of the Firm have been selected for membership and are active in many prestigious trial lawyer organizations including the American Board of Trial Advocates (ABOTA).

## MAJOR PRACTICE AREAS

### Architects and Engineers/Construction

Kirtland & Packard has substantial experience and expertise in representing design professionals and contractors in construction-related litigation. In particular, the Firm represents architects, civil, mechanical and structural engineers, surveyors, geotechnical personnel and related professionals in matters ranging from personal injury suits to complex design defect claims. The Firm's representation includes the defense of claims alleging defective design work, cost overruns and damages, delay disputes over payment and indemnity, and challenges arising out of the supervision and oversight of projects, as well as surety and lien defense. Kirtland & Packard is also active in the negotiation of contracts and fee agreements and the pre-litigation resolution of potential disputes.

Kirtland & Packard represents developers, general contractors and subcontractors in commercial and residential construction litigation. The Firm

defends developers and other clients in suits by individual and corporate owners and investors, homeowners associations, state and federal governments, municipalities (on projects ranging from condominium developments to regional and state hospitals) prisons and other large facilities. Due to its substantial experience in this field, the Firm is fully knowledgeable of the specific requirements for such projects and the appropriate defense strategy for litigation. Kirtland & Packard also advises developers, general contractors and subcontractors on various matters and provides a variety of pre-litigation services.

### Aviation/Aerospace

The Firm's practice includes all aspects of the field of aviation. Kirtland & Packard represents general and commercial airframe manufacturers; aircraft engine manufacturers; major commercial carriers; airports; fixed-base operators; overhaul, maintenance and repair facilities; private pilots; and agricultural operations. The Firm also has extensive experience representing its aviation clients before the Federal Aviation Administration and various federal and state regulatory agencies. The attorneys in the aviation section are broadly experienced in trial work, and many of them have extensive flying backgrounds as well as advanced university degrees in various engineering disciplines.

### Business Litigation

Kirtland & Packard has been very active in general business litigation throughout the Firm's history. Attorneys of the Firm have experience and expertise in matters including contractual disputes, unfair business practices, corporate and partnership dissolution, and disputes arising from non-competition agreements. The scope of litigation handled by the Firm is as broad and diverse as the business needs of its clients.

### Class Action and Complex Litigation

Kirtland & Packard LLP is one of the foremost class action and complex litigation firms in the United States. The firm maintains offices in Los Angeles and San Francisco, and handles class actions involving consumer protection, insurance, breaches of financial and fiduciary obligations, toxic torts, pharmaceuticals, 401(k) losses, and wage and hour claims. The firm strives to use the class action frame work to create a real, tangible and valuable benefit for the class members that it represents. Individuals who make the important commitment to serve as a class representative become an important part of the firms class action claim. They are kept closely informed and involved and involved in the litigation, and participate closely in settlement negotiations if and when they are undertaken.

### Employment and Labor Law

Kirtland & Packard represents business management in every aspect of employment and labor law before courts and administrative agencies at the federal, state and local levels. We have successfully defended employers against claims of wrongful termination, emotional distress, sexual harassment, hostile work environment, age, race and sex discrimination. Clients receive expert assistance in matters including review and preparation of personnel policies and employment agreements, review and drafting of handbooks on employment practices and personnel procedures, workplace safety training and litigation

(often arising from claims of wrongful termination or employment discrimination).

## Food Service and Hospitality

For decades, Kirtland & Packard has counseled and defended clients in the food service and hospitality fields. Because claims against these clients involve unique issues (including risk management issues so crucial to successful operation), the Firm has developed sub-specialties in the areas of security, personnel issues, dram-shop law, food safety, premises liability and contractual indemnity issues. The attorneys of the Firm have earned numerous defense verdicts in related claims and continue to develop progressive and effective loss prevention programs.

## General Liability and Casualty

Kirtland & Packard is involved in such diverse matters as fire loss, construction claims, and premises liability. These and other areas comprise part of the Firm's general liability practice.

## Health Maintenance Organizations

Recent years have seen the explosive growth of HMOs, PPOs and other group health care entities. To meet the specific needs of group health clients, Kirtland & Packard expanded its expertise in HMOs and other health care organizations. Kirtland & Packard health care specialists have tried numerous medical/dental negligence cases (including cases involving HMOs) with excellent results.

## Insurance

Kirtland & Packard has developed a highly advanced insurance practice for both insurance companies and self-insured clients. The Firm maintains an active claims management practice for numerous reinsurer and surplus line underwriters and also represents major insurance companies on issues of coverage and defense. Kirtland & Packard has represented insurance companies in many large, multi-party declaratory relief actions pertaining to coverage for asbestos and other chemically-related torts. The Firm has also built a strong specialty in defending insurance companies against claims of bad faith.

## Intellectual Property and Entertainment Law

With the globalization of the marketplace and the rapid growth of the Internet, every business today faces demands to protect its technologies, trademarks, copyrights, patents and trade secrets both here and abroad. Kirtland & Packard represents a broad base of clients confronting issues involving intellectual property, media and entertainment law.

In the litigation area, the Firm assists clients with matters involving breaches of contract, copyright infringement, trademark infringement and dilution, unfair competition, trade secret misappropriation, antitrust violations, as well as personal injury claims involving concerts and movie sets. Our attorneys appear not only in state and federal court but also in SAG and AFTRA sponsored arbitrations. The Firm's diverse client base includes film, video and music production and distribution companies, publishing companies, as well as screen, music and animation artists. Kirtland & Packard also represents radio stations and entertainment venues, including sports arenas and stadiums.

In the transactional area, Kirtland & Packard negotiates film and music financing, production and distribution agreements. Members of the Firm also assist clients with the registration and licensing of copyrights and trademarks, as well as the licensing of trade secrets and technology transfers. The Firm also has special expertise in the area of pop music concerts and frequently drafts security service agreements, risk prevention manuals, indemnity agreements, as well as conducting seminars on concert and sports event liability.

### Premises Liability

Kirtland and Packard has been assisting clients with premises liability disputes for decades. It is an area of law affecting all owners and renters of real property. Over the years the Firm has developed premises liability sub-specialties in the areas of security, ADA, inspection and maintenance procedures, notice, construction/design, and contractual indemnity issues. The attorneys of the Firm have performed awareness seminars for clients and their employees, consulted with clients to reduce premises liability exposure and earned numerous defense verdicts on behalf of clients involved in premises liability litigation.

### Product Liability

The Firm's product liability practice is extensive and varied. Clients include not only aerospace companies, but a variety of vehicle and component manufacturers as well. Typical clients of the Firm are major manufacturers of wheels and tires, heavy-duty trailers, automobiles, motorcycles, aluminum products, and power tools.

### Professional Liability

The Firm represents professionals in such distinct fields as law, architecture, real estate, and engineering as well as corporate directors and officers. The Firm's expertise in technical fields has proven to be invaluable to its broad range of professional clients.

Recent years have seen considerable growth in claims against insurance and real estate brokers. The Firm has responded by expanding its resources in the fields of real estate, finance and agency law. Claims against accountants constitute another growing segment of professional liability. The Firm represents sole practitioners as well as large national accounting firms.

### Real Estate

Representation of real estate agents and brokers, escrow companies, appraisal services, building inspectors and related professionals constitutes one of the significant areas of practice of the Firm. Kirtland & Packard defends professionals and others in commercial and residential real estate litigation, including actions alleging professional errors and omissions, misrepresentation and breach of contracts, as well as related business disputes.

### Securities Fraud and Derivative Actions

A significant aspect of the Firm's practice is devoted to providing the investing community with recourse against corporate fraud. In good economic times, and in bad, corporations and their officers and directors often mislead the investing community into thinking that their particular company is financially strong and growing. When things are good, greed is usually the

motive. When things are bad, it is often a desire to keep a company afloat which is the driving force. In either situation, the scheme is generally accomplished by disseminating false and misleading information to the public concerning a company's current and future financial condition in order to create an artificial demand for its stock. The end result is often the same, the value of the company's securities is artificially inflated until the truth is ultimately disclosed. When that happens, the price of the stock falls dramatically and individual shareholders, as well as institutions, lose millions and even billions of dollars.

To combat this type of fraud, the Firm aggressively uses federal securities laws, including the Securities Act of 1933 (the "1933 Act") and the Securities Exchange Act of 1934 (the "1934 Act"), in the class action context, to provide an avenue of relief for the investing community. The Firm pursues these types of actions against corporations, their officers and directors, and even other professionals such as accounting firms and underwriters when applicable. In addition to being very experienced in this area of the law, the Firm also uses professionals in the fields of investigation, accounting and damages. The Firm is currently prosecuting numerous federal securities class action lawsuits in a lead capacity in Federal Courts throughout the United States.

Another area of practice for the Firm includes derivative actions. A derivative action is based upon a primary right of the corporation, under state law, which is asserted on the company's behalf by a stockholder because the directors of the company have failed to protect the interests of the shareholders. Directors usually fail to take the required action because they have a conflict of interest which benefits them, management, and/or a majority shareholder, at the expense of other stockholders. The stockholder usually sues the directors on behalf of the company for a breach of their fiduciary duties, such as the duties of loyalty, due care, and disclosure. These types of breaches may occur in many situations. Some examples include an unfair buy-out or purchase price in the merger context, when a public company decides to take the business private at an unfair price, or when officers and/or directors engage in self-dealing at the expense of their shareholders. A successful resolution of a derivative action may include monetary relief for the company's shareholders, the disclosure of important information concerning a proposed transaction and/or changes in corporate governance which can benefit current and future shareholders of the corporation in the long term.

### Special Investigations Unit

Kirtland & Packard has an active practice specifically designed to combat fraudulent claims. The Firm's "SIU" attorneys work closely with specially trained representatives and investigators in both private practice and the insurance industry. Kirtland & Packard's expertise in litigating fraudulent claims has resulted in a broad understanding of the present technology available for analyzing handwriting, auditing medical facilities, and questionable legal representation.

To enhance the Firm's anti-fraud program, Kirtland & Packard has developed an in-house computer database designed to track and monitor litigation involving suspect claims. It has also developed a comprehensive reporting system designed

to assist clients in monitoring the proliferation of fraudulent claims and lawsuits.

### Toxic Torts

The manufacture, use and disposal of certain chemicals and other substances have prompted claims of wide-ranging physical injury and property damage. These claims are classified as "toxic torts." They involve substances such as asbestos, benzene and PCB.

Kirtland & Packard is in the forefront of the representation of clients against toxic tort claims. The Firm has represented several major companies with regard to asbestos and other toxic substance related injuries.

## RISK MANAGEMENT/LOSS PREVENTION SERVICES

The Partners of Kirtland & Packard are active in the fields of risk management and loss prevention. They assist many of the Firm's clients in establishing and reviewing procedures for loss prevention and risk management.

Kirtland & Packard prides itself on its ability to prepare a custom loss prevention program for its clients which does not create distractions from their regular business pursuits.

## ALTERNATIVE DISPUTE RESOLUTION/MEDIATION

Kirtland & Packard has developed extensive experience in structuring and conducting arbitrations, mediations, and other ADR processes. The Firm recognizes that ADR is a concept which can be invaluable in the proper case or claim. The Firm has handled ADR matters in a variety of fields including construction, professional liability, employment litigation, product liability and premises liability.

## APPELLATE OPINIONS THROUGH 2007

2007 Shroyer v. New Cingular Wireless Services, Inc. WL 2332068 (C.A.9 (Cal.))

2004 Dottie Goldstein et al v. Ralphs Grocery Company 2004 122 Cal.App.4th 229.

2003 In Re Air Crash at Belle Harbor, NY on November 12, 2001 2003 WL 21032034 2003 (MDL 1448 (RWS))

2002 Allen v. Sully-Miller Contracting Co., 28 Cal 4th 222 (2002)

2002 Pedus Building Services, Inc. v. Allen,96 Cal. App. 4th 152 (2002)

1999 APRI Ins. Co. v. Superior Court,76 Cal. App. 4th 176 (1999)

1999 Brockrath v. Aldrich Chemical Co., Inc., 21 Cal. 4th 71 (1999)

1998 Balthazor v. Little League Baseball, Inc.,62 Cal. App. 4th 47 (1998)

1998 Chung v. Tarom, S.A.,990 F. Supp. 581 (N.D. Ill. 1998)

1996 Magnin v. Teledyne Continental Motors, 91 F. 3d 1424 (11th Cir. 1996)

1996 Tomko Woll Group Architects, Inc. v. Superior Court, 46 Cal. App. 4th 1326 (1996)

1996 Armstrong World Industrices, Inc. v. Aetna Casualty & Surety Co., 45 Cal. App. 4th 1 (1996)

1996 Tate v. Boeing Helicopters,921 F. Supp. 1562 (W.D. Ky. 1996) 55 F. 3d 1150 (6th Cir. Ky. 1995)

1995 Pruyn v. Agricultural Ins. Co.,36 Cal. App. 4th 500 (1995)

1995 Mero v. Sadoff,31 Cal. App. 4th 1466 (1995)

1994 Viner v. Brockway, 36 Cal. Rptr. 2d 718 (1994)

1994 Kerins v. Hartley,27 Cal. App. 4th 1062 (1994)

1994 Linton v. Airbus Industrie, 30 F. 3d 592 (5th Cir. Tex. 1994)

1994 Kern v. Jeppeson Sanderson, Inc., 867 F. Supp. 525 (S.D. Tex. 1994)

1993 Armstrong World Industries, Inc. v. Aetna Casualty & Surety Co., 26 Cal. Rptr. 2d 35 (1993)

1992 Whittaker Corp. v. Allianz Underwriters, Inc.,11 Cal. App. 4th1236 (1992)

1992 Contreras v. Goldrich,10 Cal. App. 4th 1431 (1992)

1992 Linton v. Airbus Industrie, 794 F. Supp. 650 (S.D. Tex. 1992)

1991 Williamson v. Teledyne Continental Motors Aircraft Products Div., 1991 WL 249787 (E.D. Pa. 1991), 1990 WL 99756 (E.D. Pa. 1990)

1991 Adams v. Murakami,54 Cal. 3d 105 (1991), 228 Cal. App. 3d 885 (1990)

1991 Woods v. Young,53 Cal. 3d 315 (1991), 246 Cal. Rptr.768 (1988)

1989 Harris v. Tashma, 258 Cal. Rptr. 20 (1989)

1989 Marlene F. v. Affiliated Psychiatric Medical Clinic, Inc., 48 Cal. 3d 583 (1989)

1989 Brownfield v. Daniel Freeman Marina Hospital,208 Cal. App. 3d 405 (1989)

1988 Knighten v. Sam's Parking Valet,206 Cal. App. 3d 69 (1988)

1988 Getty v. Getty,205 Cal. App. 3d 134 (1988)

1988 In Re San Juan Dupont Plaza Hotel Fire Litigation, 687 F. Supp. 716 (D. Puerto Rico 1988) (MDL 1448(RWS))

1988 Stanton v. Continental Cas. Co.,243 Cal.Rptr. 147 (1988)

1987 U.S. v. Stringfellow,661 F. Supp. 1053 (1987)

1987 Grimm v. Thayer,188 Cal. App. 3d 866 (1987)

1986 Graham v.Teledyne-Continental Motors, a Div. of Teledyne Industries, Inc. 805 F. 2d 1386 (9th Cir. Cal. 1986)

1986 Green v. Travelers Indemnity Co., 185 Cal. App. 3d 544 (1986)

1986 Swett v. Schenk,792 F. 2d 1447 (9th Cir. Cal. 1986)

1986 Brimmer v. .California Charter Medical, Inc., 180 Cal. App. 3d 678 (1986)

1986 Covenant Mutual Ins. Co. v. Young,179 Cal. App. 3d 318 (1986)

1986 Budavari v. Barry,176 Cal. App. 3d 849 (1986)

1985  Jaffe v. Cranford Ins. Co.,168 Cal. App. 3d 930 (1985)

1985 Iverson v. Superior Court,167 Cal. App. 3d 544 (1985)

1984 Gradus v. Hanson Aviation, Inc., 158 Cal. App. 3d 1038 (1984)

1984  County of Los Angeles v. Superior Court, 155 Cal. App. 3d 798 (1984)

1983 Hogen v. Valley Hospital,147 Cal. App. 3d 119 (1983)

1982 Weber Aircraft Corp., a Div. of Walter Kidde and Co., Inc. v. U.S., 688 F. 2d 638 (9th Cir. Cal. 1982)

1982 Garcia v. Douglas Aircraft Co.,133 Cal. App. 3d 890 (1982)

1982 Aeronaves de Mexico, S.A. v. McDonnell Douglas Corp., 677 F. 2d 771 (9th Cir. Cal. 1982)

1982 S.A. Empressa De ViacaoAerea Rio Grandense (Varig Airlines) v. Walter Kidde & Co., Inc.,690 F. 2d 1235 (9th Cir. Cal. 1982)

1980 Stoddard v. Ling-Temco-Vought, Inc., 513 F. Supp. 314 (C.D. Cal. 1980)

1979 Evans v. Hawker-Siddeley Aviation, Ltd.,482 F. Supp. 547 (S.D.N.Y. 1979)

1979 Robinson v. Pediatric Affiliates Medical Group, Inc.,98 Cal. App. 3d 907 (1979)

1979 Reyno v. Piper Aircraft Co.,479 F. Supp. 727 (M.D. Pa. 1979)

1979 Baker v. Beech Aircraft Corp.,96 Cal. App. 3d 321 (1979)

1979 Scandiavian Airlines System v. United Aircraft Corp., 601 F. 2d 425 (9th Cir. Cal. 1979)

1979 Segura v. Brundage,91 Cal. App. 3d 19 (1979)

1978 Insurance Co. of North America v. Sam Harris Constr. Co., 22 Cal. 3d 409 (1978)

1978 Colby v. Schwartz,78 Cal. App. 3d 885 (1978)

1977 Barton v. Owen,71 Cal. App. 3d 484 (1977)

1977 Saxton v. McDonnell Douglas Aircraft Co., 428 F. Supp. 1047 (1977) (MDL 172)

1977 Moncur v. City of Los Angeles,68 Cal. App. 3d 118 (1977)

1977 In Re Paris Air Crash of March 3, 1974, 427 F. Supp. 701 (C.D. Cal. 1977)

1977 In Re Paris Air Crash of March 3, 1974, 420 F. Supp. 880 (C.D. Cal. 1976), 423 F. Supp. 367 (C.D. Cal. 1976)

1977 In Re Paris Air Crash of March 3, 1974, 410 F. Supp. 326 (C.D. Cal. 1976), 69 F.R.D. 310 (C.D. Cal. 1975) 399 F. Supp. 732 (C.D. Cal 1975), No. MDL 172

1977 Flanagan v. McDonnell Douglas Corp.,428 F. Supp. 770 (C.D. Cal. 1977)

1976 Slapin v. Los Angeles International Airport,65 Cal. App. 3d 484 (1976)

1976 Scherer v. Mark,64 Cal. App. 3d 834 (1976)

1976 Singelyn v. Superior Court, 62 Cal. App. 3d 972 (1976)

1976 Sanchez v. South Hoover Hospital,18 Cal. 3d 93 (1976)

1976 Beech Aircraft Corp. v. Superior Court,61 Cal. App. 3d 501 (1976)

1976 Smith v. Sikorsky Aircraft,420 F. Supp. 661 (1976)

1976 Taylor v. Union Pac. R. Corp.,16 Cal. 3d 893 (1976), 50 Cal. App. 3d 271 (1975)

1976 Rousseff v. Western Airlines, Inc.,409 F. Supp. 1262 (C.D. Cal. 1976)

1976 Kaiser Steel Corp.v. Westinghouse Elec. Corp., 55 Cal. App. 3d 737 (1976)

1976 Aas v. Avemco Ins. Co.,55 Cal. App. 3d 312 (1976)

1976 Scherer v. Mark,54 Cal. App. 3d 468 (1976)

1976 Sanchez v. South Hoover Hospital, 54 Cal. App. 3d 270 (1976)

1974 Times Newspapers Ltd. (Of Great Britain) v. McDonnell Douglas Corp., 387 F.Supp. 189 (1974)

1974 City of Los Angeles v. Japan Air Lines Co., Ltd., 41 Cal. App. 3d 416 (1974)

1974 Baker v. Beech Aircraft Corp.,39 Cal. App. 3d 315 (1974)

1974 Cairl v. Boeing Co.,39 Cal. App. 3d 137 (1974)

1974 Mitchell v. National Auto. & Casualty Ins. Co., 38 Cal. App. 3d 599 (1974)

1974 Pease v. Beech Aircraft Corp.,38 Cal. App. 3d 450 (1974)

1974 McCullum v. United Intern. Corp., 493 F. 2d 501 (1974)

1974 Klingebiel v. Lockheed Aircraft Corp.,494 F. 2d 345 (9th Cir. Cal. 1974)

1973 Arney v. U.S.,479 F. 2d 653 (9th Cir. Cal. 1973)

1973 Wint v. Fidelity & Casualty Co., 9 Cal. 3d 257 (1973)

1972 Cobbs v. Grant,8 Cal. 3d 229 (1972)

1972 Harbor Ins. co. v. Employers' Surplus Lines Ins. Co., 26 Cal. App. 3d 559 (1972)

1972 Lockheed Air Terminal, Inc. v. City of Burbank,457 F. 2d 667 (9th Cir.Cal. 1972)

1971 Klingebiel v. Lockheed Aircraft Corp., 372 F. Supp. 1086 (N.D. Cal. 1971)

1971 Cal-Medicon v. Los Angeles County Medical Assn., 20 Cal. App. 3d 148 (1971)

1971 Citizens Cas. Co. v. Otis Clark & Co.,19 Cal. App. 3d 294 (1971)

1971 McGlenon v. Boeing Co.,437 F. 2d 433 (9th Cir. Cal. 1971)

1970 Marincovich v. Oriana, Inc.,13 Cal. App. 3d 146 (1970)

1970 Hiemstra v. Huston, 12 Cal. App. 3d 104 (1970)

1970 Lockheed Air Terminal, Inc. v. City of Burbank, 318 F. Supp. 914 (C.D. Cal. 1970)

1970 Liberty Mut. Ins. Co. v. Harris, Kerr, Forster & Co.,10 Cal. App. 3d 1100 (1970)

1970 City of Newport Beach v. Sasse,9 Cal. App. 3d 803 (1970)

1970 Egly v. Superior Court,6 Cal. App. 3d 476 (1970)

1969 Knox-Seeman Motor Parts, Inc. v. American Ins. Co., 2 Cal. App. 3d 173 (1969)

1969 Berkey v. Anderson,1 Cal. App. 3d 790 (1969)

1969 Cullum v. Seifer,1 Cal. App. 3d 20 (1969)

1969 Rodde v. Trousdale Const. Co., 276 Cal. App. 2d 419 (1969)

1969 Western Salt Co. v. City of Newport Beach, 271 Cal. App. 2d 397 (1969)

1968 Employers' Surplus Lines Ins. Co. v. Fireman's Fund Ins. Co., 266 Cal. App. 2d 183 (1968)

1968 Geddes v.Tri-State Ins. Co.,264 Cal. App. 2d 181 (1968)

1968 Patton v. Royal Industries, Inc.,263 Cal. App. 2d 760 (1968)

1968 Dorobek v. Ride-A-White Stables,262 Cal. App. 2d 554 (1968)

1968 Cunningham v. Burbank Bd. of Realtors,262 Cal. App. 2d 211 (1968)

1968 City of Los Angeles v. Standard Oil Co. of Cal., 262 Cal. App. 2d 118 (1968)

1968 Storey v. Garrett Corp.,43 F.R.D. 301 (C.D. Cal. 1968)

1967 Mixon v. Riverview Hospital,254 Cal. App. 2d 364 (1967)

1967 Marcus v. Palm Harbor Hospital, Inc., 253 Cal. App. 2d 1008 (1967)

1967 Kemmerer Engineering Co. v. Continental Cas. Co.,253 Cal. App. 2d 188 (1967)

1967 O'Reilly v. Board of Medical Examiners,66 Cal. 2d 381 (1967), 55 Cal. Rptr. 152 (1966)

1967 Bledsoe v. Informative Research,257 Cal. App. 2d 684 (1967)

1966 Schwartz v. Thiele,242 Cal. App. 2d 799 (1966)

1966 Skyways Aircraft Ferrying Service, Inc. v. Stanton,242 Cal. App. 2d 272 (1966)

1966 Dunlap v. Marine,242 Cal. App. 2d 162 (1966)

1966 Erickson v. Sears, Roebuck & Co., 240 Cal. App. 2d 793 (1966)

1965 Mission Ins. Co. v. Brown,63 Cal. 2d 508 (1965)

1965 Olsen v. Lockheed Aircraft Corp., 237 Cal. App. 2d 737 (1965)

1965 Warren v. Flying Tiger Line, Inc.,352 F. 2d 494 (9th Cir. Cal. 1965), 234 F. Supp. 223 (S.D. Cal. 1964)

1965 Mission Ins. Co. v. Brown,43 Cal. Rptr. 518 (1965)

1964 Washington v. Blampin,226 Cal. App. 2d 604 (1964)

1963 Civil Service Emp. Ins. Co. v. Wilson, 222 Cal. App. 2d 519 (1963)

1963 McMahon v. Maddox,221 Cal. App. 2d 119 (1963)

1963 Carrasco v. Bankoff,220 Cal. App. 2d 230 (1963)

1963 Security-First Nat. Bank of Los Angeles v. Lutz, 322 F. 2d 348 (9th Cir. Cal. 1963)

1963 Myers v. Carter,215 Cal. App. 2d 238 (1963)

1963 Dreybus v. Bayless Rents, 213 Cal. App. 2d 506 (1963)

1962 Wilson v. Lockheed Aircraft Corp., 210 Cal. App. 2d 451 (1962)

1962 San Pedro Properties, Inc. v. Sayre & Toso, Inc., 203 Cal. App. 2d 750 (1962)

1962 Farnsworth v. Cote,199 Cal. App. 2d 762 (1962)

1961 Cox v. Shepherd,199 F. Supp. 140 (S.D. Cal. 1961)

1961 Security-First Nat. Bank of Los Angeles v. Lutz, 297 F. 2d 159 (9th Cir. Cal. 1961)

1961 Di Muro v. Matserson Trusafe Steel Scaffold Co., 193 Cal. App. 2d 784 (1961)

1961 Maben v. Rankin,55 Cal. 2d 139 (1961), 4 Cal. Rptr. 731 (1960)

1960 Pacific Greyhound Lines v. Buerner,187 Cal. App. 2d 190 (1960)

1960 Continental Mfg. Corp. v. Underwriters at Lloyds London, 185 Cal. App. 2d 545 (1960)

1960 Campbell v. Magana,184 Cal. App. 2d 751 (1960)

1960 Arvin-Kern Co. v. B.J. Service, Inc., 178 Cal. App. 2d 783 (1960)

1960 Rexall Drug Co. v. Nihill,276 F. 2d 637 (1960)

1960 Vinnell Co. v. Pacific Elec. Ry. Co., 52 Cal. 2d 411 (1959), 334 P. 2d 139 (1959)

1959 Davis v. Goodrich,171 Cal. App. 2d 92 (1959)

1959 McDonald v. Foster Memorial Hospital, 170 Cal. App. 2d 85 (1959)

1958 Lewis v. Franklin,161 Cal. App. 2d 177 (1958)

1957 Mayers v. Litow,154 Cal. App. 2d 413 (1957)

1957 Calvin v. Thayer,150 Cal. App. 2d 610 (1957)

1956 Landsberg v. Kolodny, 145 Cal. App. 2d 158 (1956)

1956 Alwood v. City of Los Angeles, 139 Cal. App. 2d 49 (1956)

1956 Agnew v. City of Compton,239 F. 2d 226 (9th Cir. Cal. 1956)

1956 Spencer v. Beatty Safway Scaffold Co., 141 Cal. App. 2d 875 (1956)

1956 Smith v. National Broadcasting Co.,138 Cal. App. 2d 807 (1956)

1955 Potter v. Richards,132 Cal. App. 2d 380 (1955)

1955 Seneris v. Haas,45 Cal. 2d 811 (1955)

1955 Dragna v. White,45 Cal. 2d 469 (1955)

1955 Anderson v. No-Doz, 134 Cal. App. 2d 11 (1955)

1955 Miller v. Glass,44 Cal. 2d 359 (1955), 274 P. 2d 669 (Cal. App. 4 Dist. 1954)

1955 Potter v. Richards,132 Cal. App. 2d 380 (1955)

1955 Seneris v. Haas,281 P. 2d 278 (1955)

1955 Dragna v. White,280 P. 2d 817 (Cal. App. 2 Dist. 1955)

1953 Bates v. Newman,121 Cal. App. 2d 800 (1953)

1953 Curland v. Los Angeles County Fair Ass'n, 118 Cal. App. 2d 691 (1953)

1953 Farber v. Olkon,40 Cal. 2d 503 (1953), 246 P. 2d 710 (Cal. App. 2 Dist. 1952)

1951 Champion v. Bennetts,37 Cal. 2d 815 (1951), 231 P. 2d 108 (Cal. App. 2 Dist. 1951)

1951 Huffman v. Lindquist,37 Cal. 2d 465 (1951)

1951 Romero v. Eustace,101 Cal. App. 2d 253 (1951)

1950 Kritzer v. Citron,101 Cal. .App. 2d 33 (1950)

1950 Kleinberg v. Underwriters at Lloyd's London, 98 Cal. App. 2d 119 (1950)

1950 Larsson v. Cedars of Lebanon Hospital,97 Cal. App. 2d 704 (1950)

1950 McMillen v. Douglas Aircraft Co.,90 F. Supp. 670 (S.D. Cal. 1950)

1950 City of Beverly Hills v. Brady,34 Cal. 2d 854 (1950), 205 P. 2d 1088 (Cal. App. 2 Dist. 1949)

1950 Sales Affiliates v. Superior Court in and for Los Angeles County, 96 Cal. App. 2d 134 (1950)

1949 Moore v. Belt,34 Cal. 2d 525 (1949)

1948 Whitfield v. Jessup, 31 Cal. 2d 826 (1948), 183 P. 2d 133 (Cal. App. 2 Dist. 1947)

1947 McCurdy v. Hatfield,30 Cal. 2d 492 (1947), 173 P. 2d 670 (Cal. App. 2 Dist. 1946)

1947 Church v. Bloch,80 Cal. App. 2d 542 (1947)

1946 Rafter v. Dubrock's Riding Academy, 75 Cal. App. 2d 621 (1946)

# MEMBERS OF THE FIRM

## Michael L. Kelly (Managing Partner)

Mr. Kelly is recognized as one of the top consumer trial lawyers in the country. His numerous jury verdicts have set records for not only verdict size, but have also expanded consumer protections and safeguards. He serves as senior and managing partner of the firm, with which he has spent his almost 30 years of practice.

Mr. Kelly's most recent accomplishments include:

Recognition by LAWYERS WEEKLY USA in their TOP 10 USA Verdicts for 2005 for his $63.9 million verdict in the employment discrimination case of Baker v. PrivatAir.

Recognition by LAWDRAGON as one of the Leading 500 Plaintiffs' Lawyers in America - 2007

Recognition by LAWDRAGON as one of the Leading 500 Lawyers in America - 2008

Recognition as one of the Southern California Superlawyers. 2006, 2007, 2008

Recognized by The American Trial Laywers Association as one of the Top 100 Trial Lawyers in California.

In order to most effectively represent his diverse clientele, Mr. Kelly has assembled a team of talented attorneys whose varying specializations combine to provide a comprehensive client resource. They have litigated cases involving massive product recalls, catastrophic personal injury and wrongful death, various types of class actions, employment and discrimination claims, copyright, toxic tort claims, unfair competition, trade secrets, mass disasters and other complex litigation claims. His firm's high profile practice has resulted in record setting verdicts and over 179 published and non-published appellate opinions.

Mr. Kelly lives in Hermosa Beach with his wife, Lindsey, an entertainment attorney and executive, and daughter Morgan. He enjoys flying, motorcycle riding and restoring classic sports cars.

Selected Prior Results:

$ 63,900,000 Verdict in the age discrimination case of Baker v. PrivatAir

$ 18,500,000 Settlement in investment banking fraud case [parties confidential]

$ 12,200,000 Settlement in the class action case of Opperman v. Verizon

$ 12,047,508 Settlement in the class action of Seibel v. Ralphs

$ 4,344,000 Settlement in SUV design defect case [parties confidential]

$ 2,600,000 Verdict in the insurance bad faith case of Indochina v. Stratford Insurance Company

$ 2,300,000 Settlement in commercial products claim [parties confidential]

$ 1,600,000 Settlement in private aircraft accident [parties confidential]

$ 1,200,000 Settlement in a sexual assault by a celebrity [parties confidential]

$ 1,100,000 Settlement for Insurer's bad faith denial of breast reconstructive surgery [parties confidential]

$ 1,000,000 Settlement in falling death of minor child in Bae v. Berendo

Born in John Day, Oregon, September 21, 1953; Admitted to bar, 1978, California; 1984, U.S. Trust Territory of the Pacific Islands; 1987, Colorado; 1987, U.S. Supreme Court.

Education: Seattle University (B.A., 1975); University of Idaho (J.D., 1978). Member, Idaho Law Review, 1976-1977; Board of Editors, 1977-1978; Comments Editor, 1977-1978.

Authored: "Negotiation of a Sharing Agreement Between an Operator and a Manufacturer," Sixth National Institute on Litigation in Aviation, American Bar Association, May 1987; "Determining Who Was Pilot in Command," Litigation News, March 1991; "Hope on the Horizon That General Aviation Sales Will Take Flight with Product Liability Reform," Aviation Journal of the American Bar Association, Volume II, Number I, 1992.

Member, State Bar of California
Member, State Bar of Colorado
Member, American Bar Association
(Vice Chairperson, Committee on Aviation Litigation, 1990-1992; Member, Section of Tort and Insurance Practice; Member, Section of Science and Technology)
Member, Los Angeles County Bar Association
Member, South Bay Bar Association
Member, Lawyer-Pilot's Bar Association
Member, Association of Trial Lawyers of America
Member, Consumer Attorneys of California
Member, Los Angeles County Superior Court Settlement Programs
Member, Association of Business Trial Lawyers

AV Rated: Martindale Hubbell [Very High to Preeminent]
Selected: Superlawyers, Southern California 2007
Selected: Lawdragon 500 Leading Plaintiffs' Lawyers in America 2007
Selected: Lawdragon 500 Leading Lawyers in America 2008

E-mail: **mlk@KirtlandPackard.com**

## Robert A. Muhlbach (Partner)

Born in Los Angeles, California, April 13, 1946; Admitted to bar, 1976, California. Education: University of California, Berkeley (B.S., Mechanical Engineering, 1967); California State University, Long Beach (M.S., Mechanical Engineering, 1969); University of Southern California (M.P.A., 1978); Hastings College of Law, University of California (J.D., 1976). Member, Hastings Constitutional Law Quarterly, 1975-1976. Public Defender, Los Angeles County, 1977-1979.

Member of: State Bar of California; American Bar Association; International Association of Defense Counsel; American Board of Trial Advocates; American Institute of Aeronautics and Astronautics; Lawyer-Pilots Bar Association; Association of Southern California Defense Counsel. [Capt., Pilot, USAF, 1969-1973.]

E-mail: **ram@KirtlandPackard.com**

## Robert M. Churella (Partner)

Born in Baltimore, Maryland, May 23, 1949; Admitted to bar, 1977, California; 1983, U.S. Supreme Court. Education: Massachusetts Institute of Technology (B.S., Aeronautics and Astronautics, 1972; M.S., Aeronautics and Astronautics, 1973); University of Southern California (J.D., 1976). Member, Southern California Law Review, 1974-1976.

Authored: "Claims by Aircraft Owners and Operators Against Manufacturers" and "Recent Developments Under the Warsaw Convention" (with Jacques E. Soiret), International Aviation Air Law Symposium, Marco Island, Florida, 1983 (reprinted by Lloyds of London Law Press).

Member of: State Bar of California (Member, Section on Litigation); Los Angeles County Bar Association; American Bar Association (Member, Section on Tort and Insurance Practice; Member, Section on Litigation; Member, Forum Committee on Air and Space Law); Association of Business Trial Lawyers; American Association for the Advancement of Science; American Institute of Aeronautics and Astronautics, SAE International.

E-mail: **rmc@KirtlandPackard.com**

## Steven M. Maslauski (Partner)

Born in Cincinnati, Ohio, October 9, 1959; Admitted to bar, 1985, California. Education: Northwestern University (B.A., 1981); Pepperdine University (J.D., 1984). Phi Delta Phi.

Member of: State Bar of California; American Bar Association (Member, Section on Litigation); Association of Southern California Defense Counsel; Defense Research Institute, American Board of Trial Advocates.

E-mail: **smm@KirtlandPackard.com**

## James T. La Chance (Partner)

Born in Huron, South Dakota, June 26, 1957; Admitted to bar, 1982, California. Education: California State University at Long Beach (B.A., 1979); California State University at Fullerton; Loyola Law School, Los Angeles (J.D., 1982). Pi Sigma Alpha.

Member of: State Bar of California; American Bar Association.

Languages: French.

E-mail: **jtl@KirtlandPackard.com**

## Mark E. Goldsmith (Partner)

Born in Chicago, Illinois, January 25, 1960; Admitted to bar, 1987, California, U.S. Court of Appeals, Ninth Circuit and U.S. District court, Northern District of California; 1989, U.S. District Court, Central District of California; 1991, U.S. District Court, Southern and Eastern Districts of California.

Education: University of Wisconsin, Madison (B.A., 1982); Hastings College of the Law, University of California (J.D., 1985).

Member of: State Bar of California; Los Angeles County Bar Association.

E-mail: **meg@KirtlandPackard.com**

## Robert K. Friedl (Partner)

Born in Brooklyn, New York, July 31, 1962; admitted to bar, 1988, California and U.S. District Court, Southern and Central Districts of California.

Education:  University of Connecticut (B.A., Economics, 1984); Southwestern University School of Law (J.D., 1987), Southwestern's accelerated 2 year S.C.A.L.E.

Recipient of:  American Jurisprudence Award in Community Property.

Member of: State Bar of California.

E-mail: **rkf@KirtlandPackard.com**

## Behram V. Parekh (Of Counsel)

Mr. Parekh has represented both individuals and institutions in complex litigation matters. Cases in which Mr. Parekh has served as plaintiffs' counsel have resulted in recoveries to plaintiffs and class members in excess of 100 million dollars. Mr. Parekh has been appointed as lead or co lead counsel in numerous cases in the securities field, as well as in the litigation of consumer fraud, false and misleading advertising, unfair competition, and drug liability cases.

Selected Prior Results:

$ $150,000,000 Drug Liability Litigation [parties confidential]

$ 42,000,000 In re Apria Healthcare Group Securities Litigation

$ 24,000,000 In re Purchasepro.com Inc. Securities Litigation

$ 18,500,000 Business Litigation [parties confidential]

$ 15,000,000 In re Lantronix Inc. Securities Litigation

$ 12,000,000 Great Escape Promotion Cases Coordinated Proceeding

$ 10,000,000 In re Mastec Inc Securities Litigation

$ 7,400,000 In re Resource America Securities Litigation

$ 5,400,000 In re Ascend Communications Securities Litigation

Born in Bombay, India, March 2, 1969; Primary/Secondary School completed in Hong Kong. Admitted to bar, 1995, California; California Supreme Court; United States Courts of Appeals for the Second and Ninth Circuits; United States District Courts for the Central, Eastern, Northern and Southern Districts of California, District of Colorado, Western District of Michigan, and Northern District of Oklahoma.

Education:  University of California, Irvine (B.A. 1992); Pepperdine University School of Law (J.D., *cum laude*, 1995); Straus Institute for Dispute Resolution, Certificate in Alternative Dispute Resolution, 1995.

Recipient of: American Jurisprudence Award for Wills & Trusts

Member of: State Bar of California; American Bar Association; Los Angeles County Bar Association; American Trial Lawyers Association; Consumer Attorneys of California

E-mail: **bvp@KirtlandPackard.com**

## Holly M. Brett

Born in Long Beach, California, July 31, 1973; Admitted to bar, 2000, California.

Education: San Diego State University (Bachelor of Arts, Political Science, 1996); University of San Diego School of Law (J.D., 2000).

Member of: State Bar of California

E-Mail: **hmb@KirtlandPackard.com**

## Jessica E. Carranza

Born Santa Ana, El Salvador, March 3, 1978; Admitted to bar, 2004, California; 2004 U.S. District Court, Central District of California. Education: Florida International University (B.A. Political Science, cum laude, 2000); Loyola Law School, Los Angeles (J.D. 2003).

Member of: State Bar of California, American Bar Association, Los Angeles County Bar Association

Languages: Spanish.

E-mail: **jec@KirtlandPackard.com**

## Joshua A. Fields

Born in Bronx, New York, 1972; Admitted to bar, 2006, California.

Education: Harvard University (A.B. Cum Laude 1995); Tulane University (J.D. Environmental Law Certificate 2005). Managing Editor, The Tulane Environmental Law Journal. Judicial Intern to the Honorable Louise Gans, New York State Supreme Court, 2003.

Publications: Recent Development: *Engine Manufacturers Association v. South Coast Air Quality Management District*, 18 Tul. Envtl. L.J. 258 (2004).
Member: State Bar of California

E-mail: **jf@KirtlandPackard.com**

## Dimitri Chapovsky

Born in Kiev, Ukraine, April 1978; Admitted to Bar, 2006, California

Education: University of Southern California (B.S. in Business Administration, 2002); Loyola Law School (J.D., 2005).

Member of: State Bar of California

Languages: Russian

E-mail: **dch@KirtlandPackard.com**