1  Vahn Alexander (167373)
   FARUQI & FARUQI, LLP
2  1901 Avenue of the Stars, Second Floor
   Los Angeles, CA 90067
3  Tel: (310) 461-1426
   Fax: (310) 461-1427
4  valexander@faruqilaw.com

5  Michael L. Kelly (82063)
   Behram V. Parekh (180361)
6  KIRTLAND & PACKARD LLP
   2361 Rosecrans Avenue, Fourth Floor
7  El Segundo, CA 90245
   Tel: (310) 536-1000
8  Fax: (310) 536-1001
   mlk@kirtlandpackard.com
9  bvp@kirtlandpackard.com

10 *Attorneys for Proposed
   Lead Plaintiff Alex Meruelo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| In re SiRF Technology Holdings, Inc. Securities Litigation | Master File No.: C08-00856 MMC |
| This Document Related to:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF ALEX MERUELO AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL<br><br>CLASS ACTION<br><br>Date: May 16, 2008<br>Time: 9:00 a.m.<br>Ctrm.: Hon. Maxine M. Chesney |

This Court, having considered the motion for "Appointment of Alex Meruelo as Lead Plaintiff Pursuant to §21d of the Securities Exchange Act of 1934 and for Approval of Lead Plaintiff's Choice of Lead Counsel" (the "Motion"), for good cause shown, hereby orders as follows:

IT IS HEREBY ORDERED THAT:

1. Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), Alex Meruelo is appointed Lead Plaintiff for the class.

2. Lead Plaintiff's selection of counsel is approved. Pursuant to §21D(a)(3)(B)(v), the law firms of Faruqi & Faruqi, LLP and Kirtland & Packard LLP are appointed Co-Lead Counsel for the class.

3. Co-Lead Counsel is vested by the Court with the following responsibilities and duties:

   a. To coordinate the preparation and filing of a Consolidated Complaint, and any subsequent pleadings;

   b. To coordinate the briefing and argument of all motions;

   c. To coordinate and conduct all discovery, pre-trial and trial proceedings for plaintiffs;

   d. To call meetings of plaintiffs' counsel as they deem appropriate or necessary from time to time;

   e. To initiate and conduct all settlement negotiations for plaintiffs with counsel for defendants;

   f. To provide general coordination of activities of counsel on their side and to delegate work responsibilities to selected counsel as may be required; and

   g. To perform such other duties as may be expressly authorized by further order of the Court.

4. Co-Lead Counsel shall make all work assignments in such a manner as to conduct the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

5. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel and such agreements shall be binding on all plaintiffs.

6. No motion, request for discovery, or other pretrial proceeding shall be initiated or served by any plaintiff except through Co-Lead Counsel.

DATED: _____     _____
                                    Honorable Maxine M. Chesney
                                    United States District Court Judge

Submitted by:

Vahn Alexander (167373)
FARUQI & FARUQI, LLP

_____
Vahn Alexander

1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
valexander@faruqilaw.com

Michael L. Kelly (82063)
Behram V. Parekh (180361)
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue, Fourth Floor
El Segundo, CA 90245
Tel: (310) 536-1000
Fax: (310) 536-1001
mlk@kirtlandpackard.com
bvp@kirtlandpackard.com

*Attorneys for Proposed
Lead Plaintiff Alex Meruelo*