1  Vahn Alexander (167373)
   FARUQI & FARUQI, LLP
2  1901 Avenue of the Stars, Second Floor
   Los Angeles, CA 90067
3  Tel: (310) 461-1426
   Fax: (310) 461-1427
4  valexander@faruqilaw.com

5  Michael L. Kelly (82063)
   Behram V. Parekh (180361)
6  KIRTLAND & PACKARD LLP
   2361 Rosecrans Avenue, Fourth Floor
7  El Segundo, CA 90245
   Tel: (310) 536-1000
8  Fax: (310) 536-1001
   mlk@kirtlandpackard.com
9  bvp@kirtlandpackard.com

10 *Attorneys for Proposed*
   *Lead Plaintiff Alex Meruelo*
11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT CALIFORNIA**

15

16 | In re SiRF Technology Holdings, Inc. ) | Master File No.: C08-00856 MMC
   | Securities Litigation )
17 |                                      ) | **PROOF OF SERVICE**
   | ———————————————————— )
18 |                                      ) | CLASS ACTION
   | This Document Related to:            )
19 |                                      ) | Date:  May 16, 2008
   |          ALL ACTIONS                 ) | Time:  9:00 a.m.
20 |                                      ) | Ctrm.: Hon. Maxine M. Chesney

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 1901 Avenue of the Stars, Second Floor, Los Angeles, CA 90067.

On April 8, 2008, I served the foregoing documents described as:

**SEE ATTACHED LIST**

by delivering true copies addressed as follows:

**SEE ATTACHED SERVICE LIST**

\_\_\_\_    BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 461-1427 to the facsimile machine telephone number(s) listed on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

\_\_\_\_    BY MAIL as indicated above. I deposited such envelope(s) in the mail at Los Angeles, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

  X     BY OVERNIGHT MAIL as indicated above. I deposited such envelope(s) in the Federal Express repository at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing via Federal Express. Under that practice mail would be deposited in the Federal Express drop box on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the Federal Express shipping label date is more than one day after date of deposit for mailing in an affidavit.

Executed on April 8, 2008, at Los Angeles, California.

Marilyn Fausto

In re SiRF Technology Holdings, Inc. Sec. Litig. - C08-00856 MMC
Proof of Service re Meruelo Motion for Lead Plaintiff and Lead Counsel          1

## DOCUMENT LIST

1. NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF ALEX MERUELO AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. DECLARATION OF VAHN ALEXANDER IN SUPPORT OF MOTION FOR APPOINTMENT OF ALEX MERUELO AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL

3. [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF ALEX MERUELO AS LEAD PLAINTIFF PURSUANT TO §21D OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL

4. PROOF OF SERVICE

In re SiRF Technology Holdings, Inc. Sec. Litig. - C08-00856 MMC
Proof of Service re Meruelo Motion for Lead Plaintiff and Lead Counsel

2

<u>**SERVICE LIST**</u>

Shawn A. Williams
Jeffrey W. Lawrence
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
100 Pine Street Suite 2600
San Francisco, CA 94111

Deborah R. Gross
Robert P. Frutkin
LAW OFFICES OF BERNARD M. GROSS, PC
John Wanamaker Bldg.
100 Penn Square East, Suite 450
Philadelphia, PA 19107

Kenneth A. Elan
LAW OFFICES OF KENNETH A. ELAN
217 Broadway, Suite 605
New York, NY 10007

Jeffrey S. Abraham
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza, Suite 2805
New York, NY 10119

Patrice L. Bishop
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024

Lionel Z. Glancy
Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Jordan L. Lurie
Leigh A. Parker
Zev B. Zysman
WEISS & LURIE
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024

Francis M. Gregorek
Betsy C. Manifold
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101

In re SiRF Technology Holdings, Inc. Sec. Litig. - C08-00856 MMC
Proof of Service re Meruelo Motion for Lead Plaintiff and Lead Counsel       3

| | |
|---|---|
| 1 | Jonathan K. Levine |
| | Aaron M. Sheanin |
| 2 | GIRARD GIBBS LLP |
| | 601 California Street, Suite 1400 |
| 3 | San Francisco, CA 94108 |
| 4 | Alan R. Plutzik |
| | L. Timothy Fisher |
| 5 | SCHIFFRIN BARROWAY TOPAZ & |
| | KESSLER, LLP |
| 6 | 2125 Oaks Grove Road, Suite 120 |
| | Walnut Creek, CA 94598 |
| 7 | |
| | Brian P. Murray |
| 8 | MURRAY FRANK & SAILER LLP |
| | 275 Madison Avenue, Suite 801 |
| 9 | New York, NY 10016 |
| 10 | Howard G. Smith |
| | LAW OFFICES OF HOWARD G. SMITH |
| 11 | 3070 Bristol Pike, Suite 112 |
| | Bensalem, PA 19020 |
| 12 | |
| | Patrick V. Dahlstrom |
| 13 | POMERANTZ HAUDEK BLOCK |
| | GROSSMAN & GROSS LLP |
| 14 | 1 North LaSalle Street, Suite 2225 |
| | Chicago, IL 60602 |
| 15 | |
| | *Attorneys for Plaintiffs* |
| 16 | |
| | David M. Furbush |
| 17 | PILLSBURY WINTHROP SHAW |
| | PITTMAN LLP |
| 18 | 2475 Hanover Street |
| | Palo Alto, CA 94304 |
| 19 | |
| | *Attorneys for Defendants* |

In re SiRF Technology Holdings, Inc. Sec. Litig. - C08-00856 MMC
Proof of Service re Meruelo Motion for Lead Plaintiff and Lead Counsel        4