LEVY, RAM & OLSON, LLP
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA  94111
Telephone: (415) 433-4949
Facsimile:  (415) 433-7311

*Liaison Counsel for Lead Plaintiff Movant Matthew Delaney*

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
rroseman@srk-law.com
Andrew D. Abramowitz
aabramowitz@srk-law.com
John A. Macoretta
jmacoretta@srk-law.com
David Felderman
dfelderman@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile:  (215) 496-6611

*Counsel for Lead Plaintiff Movant Matthew Delaney*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Related To:<br>ALL ACTIONS | Master File No.: C 08 00856<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOVANT MATTHEW DELANEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:   May 16, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>          [Hon. Maxine M. Chesney] |

/ / /

---

# [PROPOSED] ORDER

Having considered the papers filed in support of Motion of Matthew Delaney For Appointment as Lead Plaintiff and For Approval of Selection of Lead Counsel, pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby enters the following Order.

1. Movant, Matthew Delaney ("Movant" or "Delaney") has timely moved to be appointed as Lead Plaintiff in this consolidated class action and to approve his selection of counsel to serve as Lead Counsel.

2. Having considered the provisions of § 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Movant satisfies the requirements of the PSLRA. The Court hereby appoints Movant Matthew Delaney to be the Lead Plaintiff and to represent the interests of the class in this consolidated action.

3. Pursuant to §21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movant has selected and retained the law firm of Spector Roseman & Kodroff, P.C. to serve as Lead Counsel and the law firm of Levy, Ram & Olson, LLP to serve as Liaison Counsel. The Court approves Lead Plaintiff's selection of Lead Counsel and Liaison Counsel.

4. Lead Counsel shall have the responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate, set forth in this Court's March 14, 2008 Order.

5. So as to prevent duplication of work, no motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel. No settlement negotiations shall be conducted without the approval of the Lead Counsel. Lead Counsel shall also have the responsibility of receiving and disseminating Court orders and notices.

6. Defendants shall effect service of papers on plaintiffs by serving copies on Lead Counsel by electronic filing, overnight delivery service or hand delivery. Plaintiffs shall effect

Master File No. C 08 00856 – [PROPOSED] ORDER GRANTING MOVANT MATTHEW DELANEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

2

1 service of papers on defendants by serving copies on each of their counsel by electronic filing,
2 overnight delivery service or hand delivery.

4       IT IS SO ORDERED.

6 Dated:

8                                         _____
                                          JUDGE MAXINE M. CHESNEY

12 F:\Docs\1127-01\Pleadings\MotLeadCounsel-PropOrder.doc