1  LEVY, RAM & OLSON, LLP
   Michael F. Ram (SBN 104805)
2  mfr@lrolaw.com
   639 Front Street, 4th Floor
3  San Francisco, CA  94111
   Telephone: (415) 433-4949
4  Facsimile:  (415) 433-7311

5  *Liaison Counsel for Lead Plaintiff Movant
   Matthew Delaney*
6
   SPECTOR, ROSEMAN & KODROFF, P.C.
7  Robert M. Roseman
   rroseman@srk-law.com
8  Andrew D. Abramowitz
   aabramowitz@srk-law.com
9  John A. Macoretta
   jmacoretta@srk-law.com
10 David Felderman
   dfelderman@srk-law.com
11 1818 Market Street, Suite 2500
   Philadelphia, PA 19103
12 Telephone: (215) 496-0300
   Facsimile:  (215) 496-6611
13
   *Counsel for Lead Plaintiff Movant
14 Matthew Delaney*

15

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No.: C 08 00856 |
|---|---|
|  | **CLASS ACTION** |
|  | **CERTIFICATION OF COUNSEL** |
| This Document Related To: ALL ACTIONS | Date:   May 16, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>        [Hon. Maxine M. Chesney] |

25

26  / / /

27

28

---

Master File No. C 08 00856 – CERTIFICATION OF COUNSEL                                      1

**CERTIFICATION OF COUNSEL**

We, the undersigned counsel, each affirm that we do not directly own or otherwise have a beneficial interest in securities that are the subject of this action.

Dated: April 8, 2008                    **LEVY, RAM & OLSON LLP**

By:        */s/ Michael F. Ram*
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Proposed Liaison Counsel*


        */s/ Robert M. Roseman*
Robert M. Roseman
rroseman@srk-law.com


        */s/ Andrew D. Abramowitz*
Andrew D. Abramowitz
aabramowitz@srk-law.com


        */s/ John A. Macoretta*
John A. Macoretta
jmacoretta@srk-law.com


        */s/ David Felderman*
David Felderman
dfelderman@srk-law.com
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Proposed Lead Counsel*

F:\Docs\1127-01\Pleadings\MotLeadCounsel-Counsel Certification.doc