SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SIRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | No. 3:08-cv-00856-MMC |
|---|---|
| | CLASS ACTION |
| This Document Relates To: All Actions | NOTICE OF MOTION AND MOTION OF JAMES VAN ATTEN TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| | DATE: May 16, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 7<br>JUDGE: Hon. Maxine M. Chesney |

NOTICE OF MOTION AND MOTION OF JAMES VAN ATTEN TO BE APPOINTED LEAD PLAINTIFF AND
FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:08-cv-00856-MMC

## NOTICE OF MOTION

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 16, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, class member James Van Atten by his counsel, will move, and hereby does move, this Court for an Order: (i) appointing James Van Atten as Lead Plaintiff; (ii) approving James Van Atten's selection of the law firm of Schiffrin, Barroway, Topaz & Kessler, LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, James Van Atten submits herewith a Memorandum of Points and Authorities and Declaration of Alan R. Plutzik. A proposed form of Order is also submitted herewith.

Dated: April 8, 2008

Respectfully submitted,

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

s/Alan R. Plutzik
Alan R. Plutzik, Of Counsel
L. Timothy Fisher, Of Counsel
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel