SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:  (925) 945-0770
Facsimile:   (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:   (610) 667-7056

[Proposed] Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SIRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | No. 3:08-cv-00856-MMC<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE: May 16, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 7<br>JUDGE: Hon. Maxine M. Chesney |

Having considered the motion of James Van Atten to be appointed lead plaintiff and for approval of lead plaintiff's selection of lead counsel, the memorandum of law in support thereof, the declaration of Alan R. Plutzik in support of that motion, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. Class member James Van Atten is appointed to serve as Lead Plaintiff in the above-captioned consolidated action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

3. The law firm of Schiffrin Barroway Topaz & Kessler, LLP is hereby approved as Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a. To brief and argue motions;

    b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c. To direct and coordinate the examination of witnesses in depositions;

    d. To act as spokesperson at pretrial conferences;

    e. To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f. To initiate and conduct any settlement negotiations with counsel for defendants;

    g. To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h. To consult with and employ experts;

i. To receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

j. To perform such other duties as may be expressly authorized by further order of this Court.

IT IS SO ORDERED.

DATED:_____

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE