1  Jordan L. Lurie  (130013)
   Leigh A. Parker (170565)
2  **WEISS & LURIE**
   10940 Wilshire Boulevard, 23rd Floor
3  Los Angeles, CA 90024
   Tel:   (310) 208-2800
4  Fax:   (310) 209-2348
   jlurie@weisslurie.com
5  lparker@weisslurie.com

6  Attorneys for Gary Mitchell Schorr
   Rev. Trust U/A DTD 3-20-98 and
7  [Proposed] Lead Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) | Master File No. C-08-00856-MMC<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE** |
|---|---|---|
| This Document Relates to:<br><br>    All Actions | ) ) ) ) ) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Weiss & Lurie is the counsel of record for Plaintiff Gary Mitchell Schorr Rev. Trust U/A DTD 3-20-98 (*Gary Mitchell Schorr Rev. Trust U/A DTD 3-20-98 v. SiRF Technology Holdings, Inc., et al.*, Case No. CV-08-1121-MMC, consolidated by this Court's Order dated March 14, 2008) in the within action. Jordan L. Lurie and Leigh A. Parker are hereby appearing on behalf of Plaintiff Gary Mitchell Schorr Rev. Trust U/A DTD 3-20-98 and request that all notices given or required to be given, and all papers served or required to be served in the above-captioned matter, be provided to and served upon:

Jordan L. Lurie
WEISS & LURIE
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
Email: jlurie@weisslurie.com

Leigh A. Parker
WEISS & LURIE
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
Email: lparker@weisslurie.com

Dated: April 8, 2008          Respectfully submitted,

Jordan L. Lurie
Leigh A. Parker
**WEISS & LURIE**

By:     /s/ - Leigh A. Parker
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:   (310) 208-2800
Fax:   (310) 209-2348

Attorneys for Gary Mitchell Schorr
Rev. Trust U/A DTD 3-20-98 and
[Proposed] Lead Counsel for Plaintiffs

Notice of Appearance                                Master File No. C-08-00856 -MMC

1