RANDALL K. PULLIAM (*Pro Hac Vice* Application Forthcoming)
JOSEPH HENRY (HANK) BATES (167688)
BART DALTON (187930)
CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Facsimile: (501)312-8505
rpulliam@cauleybowman.com

Proposed Lead Counsel

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, California 94105-1528
Telephone: (415) 371-8500
Facsimile: (415)371-0500
sawyer@kerrwagstaffe.com

Proposed Liaison Counsel

Attorneys for Plaintiffs
The City of Omaha Nebraska Civilian Employees'
Retirement System and the City of Omaha Police
and Fire Retirement System

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re SiRF TECHNOLOGY HOLDINGS, INC., SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | Case No. C 08-0856 MMC<br>Class Action<br><br>**[PROPOSED] ORDER GRANTING MOTION BY OMAHA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**<br><br>Date:          May 16, 2008<br>Time:         9 a.m.<br>Courtroom: 7, 19th Floor<br><br>Hon. Maxine M. Chesney |

CASE NO. C 08-0856 MMC                    [PROPOSED] ORDER GRANTING OMAHA FUNDS
                                          MTN. FOR APPT. AS LEAD PLAINTIFF

1  This Court, having considered the Motion of The City of Omaha, Nebraska Civilian Employees' Retirement System and the City of Omaha Police and Fire Retirement System (the "Omaha Funds") for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel, the Memorandum of Points and Authorities and the Declarations of Adrian J. Sawyer and Carol Ebdon in support thereof, as well as any opposition and reply papers, hereby ORDERS as follows:

1.  The Omaha Funds are hereby appointed as Lead Plaintiff for the Class pursuant to and Section 21D of the Securities Exchange Act of 1934; and

2.  The law firm of Cauley Bowman Carney & Williams, PLLC is appointed as Lead Counsel, and the law firm of Kerr & Wagstaffe, LLP is appointed as Liaison Counsel.

SO ORDERED this _____ day of _____, 2008.

_____
Hon. Maxine M. Chesney
United States District Judge