Jordan L. Lurie  (130013)
Leigh A. Parker (170565)
**WEISS & LURIE**
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:   (310) 208-2800
Fax:  (310) 209-2348
jlurie@weisslurie.com
lparker@weisslurie.com

Attorneys for Gary Mitchell Schorr
Rev. Trust U/A DTD 3-20-98 and
[Proposed] Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br>_____<br>This Document Relates to:<br>     All Actions<br>_____ | Master File No. C-08-00856-MMC<br><br>CLASS ACTION<br><br>**CERTIFICATION OF JORDAN L. LURIE PURSUANT TO LOCAL RULE 3-7(d)** |

**CERTIFICATION PURSUANT TO LOCAL RULE 3-7(d)**

I, Jordan L. Lurie, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California.

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I affirm that I do not directly own or otherwise have a beneficial interest in securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 8th day of April, 2008, at Los Angeles, California.

      /s/ - Jordan L. Lurie
      Jordan L. Lurie

**CERTIFICATION OF CONCURRENCE OF FILING**

I certify that Jordan L. Lurie concurs in the filing of this document.

      /s/ - Leigh A. Parker
      Leigh A. Parker