1  RANDALL K. PULLIAM (*Pro Hac Vice* Application Forthcoming)
   JOSEPH HENRY (HANK) BATES (167688)
2  BART DALTON (187930)
   CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
3  11311 Arcade Drive, Suite 200
   Little Rock, Arkansas 72212
4  Telephone: (501) 312-8500
   Facsimile: (501)312-8505
5  rpulliam@cauleybowman.com

6  Proposed Lead Counsel

7  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
8  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
9  San Francisco, California 94105-1528
   Telephone: (415) 371-8500
10 Facsimile: (415)371-0500
   sawyer@kerrwagstaffe.com
11
   Proposed Liaison Counsel
12
   Attorneys for Plaintiffs
13 The City of Omaha Nebraska Civilian Employees'
   Retirement System and the City of Omaha Police
14 and Fire Retirement System

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re SiRF TECHNOLOGY HOLDINGS, INC., SECURITIES LITIGATION | Case No. C 08-0856 MMC<br>Class Action |
| | **L.R. 3-7(d) CERTIFICATION BY ADRIAN J. SAWYER IN SUPPORT OF MOTION BY OMAHA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL** |
| This Document Relates To:<br><br>All Actions | |
| | Date: May 16, 2008<br>Time: 9 a.m.<br>Courtroom: 7, 19th Floor |
| | Hon. Maxine M. Chesney |

I, Adrian J. Sawyer, make this declaration pursuant to Local Rule 3-7(d) of this Court:

1. I am seeking to serve as liaison counsel for the class in this action, which is governed by the Private Securities Litigation Reform Act of 1995.

2. I neither directly own nor otherwise have any beneficial interest in securities that are the subject of this action.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed April 8, 2008, at San Francisco, California.

_____/s/_____
Adrian J. Sawyer