Jordan L. Lurie  (130013)
Leigh A. Parker (170565)
**WEISS & LURIE**
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:   (310) 208-2800
Fax:   (310) 209-2348
jlurie@weisslurie.com
lparker@weisslurie.com

Attorneys for Gary Mitchell Schorr
Rev. Trust U/A DTD 3-20-98 and
[Proposed] Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br>_____ )<br>This Document Relates to:<br><br>     All Actions<br>_____ ) | Master File No. C-08-00856-MMC<br><br>CLASS ACTION<br><br>**CERTIFICATION OF LEIGH A. PARKER PURSUANT TO LOCAL RULE 3-7(d)** |

**CERTIFICATION PURSUANT TO LOCAL RULE 3-7(d)**

I, Leigh A. Parker, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California.

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I affirm that I do not directly own or otherwise have a beneficial interest in securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 8th day of April, 2008, at Los Angeles, California.

     /s/ - Leigh A. Parker
Leigh A. Parker

Certification of Leigh A. Parker Pursuant to LR 3-7(d)          Master File No. C-08-00856 -MMC

1