RANDALL K. PULLIAM (*Pro Hac Vice* Application Forthcoming)
JOSEPH HENRY (HANK) BATES (167688)
BART DALTON (187930)
CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Facsimile: (501)312-8505
rpulliam@cauleybowman.com

Proposed Lead Counsel

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, California 94105-1528
Telephone: (415) 371-8500
Facsimile: (415)371-0500
sawyer@kerrwagstaffe.com

Proposed Liaison Counsel

Attorneys for Plaintiffs
The City of Omaha Nebraska Civilian Employees' Retirement System and the City of Omaha Police and Fire Retirement System

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re SiRF TECHNOLOGY HOLDINGS, INC., SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | Case No. C 08-0856 MMC<br>Class Action<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Erin Murphy, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On April 8, 2008, I served the following document(s):

**NOTICE OF MOTION AND MOTION BY OMAHA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL; SUPPORTING MEMORANDUM**

**DECLARATION OF ADRIAN J. SAWYER IN SUPPORT OF MOTION BY OMAHA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

**L.R. 3-7(d) CERTIFICATION BY ADRIAN J. SAWYER IN SUPPORT OF MOTION BY OMAHA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

**[PROPOSED] ORDER GRANTING MOTION BY OMAHA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

on the parties listed below as follows:

    Lionel Z. Glancy
    Michael Goldberg
    Glancy Binkow & Goldberg, LLP
    180 Avenue of the Stars, Suite 311
    Los Angeles, California 90067

    Patrick V. Dahlstron
    Pomerantz Haudek Block
    Grossman & Gross, LLP
    One North La Salle Street, # 2225
    Chicago, Illinois 60602

    Brian P. Murray
    Murray, Frank & Sailer, LLP
    275 Madison Avenue, Suite 801
    New York, New York 10016

    Howard G. Smith
    Law Offices of Howard G. Smith
    3070 Bristol Pike, Suite 112
    Bensalem, PA 19020

    Kenneth A. Elan
    Law Offices of Kenneth A. Elan
    217 Broadway, Suite 605
    New York, NY 10007

Jules Brody
STULL STULL & BROADY
6 East 45th Street
New York, NY 10017

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
Wolf Haldenstein Adler Freeman & Herz
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101

Jonathan K. Levine
Aaron M. Sheanin
Bernard J. Kornberg
Girard Gibbs, LLP
601 California Street, Suite 1400
San Francisco, CA 94108

☐ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☒ **By Federal Express** or overnight courier.

In addition, pursuant to Civil Local Rule 23-2, I e-mailed the above documents to the Stanford Securities Class Action Clearinghouse, a designated internet site within the meaning of this rule:

scac@law.stanford.edu

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 8, 2008, at San Francisco, California.

_____
Erin Murphy