1  Jordan L. Lurie  (130013)
   Leigh A. Parker (170565)
2  **WEISS & LURIE**
   10940 Wilshire Boulevard, 23rd Floor
3  Los Angeles, CA 90024
   Tel:   (310) 208-2800
4  Fax:   (310) 209-2348
   jlurie@weisslurie.com
5  lparker@weisslurie.com

6  Attorneys for Gary Mitchell Schorr
   Rev. Trust U/A DTD 3-20-98 and
7  [Proposed] Lead Counsel for Plaintiffs

8
9
10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12
13
14  In re SiRF TECHNOLOGY          )   Master File No. C-08-00856-MMC
    HOLDINGS, INC. SECURITIES      )
    LITIGATION                     )   CLASS ACTION
15  _____ )
                                   )   **CERTIFICATE OF SERVICE**
16  This Document Relates to:      )
                                   )
17       All Actions               )
    _____ )
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to this action; my business address is 10940 Wilshire Boulevard, 23rd Floor, Los Angeles, CA 90024.  I hereby certify that on April 8, 2008, I electronically filed the documents listed below with the Clerk of the Court using the CM/ECF system which will send notification of such to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the documents listed below via first class mail to the addresses indicated on the attached Manual Notice List:

**NOTICE OF APPEARANCE;**

**NOTICE OF MOTION AND MOTION OF GARY MITCHELL SCHORR REV. TRUST U/A DTD 3-20-98 FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL; MEMORANDUM OF LAW IN SUPPORT; [PROPOSED] ORDER APPOINTING  GARY MITCHELL SCHORR REV. TRUST U/A DTD 3-20-98 AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL;**

**DECLARATION OF LEIGH A. PARKER IN SUPPORT OF MOTION OF GARY MITCHELL SCHORR REV. TRUST U/A DTD 3-20-98 FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL;**

**CERTIFICATION OF JORDAN L. LURIE PURSUANT TO LOCAL RULE 3-7(d);**

**CERTIFICATION OF LEIGH A. PARKER PURSUANT TO LOCAL RULE 3-7(d); and**

**CERTIFICATE OF SERVICE.**

**Electronic Mail Notice List -** service by CM/ECF

The following are those who are currently on the list to receive e-mail notices for this case:

    Jeffrey S. Abraham
    jabraham@aftlaw.com

    Patrice L. Bishop
    service@ssbla.com

Certificate of Service                        Master File No. C-08-00856 -MMC

1

1  Robert P. Frutkin
   robert@bernardmgross.com

2  David Malcolm Furbush
3  david.furbush@pillsburylaw.com; frances.ceccacci@pillsburylaw.com

4  Deborah R. Gross
   debbie@bernardmgross.com
5
   Jeffrey W. Lawrence
6  jeffrey@csgrr.com, e_file_sf@csgrr.com, e_file_@csgrr.com,
   GDarwish@csgrr.com
7
   Darren Jay Robbins
8  e_file_sd@csgrr.com

9  Robert P. Varian
   rvarian@orrick.com
10
   Shawn A. Williams
11 shawnw@csgrr.com; travisd@csgrr.com; moniquew@csgrr.com;
   e_file_sf@csgrr.com; cwood@csgrr.com; e_file_sd@csgrr.com;
12 aelishb@csgrr.com

13

14
   I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I caused to
15
   be served a copy of the above-listed documents on the Securities Class Action
16
   Clearinghouse by electronic mail through the following electronic mail address
17
   provided by the Securities Class Action Clearinghouse:
18
                         **sca@law.stanford.edu**
19
   I declare under penalty of perjury under the laws of the United States of
20
   America that the above is true and correct.  Executed this 8th day of April, 2008, at
21
   Los Angeles, California.
22
                                    /s/ - Leigh A. Parker
23                                  Leigh A. Parker
                                    WEISS & LURIE
24                                  10940 Wilshire Boulevard, 23rd Floor
                                    Los Angeles, CA 90024
25                                  Tel:   (310) 208-2800
                                    Fax:   (310) 209-2348
26                                  lparker@weisslurie.com

27

28

MANUAL NOTICE LIST
*In re SiRF Technology Holdings, Inc. Securities Litigation*
Master File No. C08-00856-MMC (N.D. Cal.)

Lionel Z. Glancy
Michael Goldberg
**GLANCY BINKOW**
  **& GOLDBERG LLP**
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Attorneys for Plaintiff Brian J. Majur

Kenneth A. Elan
**LAW OFFICES OF**
  **KENNETH A. ELAN**
217 Broadway
Suite 605
New York, NY 10007

Jonathan K. Levine
Aaron M. Sheanin
Bernard J. Kornberg
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108

Attorneys for Plaintiff James Furman

Alan R. Plutzik
L. Timothy Fisher
**BRAMSON PLUTZIK MAHLER**
  **& BIRKHAEUSER LLP**
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

Attorneys for Plaintiff Rodney Hunter

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101

Attorneys for Plaintiff Sidney Fielden, as Trustee on Behalf of the Sidney and Mildred Fielden Joint Revocable Trust

Certificate of Service                                Master File No. C-08-00856 -MMC

1