REED R. KATHREIN (139304)
PETER E. BORKON (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

LEWIS S. KAHN
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Proposed Lead Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION, | No. 08-cv-00856 MMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPOINTING CHRISTOPHER COLLINS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S CHOICE OF COUNSEL |
| This Document Relates To: All Actions, Including *Braet v. SiRF Technology Holdings, Inc., et al.* | DATE: May 16, 2008<br>TIME: 9:00 a.m.<br>DEPT: Courtroom 7, 19th Floor |

000700-00  232824 V1

Having considered the motion of Christopher Collins to be appointed Lead Plaintiff and to approve proposed Lead Plaintiff's choice of counsel, the Memorandum of Law and Declaration of Reed R. Kathrein in support thereof, and good cause appearing therefore:

1. The motion is granted.

2. The law firms Kahn Gauthier Swick, LLC and Hagens Berman Sobol Shapiro LLP are appointed as Co-Lead Counsel for Plaintiffs in the consolidated action. Co-Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court.

3. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

4. This Order shall apply to all actions consolidated herein and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with this consolidated action.

5. An original of this Order shall be filed by the Clerk in the Master File.

6. The Clerk shall mail a copy of this Order to counsel of record in this consolidated action.

7. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of this consolidated action.

8. When a case that arises out of the same subject matter of this consolidated action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorneys for the Plaintiff(s) in the newly-filed or transferred case and to any new Defendant(s) in the newly-filed case; and

    c. Make the appropriate entry in the Master Docket for this consolidated action.

9. Each new case that arises out of the subject matter of this consolidated action which is filed in this Court or transferred to this Court, shall be consolidated with this consolidated action

1  and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or

2  any provision of this Order, within ten (10) days after the date upon which a copy of this Order is

3  served on counsel for such party, by filing an application for relief and this Court deems it

4  appropriate to grant such application.  Nothing in the foregoing shall be construed as a waiver of

5  the Defendants' right to object to consolidation of any subsequently filed case.

6      IT IS SO ORDERED.

7

8  DATED: _____  _____
                                             HONORABLE MAXINE M. CHESNEY

9                                               UNITED STATES DISTRICT COURT JUDGE

10 Submitted by:

11 DATED: April 8, 2008

12 HAGENS BERMAN SOBOL SHAPIRO LLP

13

14     /s/ Reed R. Kathrein
    REED R. KATHREIN (139304)

15 Peter E. Borkon (212596)
16 715 Hearst Avenue, Suite 202
Berkeley, CA  94710
17 Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
18 reed@hbsslaw.com
peterb@hbsslaw.com
19

20 Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
21 1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
22 Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
23 steve@hbsslaw.com

24 Lewis S. Kahn
25 KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
26 New Orleans, LA 70130
Telephone:  (504) 455-1400
27 Facsimile:  (504) 455-1498
lewis.kahn@kgscounsel.com
28

[PROP.] ORDER APPOINTING LEAD PL. AND APPROVING   - 2 -
LEAD PL.'S CHOICE OF COUNSEL – 08-cv-00856 MMC
000700-00  232824 V1

1 | Kim E. Miller (SBN 178370)
  | KAHN GAUTHIER SWICK, LLC
2 | 12 East 41st Street, Suite 1200
  | New York, NY 10017
3 | Telephone: (212) 696-3730
  | Facsimile: (504) 455-1498
4 | kim.miller@kgscounsel.com

5 | Attorneys for Proposed Lead Plaintiff

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROP.] ORDER APPOINTING LEAD PL. AND APPROVING    - 3 -
LEAD PL.'S CHOICE OF COUNSEL – 08-cv-00856 MMC
000700-00  232824 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Reed R. Kathrein
        REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-00856-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Vahn Alexander**
  service@wyca.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Robert P. Frutkin**
  robertf@bernardmgross.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,frances.ceccacci@pillsburylaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Robert P. Varian**
  rvarian@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 605
New York, NY 10007
```