PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, California  94111
Telephone:      (415) 972-8160
Facsimile:       (415) 972-8166
Email: skupfer@glancylaw.com

*Liaison Attorneys for Proposed Lead Plaintiff*

IRA M. PRESS
PETER S. LINDEN
KIRBY MCINERNEY LLP
830 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (212) 317-2300
Facsimile: (212) 751 2540
Email: ipress@kmllp.com

*Attorneys for Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 08 00856 |
| _____ | **DECLARATION OF IRA M. PRESS IN SUPPORT OF MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL** |
| This Document Related To: | |
| All Actions | |
| | Date: May 16, 2008 Time: 9:00 a.m. Courtroom 7, 19th Floor |
| | Hon. Maxine M. Chesney |

DECLARATION OF IRA M. PRESS IN SUPPORT OF MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

1

I, Ira M. Press, hereby declare as follows:

       1.     I am a member of the law firm of Kirby McInerney LLP, counsel for the Police & Fire Retirement System of the City of Detroit ("PFRS" or "Movant").

       2.     Movant seeks appointment as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 in the above-captioned action (the "Action").

       3.     I submit this Declaration, together with the attached exhibits, in support of the motion of PFRS, *inter alia*, to appoint it to serve as Lead Plaintiff on behalf of the class in the Action and to approve Movant's choice of Kirby McInerney LLP as Lead Counsel and Glancy Binkow & Goldberg LLP as Liaison Counsel.  I am fully familiar with the facts set forth herein.

       4.     Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release published on February 8, 2008, on *Business Wire,* a widely circulated national business-oriented wire service, announcing pendency of this lawsuit. |
| Exhibit B: | Sworn PSLRA certification of the Police & Fire Retirement System of the City of Detroit. |
| Exhibit C: | Tables reflecting the calculated losses incurred by Movant as a result of class period transactions in SiRF Technology Holdings, Inc. securities. |
| Exhibit D: | Firm resumés of the law firms of Kirby McInerney LLP and Glancy Binkow & Goldberg LLP. |

I declare under penalty of perjury under the laws of the State of California

DECLARATION OF IRA M. PRESS IN SUPPORT OF MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

2

1 | that the foregoing facts are true and correct.  Executed this 8 day of April, 2008.

2

3 | Ira M. Press

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF IRA M. PRESS IN SUPPORT OF MOTION OF  THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF
DETROIT FOR  APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
AND LIAISON COUNSEL

3