UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 08 00856 |
| This Document Related To:<br><br>All Actions | **[PROPOSED] ORDER GRANTING MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**<br><br>Date: May 16, 2008<br>Time: 9:00 a.m.<br>Courtroom 7, 19th Floor<br><br>Hon. Maxine M. Chesney |

[PROPOSED] ORDER GRANTING MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

X:\wp51\SIRF\LEAD\sirf proposed order.wpd    Page 1

**[PROPOSED] ORDER**

Having considered Movant's Motion to Appoint PFRS as Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel and Liaison Counsel, the memorandum of law in support thereof, the declaration of Ira M. Press in support of that motion and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1) The Motion is granted.

2) The Police & Fire Retirement System of the City of Detroit ("PFRS") is appointed to serve as Lead Plaintiff in the above-captioned Consolidated Action, pursuant to 15 U.S.C. §78u-4(a)(3)(B).

3) The law firms Kirby McInerney LLP and Glancy Binkow & Goldberg LLP are hereby approved as Lead Counsel and Liaison Counsel, respectively, for the Class. Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a) to brief and argue motions;

    b) to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, preparation of written interrogatories, requests for admission and requests for production of documents;

    c) to direct and coordinate the examination of witnesses in depositions;

    d) to act as spokesperson at pretrial conferences;

    e) to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f) to initiate and conduct any settlement negotiations with counsel for defendants;

    g) to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as

[PROPOSED] ORDER GRANTING MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

X:\wp51\SIRF\LEAD\sirf proposed order.wpd　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

      h)    to consult with and employ experts;

      i)    to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

      j)    to perform such other duties as may be expressly authorized by further order of this Court.

Dated: _____, 2008

                                                  _____
                                                  Honorable Maxine M. Chesney
                                                  United States District Judge

[PROPOSED] ORDER GRANTING MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

X:\wp51\SIRF\LEAD\sirf proposed order.wpd      Page 3

1  Submitted by:

2  Peter A. Binkow (#173848)
   Michael Goldberg (#188669)
3  **GLANCY BINKOW & GOLDBERG LLP**
   1801 Avenue of the Stars, Suite 311
4  Los Angeles, California 90067
   Telephone:   (310) 201-9150
5  Facsimile:    (310) 201-9160

6
   Susan G. Kupfer (#141724)
7  **GLANCY BINKOW & GOLDBERG LLP**
   One Embarcadero Center, Suite 760
8  San Francisco, California  94111
   Telephone:   (415) 972-8160
9  Facsimile:    (415) 972-8166

10 *Proposed Liaison Counsel*

11 Ira M. Press
   Peter S. Linden
12 **KIRBY, MCINERNEY LLP**
   830 Third Ave, 10th Floor
13 New York, NY 10022
   Telephone:   (212) 317-2300
14 Facsimile:    (212) 751-2540

15 *Attorneys for Movant and*
   *Proposed Lead Counsel*
16

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

X:\wp51\SIRF\LEAD\sirf proposed order.wpd                                                                                        Page 4