1  PETER A. BINKOW (#173848)
2  MICHAEL GOLDBERG (#188669)
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5  Email: info@glancylaw.com

6  SUSAN G. KUPFER (#141724)
   GLANCY BINKOW & GOLDBERG LLP
7  One Embarcadero Center, Suite 760
   San Francisco, California 94111
8  Telephone:    (415) 972-8160
   Facsimile:    (415) 972-8166
9  Email: skupfer@glancylaw.com

10 *Liaison Attorneys for Proposed Lead Plaintiff*

11 IRA M. PRESS
   PETER S. LINDEN
12 KIRBY MCINERNEY LLP
   830 Third Avenue, 10th Floor
13 New York, New York 10022
   Telephone:    (212) 317-2300
14 Facsimile:    (212) 751-2540
15 Email: ipress@kmllp.com

16 *Attorneys for Proposed Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 08 00856 |
| | <u>CLASS ACTION</u> |
| This Document Related To: | Date: May 16, 2008 |
| | Time: 9:00 a.m. |
| All Actions | Courtroom 7, 19th Floor |
| | Hon. Maxine M. Chesney |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 760, San Francisco, California 94111.

On April 8, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. **Notice of Motion and Motion; Memorandum of Points and Authorities in Support of Motion to Appoint Police and Fire Retirement System of the City of Detroit as Lead Plaintiff Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiff's Choice of Counsel**

2. **Declaration of Ira M. Press in Support of Motion of the Police and Fire Retirement System of the City of Detroit for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel**

3. **Proposed Order**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

### SEE SERVICE LIST

Executed on April 8, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Zabella O. Moore*

**Zabella O. Moore**

3:08-cv-00856-MMC
PROOF OF SERVICE

2

# SERVICE LIST

## Electronically to all ECF-Registered Entities

## By U.S. Mail To All Known Non-ECF Registered Entities

*Attorneys for Defendants:*

David Malcolm Furbush
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA 94304

*Attorneys for Plaintiffs:*

| | |
|---|---|
| Shawn A. Williams<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | Lawrence Timothy Fisher<br>Schiffrin Barroway Topaz<br>& Kessler LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598 |
| Darren Jay Robbins<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101 | Aaron M. Sheanin<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108 |
| Deborah A. Gross<br>Law Offices of Bernard M. Gross, PC<br>Suite 450, John Wanamaker Bldg.<br>100 Penn Square East<br>Philadelphia, PA 19107 | Jordan Laurence Lurie<br>Weiss & Lurie<br>10940 Wilshire Blvd, Suite 2300<br>Los Angeles, CA 90024 |
| Kenneth A. Elan<br>Law Offices of Kenneth A. Elan<br>217 Broadway, Suite 605<br>New York, NY 10007 | Betsy Carol Manifold<br>Wolf Haldenstein Adler Freeman<br>& Herz<br>Symphony Towers<br>750 B Street, Suite 2770<br>San Diego, CA 92101 |
| Jeffrey S. Abraham<br>Abraham Fruchter & Twersky LLP<br>One Penn Plaza, Suite 2805<br>New York, NY 10119 | Brian P. Murray<br>Murray Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| Jules Brody<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 | Howard G. Smith<br>Law Offices of Howard G. Smith<br>3070 Bristol Pike, Suite 112<br>Bensalem, PA 19020 |

3:08-cv-00856-MMC
PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Patrick V. Dahlstrom | Patrice L. Bishop |
| 2 | Pomerantz Haudek Block Grossman & Gross LLP | Stull Stull & Brody 10940 Wilshire Blvd, Suite 2300 |
| 3 | 1 North LaSalle Street, Suite 2225 Chicago, IL 60602 | Los Angeles, CA 90024 |
| 4 | Jacob B. Perkinson | |
| 5 | Johnson & Perkinson 1690 Williston Road | |
| 6 | South Burlington, VT 05403 | |

3:08-cv-00856-MMC
PROOF OF SERVICE

4