1 | COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2 | JEFFREY W. LAWRENCE (166806)
    100 Pine Street, Suite 2600
3 | San Francisco, CA  94111
    Telephone:  415/288-4545
4 | 415/288-4534 (fax)
    jeffreyl@csgrr.com

6 | LAW OFFICES BERNARD M.
     GROSS, P.C.
    DEBORAH R. GROSS
7 | ROBERT P. FRUTKIN
    Wanamaker Bldg., Suite 450
8 | 100 Penn Square East
    Philadelphia, PA  19107
9 | Telephone:  215/561-3600
    215/561-3000 (fax)
10 | deborahg@bernardmgross.com
     robertf@bernardmgross.com

[Proposed] Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:08-cv-00856-MMC |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | CERTIFICATE OF DARREN J. ROBBINS PURSUANT TO LOCAL RULE 3-7(d) |
| ALL ACTIONS. | |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Darren J. Robbins, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 11th day of April, 2008, at San Diego, California.

                                            s/ Darren J. Robbins
                                            DARREN J. ROBBINS

S:\CasesSD\SiRF Technology\CERT00050539.doc

1 CERTIFICATE OF SERVICE

2      I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

7      I further certify that I caused this document to be forwarded to the following designated
8 Internet site at: http://securities.csgrr.com/.

9      I certify under penalty of perjury under the laws of the United States of America that the
10 foregoing is true and correct. Executed on April 11, 2008.

11
12       s/ DARREN J. ROBBINS
         DARREN J. ROBBINS

13
14       COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
15       655 West Broadway, Suite 1900
         San Diego, CA  92101-3301
16       Telephone:  619/231-1058
         619/231-7423 (fax)
17
18       E-mail:   DRobbins@csgrr.com

19
20
21
22
23
24
25
26
27
28

# Mailing Information for a Case 3:08-cv-00856-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Vahn Alexander**
  service@wyca.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Robert P. Frutkin**
  robertf@bernardmgross.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,frances.ceccacci@pillsburylaw.com

- **Benjamin Cunningham Geiger**
  bgeiger@orrick.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Leigh Anne Parker**
  info@wllawca.com,lparker@weisslurie.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Amy M. Ross**
  aross@orrick.com

- **Adrian James Sawyer**
  sawyer@kerrwagstaffe.com,murphy@kerrwagstaffe.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 605
New York, NY 10007
```