1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   100 Pine Street, Suite 2600
3  San Francisco, CA  94111
   Telephone:  415/288-4545
4  415/288-4534 (fax)
   jeffreyl@csgrr.com
5
   LAW OFFICES BERNARD M.
6    GROSS, P.C.
   DEBORAH R. GROSS
7  ROBERT P. FRUTKIN
   Wanamaker Bldg., Suite 450
8  100 Penn Square East
   Philadelphia, PA  19107
9  Telephone:  215/561-3600
   215/561-3000 (fax)
10 deborahg@bernardmgross.com
   robertf@bernardmgross.com
11
   [Proposed] Co-Lead Counsel for Plaintiffs
12
   [Additional counsel appear on signature page.]
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

| 16 | In re SiRF TECHNOLOGY HOLDINGS, INC. ) SECURITIES LITIGATION | Master File No. 3:08-cv-00856-MMC |
|---|---|---|
| 17 | ) | CLASS ACTION |
| 18 | This Document Relates To: ) | CERTIFICATE OF RAMZI ABADOU PURSUANT TO LOCAL RULE 3-7(d) |
| 19 | ALL ACTIONS. ) | |

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

2

Pursuant to Northern District Local Rule 3-7(d), I, Ramzi Abadou, declare as follows:

3

I do not directly own or otherwise have a beneficial interest in the securities that are the

4

subject of this action.

5

I declare under penalty of perjury under the laws of the State of California that the foregoing

6

is true and correct.  If called as a witness, I could and would competently testify thereto.  Executed

7

this 11th day of April, 2008, at San Diego, California.

8

9

s/ Ramzi Abadou
RAMZI ABADOU

10

11

S:\CasesSD\SiRF Technology\CERT00050540.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF DARREN J. ROBBINS PURSUANT TO LOCAL RULE 3-7(d) - 3:08-cv-00856-MMC        - 1 -

1          <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5    mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6    participants indicated on the attached Manual Notice List.

7          I further certify that I caused this document to be forwarded to the following designated

8    Internet site at:  http://securities.csgrr.com/.

9          I certify under penalty of perjury under the laws of the United States of America that the

10   foregoing is true and correct.  Executed on April 11, 2008.

11                                           s/ RAMZI ABADOU
12                                          RAMZI ABADOU

13
                                        COUGHLIN STOIA GELLER
14                                          RUDMAN & ROBBINS LLP
                                        655 West Broadway, Suite 1900
15                                      San Diego, CA  92101-3301
                                        Telephone:  619/231-1058
16                                      619/231-7423 (fax)

17
                                        E-mail:  RAbadou@csgrr.com
18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:08-cv-00856-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Vahn Alexander**
  service@wyca.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Robert P. Frutkin**
  robertf@bernardmgross.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,frances.ceccacci@pillsburylaw.com

- **Benjamin Cunningham Geiger**
  bgeiger@orrick.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Leigh Anne Parker**
  info@wllawca.com,lparker@weisslurie.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Amy M. Ross**
  aross@orrick.com

- **Adrian James Sawyer**
  sawyer@kerrwagstaffe.com,murphy@kerrwagstaffe.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jules Brody**
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

**Kenneth A. Elan**
Law Offices of Kenneth A. Elan
217 Broadway
Suite 605
New York, NY 10007