

PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (31) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166
Email: skupfer@glancylaw.com

IRA M. PRESS
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 317-6600
Fax: (212) 751-2540
Email: ipress@kmllp.com

FILED
APR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | CASE NO. 3:08-cv-00856-MMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Ira M. Press, an active member in good standing of the bar of the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Police and Fire Retirement System of the City of Detroit in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

1

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Goldberg (#188669)
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2008

2

| | |
|---|---|
| 1 | PETER A. BINKOW (#173848) |
|   | MICHAEL GOLDBERG (#188669) |
| 2 | GLANCY BINKOW & GOLDBERG LLP |
|   | 1801 Avenue of the Stars, Suite 311 |
| 3 | Los Angeles, CA 90067 |
|   | Tel: (31) 201-9150 |
| 4 | Fax: (310) 201-9160 |
|   | Email: info@glancylaw.com |
| 5 | |
| 6 | SUSAN G. KUPFER (#141724) |
|   | GLANCY BINKOW & GOLDBERG LLP |
| 7 | One Embarcadero Center, Suite 760 |
|   | San Francisco, CA 94111 |
| 8 | Tel: (415) 972-8160 |
|   | Fax: (415) 972-8166 |
| 9 | Email: skupfer@glancylaw.com |
| 10 | |
|    | IRA M. PRESS |
| 11 | KIRBY McINERNEY LLP |
|    | 830 Third Avenue, 10th Floor |
| 12 | New York, NY 10022 |
|    | Tel: (212) 317-6600 |
| 13 | Fax: (212) 751-2540 |
| 14 | Email: ipress@kmllp.com |

RECEIVED
APR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | CASE NO. 3:08-cv-00856-MMC | |
| | **(Proposed)** | |
| | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** | |

Ira M, Press, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is

Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 371-6600

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Police and Fire Retirement System of the City of Detroit.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Hon. Maxine M. Chesney
United States Judge Magistrate

4