PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (31) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166
Email: skupfer@glancylaw.com

IRA M. PRESS
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 317-6600
Fax: (212) 751-2540
Email: ipress@kmllp.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | **CASE NO**. 3:08-cv-00856-MMC<br><br>**CERTIFICATE OF IRA M. PRESS PURSUANT TO LOCAL RULE 3-7(d)** |

1

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Ira M. Press, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. If called as a witness, I could and would competently testify thereto. Executed this 17th day of April, 2008, at New York, NY.

                                                 /s/ Ira M. Press_____

                                                       IRA M. PRESS