PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, California 94111
Telephone:    (415) 972-8160
Facsimile:    (415) 972-8166
Email: skupfer@glancylaw.com

IRA M. PRESS
PETER S. LINDEN
KIRBY MCINERNEY LLP
830 Third Avenue, 10th Floor
New York, New York 10022
Telephone:    (212) 317-2300
Facsimile:    (212) 751-2540
Email: ipress@kmllp.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 08 00856 |
| This Document Related To: All Actions | |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

1  I, the undersigned, say:

2  I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 760, San Francisco, California 94111.

On April 17, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**1.     CERTIFICATE OF SERVICE OF IRA M. PRESS PURSUANT TO LOCAL RULE 3-7 (d)**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on April 17, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.


*/s/ Zabella O. Moore*

**Zabella O. Moore**

**SERVICE LIST**

**Electronically to all ECF-Registered Entities**

3:08-cv-856 Notice has been electronically mailed to:

Ramzi Abadou    ramzia@csgrr.com, debh@csgrr.com

Jeffrey S. Abraham    jabraham@aftlaw.com

Vahn Alexander    service@wyca.com

Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

Patrice L. Bishop    service@ssbla.com

Robert P. Frutkin    robertf@bernardmgross.com

David Malcolm Furbush    david.furbush@pillsburylaw.com, frances.ceccacci@pillsburylaw.com

Benjamin Cunningham Geiger    bgeiger@orrick.com

Deborah R. Gross    debbie@bernardmgross.com

Reed R. Kathrein    reed@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey W. Lawrence    jeffreyl@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, GDarwish@csgrr.com

Leigh Anne Parker    info@wllawca.com, lparker@weisslurie.com

Alan Roth Plutzik    aplutzik@bramsonplutzik.com

Michael Francis Ram    mfr@lrolaw.com, amw@lrolaw.com

Darren Jay Robbins    e_file_sd@csgrr.com

Amy M. Ross    aross@orrick.com

Adrian James Sawyer    sawyer@kerrwagstaffe.com, murphy@kerrwagstaffe.com

Michael David Torpey    mtorpey@orrick.com

Robert P. Varian    rvarian@orrick.com

Shawn A. Williams    shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com

**By U.S. Mail To All Known Non-ECF Registered Entities**

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 605
New York, NY 10007