Vahn Alexander (167373)
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
valexander@faruqilaw.com

Michael L. Kelly (82063)
Behram V. Parekh (180361)
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue, Fourth Floor
El Segundo, CA 90245
Tel: (310) 536-1000
Fax: (310) 536-1001
mlk@kirtlandpackard.com
bvp@kirtlandpackard.com

*Attorneys for Proposed
Lead Plaintiff Alex Meruelo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT CALIFORNIA**

| | |
|---|---|
| In re SiRF Technology Holdings, Inc. Securities Litigation<br><br>This Document Related to:<br><br>ALL ACTIONS | Master File No.: C08-00856 MMC<br><br>**DECLARATION OF VAHN ALEXANDER IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT OF ALEX MERUELO AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS**<br><br><u>CLASS ACTION</u><br><br>Date: May 16, 2008<br>Time: 9:00 a.m.<br>Ctrm.: Hon. Maxine M. Chesney |

1 | I, Vahn Alexander, declare as follows:

2 |     1.   I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner with the law firm of Faruqi & Faruqi, LLP, one of the counsel of record for Alex Meruelo concerning the above-entitled action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

    2.   Attached hereto as *Exhibit A* is a true and correct copy of a damages calculations chart for proposed Lead Plaintiff Alex Meruelo.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 25th day of April, 2008 at New York, New York.

_____
Vahn Alexander

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/Vahn Alexander
        Vahn Alexander

In re SiRF Technology Holdings, Inc. Sec. Litig. - C08-00856 MMC
Alex. Decl. in Support of Meruelo Opp. To Competing Motions for Lead Plaintiff and Lead Counsel

# Mailing Information for a Case 3:08-cv-00856-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Robert P. Frutkin**
  robertf@bernardmgross.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,frances.ceccacci@pillsburylaw.com

- **Benjamin Cunningham Geiger**
  bgeiger@orrick.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Leigh Anne Parker**
  info@wllawca.com,lparker@weisslurie.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com

- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Amy M. Ross**
  aross@orrick.com

- **Adrian James Sawyer**
  sawyer@kerrwagstaffe.com,murphy@kerrwagstaffe.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

# Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 605
New York, NY 10007
```

# EXHIBIT A

Page 1 of 2

# SIRF: Damages calculations for Movant Alex Meruelo

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share* | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale* | Gross Receipts | Gains (Losses) |
|---|---|---|---|---|---|---|---|---|---|
| **Purchased stock** | 1/16/2008 | 10,000 | $16.9773 | $169,773.00 | | | | | ($106,859.00) |
| | 1/16/2008 | 5,000 | $16.5000 | $82,500.00 | | | | | ($51,043.00) |
| | 1/17/2008 | 5,000 | $16.3000 | $81,500.00 | | | | | ($50,043.00) |
| | 1/17/2008 | 5,000 | $16.0500 | $80,250.00 | | | | | ($48,793.00) |
| | 1/17/2008 | 2,500 | $16.1561 | $40,390.35 | | | | | ($24,661.85) |
| | 1/17/2008 | 2,500 | $16.1385 | $40,346.30 | | | | | ($24,617.80) |
| | | | | | | | | | **($306,017.65)** |

| Options | Date of Purchase | # Contracts Sold/Shares Purchased | Price | Cost or proceeds | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dec. 07 $30 calls:** | | | | | | | | | |
| QIRLF(sold calls) | 10/15/2007 | 100 | $1.25 | $12,500.00 | | | | | |
| QIRLF Purchased calls to cancel contract | 10/17/2007 | 100 | $1.00 | ($10,000.00) | | | | | **$2,500.00** |
| **Jan. 08 $30 calls:** | | | | | | | | | |
| QIRAF(sold calls) | 10/16/2007 | 100 | $1.80 | $18,000.00 | | | | | |
| | 10/22/2007 | 100 | $0.80 | | | | | | |
| Purchased calls to cancel contract | | | | ($8,000.00) | | | | | **$10,000.00** |
| **Sept. 08 $22.50 puts:** | | | | | | | | | |
| QIRUX (Sold Naked Put) | 1/31/2008 | 448 | $8.5000 | $380,800.00 | | | | | |
| QIRUX(Bought on Assignement) | 2/6/2008 | 44,800 | $22.5000 | $1,008,000.00 | | | | | ($713,493.76) |
| | | | | | | | | | **($332,693.76)** |
| **March 08 $25 puts:** | | | | | | | | | |
| QIROE (sold Naked Put) | 12/18/2007 | 250 | $2.98 | $74,500.00 | | | | | |
| | 1/9/2008 | 100 | $6.30 | $63,000.00 | | | | | |
| | 1/11/2008 | 98 | $6.85 | $67,130.00 | | | | | |
| | | 448 | proceeds | **$204,630.00** | | | | | |

Page 2 of 2

# SIRF:  Damages calculations for Movant Alex Meruelo

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share* | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale* | Gross Receipts | Gains (Losses) |
|---|---|---|---|---|---|---|---|---|---|
| QIROE Purchased puts to cancel contract | 1/30/2008 | 448 | $10.25 | $459,200.00 | | | | | ($254,570.00) |
| QIROE Purchased on assignment | 1/18/2008 | 4,400 | $25.00 | $110,000.00 | | | | | ($82,317.84) |
| | 1/30/2008 | 2,500 | $25.00 | $62,500.00 | | | | | ($46,771.50) |
| | | | | | | | | | ($129,089.34) |
| FIFO taken from line 32 QIROE Sold naked put 167 total contracts split up in lines 32 and 41 under Fifo | **1/11/2008** | **69** | **$2.9800** | $20,562.00 | | | | | $20,562.00 |


| | | |
|---|---|---|
| **TOTALS** | | **($734,738.75)** |

**Class Period**

October 30, 2007-February 4, 2008.

Mean Average Price from February 5, 2008 through and including April 7, 2008 is $6.2914

Line 35, Did not count loss, because occurred in class period.