ROBERT P. VARIAN (STATE BAR NO. 107459)
MICHAEL D. TORPEY (STATE BAR NO. 79424)
AMY M. ROSS (STATE BAR NO. 215692)
BENJAMIN C. GEIGER (STATE BAR NO. 245614 )
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    1-415-773-5700
Facsimile:    1-415-773-5759

Attorneys for Defendants SiRF Technology Holdings, Inc.,
Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and
Kanwar Chadha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Related To: All Actions | No.  C-08-00856-MMC<br><br>CLASS ACTION<br><br>**DECLARATION OF AMY M. ROSS IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |
|---|---|

I, Amy M. Ross, hereby declare and state as follows:

1. I am an associate in the law firm of Orrick, Herrington & Sutcliffe, LLP, counsel of record for Defendants SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha (collectively "Defendants"), and am admitted to practice before this Court. I make this declaration in support of Defendants' Motion for Administrative Relief Pursuant to Civil Local Rule 7-11. I have personal knowledge of the matters stated herein, and if called as a witness could and would testify competently thereto.

2. On February 8, 2008, the first of multiple putative class action complaints was filed against Defendants for alleged violations of federal securities laws.

3. Also on February 8, 2008, the Court entered its Order Setting Initial Case Management Conference and ADR Deadlines (the "Initial Order") requiring the parties (1) to meet and confer no later than April 25, 2008, regarding initial disclosures, early settlement, ADR process selection, and a discovery plan; (2) to file no later than April 25, 2008, a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference no; and (3) to file, no later than May 9, 2008, their Rule 26(f) Reports, complete initial disclosures or objections to disclosure, and case management conference statements. The Initial Order also set the Initial Case Management Conference for May 16, 2008.

4. On March 14, 2008, the Court signed a stipulation and proposed order consolidating seven complaints and relieving Defendants of the obligation to respond to any one of those complaints. The Order further specifies that the parties shall meet and confer after the appointment of a lead plaintiff to decide on a filing deadline for the consolidated complaint and a briefing schedule for any responsive motions.

5. On or about April 8, 2008, nine plaintiffs, each represented by separate attorneys, filed motions to be appointed lead plaintiff, and for appointment of their counsel as lead plaintiff's counsel. Oppositions to the motions are due on May 9, 2008. A hearing on the lead plaintiff's motions is currently scheduled for May 16, 2008.

6. After a review of the docket, it appears that of the seven plaintiffs whose complaints were included in the Court's consolidation order, five did not move for appointment to

1  be lead plaintiff.  The names and contact information for counsel for all of the plaintiffs are not
2  available via the docket.  To properly identify, meet and confer and then jointly stipulate with all
3  current opposing counsel as contemplated by the Initial Order is impracticable, if not impossible.

4        7.      On April 24, 2008, I accessed the docket sheet for this consolidated action via
5  PACER and gathered the email addresses of all attorneys who were then listed as representing
6  any Plaintiff or Movant.  I also reviewed the Stipulation and Consolidation Order entered on
7  March 14, 2008 and gathered the names and email addresses, where available, of any attorneys
8  who signed the stipulation on behalf of a plaintiff but were not listed on the docket on PACER.
9  The same day, I sent an email to counsel for these parties notifying them of Defendants' intention
10 to file this Motion for Administrative Relief on April 25, 2008.  To date, I have not received any
11 responses to this email.

12       I declare under penalty of perjury, under the laws of the State of California, that the
13 foregoing is true and correct and that this declaration was executed on April 25, 2008, in San
14 Francisco, California.

OHS West:260428250.1    - 2 -    DECLARATION OF AMY M. ROSS ISO DEFENDANTS'
MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C-08-00856-MMC

| | |
|---|---|
| Dated: April 25, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | /s/  Amy M. Ross |
| | ROBERT P. VARIAN<br>MICHAEL D. TORPEY<br>AMY M. ROSS<br>BENJAMIN G. GEIGER<br>Attorneys for Defendants<br>SiRF Technology Holdings, Inc.,<br>Michael L. Canning, Diosdado P. Banatao,<br>Geoffrey Ribar and Kanwar Chadha |