1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   MICHAEL D. TORPEY (STATE BAR NO. 79424)
2  AMY M. ROSS (STATE BAR NO. 215692)
   BENJAMIN C. GEIGER (STATE BAR NO. 245614 )
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    1-415-773-5700
   Facsimile:    1-415-773-5759
6
   Attorneys for Defendants SiRF Technology Holdings, Inc.,
7  Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and
   Kanwar Chadha
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | No.  C-08-00856-MMC
   |                                                           | CLASS ACTION
13 |                                                           |
   |                                                           | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11**
14 | This Document Related To: All Actions                     |

OHS West:260428365.2

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C-08-00856-MMC

1    Defendants SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha ("Defendants"), by and through their attorneys, Orrick, Herrington & Sutcliffe LLP, moved for administrative relief pursuant to Local Rule 7-11 on April 25, 2008.

After considering the papers submitted by the parties, and finding good cause, the Court hereby orders that Defendants' motion for administrative relief is granted.  Specifically, the Court continues the following deadlines until after the appointment of a lead plaintiff and lead plaintiff's counsel:  (1) April 25, 2008, by which the parties were required to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, as well as file a Joint ADR Certification with Stipulation on ADR Process or Notice of Need for ADR Phone Conference; (2) May 9, 2008, by which the parties were required to file their Rule 26(f) Reports, complete initial disclosures or objections to disclosure, and case management conference statements; and (3) the Initial Case Management Conference set for May 16, 2008.

IT IS SO ORDERED.

Dated: April ____, 2008                                    _____
                                                                                       The Honorable Maxine M. Chesney

OHS West:260428365.2         - 1 -         [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF CASE NO. C-08-00856-MMC