1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   MICHAEL D. TORPEY (STATE BAR NO. 79424)
2  AMY M. ROSS (STATE BAR NO. 215692)
   BENJAMIN C. GEIGER (STATE BAR NO. 245614)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   1-415-773-5700
   Facsimile:   1-415-773-5759
6
   Attorneys for Defendants SiRF Technology Holdings, Inc.,
7  Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and
   Kanwar Chadha
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   | In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | No. C-08-00856-MMC |
   |---|---|
   | | CLASS ACTION |
   | | PROOF OF SERVICE |
   | This Document Related To: All Actions | |

## DECLARATION OF SERVICE BY FACSIMILE AND U.S. MAIL

I am a citizen of the United States, over eighteen years old, and not a party to this action. My place of employment and business address is 405 Howard Street, San Francisco, California 94105.

On April 25, 2008, I served the following documents:

1. Notice of Motion and Motion for Administrative Relief Pursuant to Civil Local Rule 7-11; Memorandum of Points and Authorities;

2. Declaration of Amy M. Ross in Support of Defendants' Motion for Administrative Relief;

3. [Proposed] Order Granting Defendants' Motion For Administrative Relief Pursuant To Civil Local Rule 7-11.

on the parties listed below:

1.  Jules Brody
    Stull Stull & Brody
    6 East 45th Street
    New York, NY 10017
    Fax: (212) 490-2022

2.  Kenneth A. Elan
    Law Offices of Kenneth A. Elan
    217 Broadway, Suite 605
    New York, NY 10007
    Fax: (212) 271-4230

by causing true copies of those documents to be electronically transmitted by means of a facsimile machine as listed above. The transmissions were reported as complete and without error. A true copy of the transmission report is attached hereto.

In addition, I served the documents by placing true and correct copies thereof in an envelope addressed to the party listed above and then sealing the envelope, affixing adequate first-class postage, and depositing the envelope in the United States mail at San Francisco, California.

Executed on April 25, 2008, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Burton Clarke*
Burton Clarke

```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO              4691
RECIPIENT ADDRESS     6501929200200191212490202
DESTINATION ID
ST. TIME              04/25 15:28
TIME USE              04'24
PAGES SENT            17
RESULT                OK
```

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

TEL +1-415-773-5700
FAX +1-415-773-5759

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE   4/25/08

NO. OF PAGES (INCLUDING COVER SHEET)   17

**FROM**

| name | tel |
|---|---|
| Burton Clarke | (415) 773-5425 |

**TO**

| name | company/firm | tel | fax |
|---|---|---|---|
| Jules Brody | Stull Stull & Brody | | (212) 490-2022 |
| Kenneth A. Elan | Law Offices of Kenneth A. Elan | | (212) 271-4230 |

RE   Case No. C-08-00856-MMC  (SiRF Notice of Motion and Motion)

**MESSAGE**

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4690
RECIPIENT ADDRESS     65019292002001912122714230
DESTINATION ID
ST. TIME              04/25 15:20
TIME USE              02'13
PAGES SENT            17
RESULT                OK
```

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

TEL +1-415-773-5700
FAX +1-415-773-5759
WWW.ORRICK.COM

## FAX TRANSMISSION

**DATE** 4/25/08

**NO. OF PAGES (INCLUDING COVER SHEET)** 17

**FROM**

| name | tel |
|---|---|
| Burton Clarke | (415) 773-5425 |

**TO**

| name | company/firm | tel | fax |
|---|---|---|---|
| Jules Brody | Stull Stull & Brody | | (212) 490-2022 |
| Kenneth A. Elan | Law Offices of Kenneth A. Elan | | (212) 271-4230 |

**RE**    Case No. C-08-00856-MMC  (SiRF Notice of Motion and Motion)

**MESSAGE**