PETER A. BINKOW(#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, California  94111
Telephone:     (415) 972-8160
Facsimile:      (415) 972-8166
Email: skupfer@glancylaw.com

*Liaison Attorneys for Proposed Lead Plaintiff*

IRA M. PRESS
PETER S. LINDEN
KIRBY MCINERNEY LLP
830 Third Avenue, 10th Floor
New York, New York 10022
Telephone:     (212) 317-2300
Facsimile:      (212) 751-2540
Email: ipress@kmllp.com

*Attorneys for Proposed Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION _____ This Document Related To: All Actions | Master File No. C 08 00856 Date: May 16, 2008 Time: 9:00 a.m. Courtroom 7, 19th Floor Hon. Maxine M. Chesney |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 760, San Francisco, California 94111.

On April 25, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1.     **MEMORANDUM OF POINTS AND AUTHORITIES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

2.     **DECLARATION OF SARAH G. LOPEZ IN SUPPORT OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

<u>**SEE SERVICE LIST**</u>

Executed on April 25, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Zabella O. Moore*

**Zabella O. Moore**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

### Electronically to all ECF-Registered Entities

3:08-cv-856 Notice has been electronically mailed to:

Ramzi Abadou    ramzia@csgrr.com, debh@csgrr.com

Jeffrey S. Abraham    jabraham@aftlaw.com

Vahn Alexander    service@wyca.com

Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

Patrice L. Bishop    service@ssbla.com

Robert P. Frutkin    robertf@bernardmgross.com

David Malcolm Furbush    david.furbush@pillsburylaw.com,
frances.ceccacci@pillsburylaw.com

Benjamin Cunningham Geiger    bgeiger@orrick.com

Deborah R. Gross    debbie@bernardmgross.com

Reed R. Kathrein    reed@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey W. Lawrence    jeffreyl@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com,
GDarwish@csgrr.com

Leigh Anne Parker    info@wllawca.com, lparker@weisslurie.com

Alan Roth Plutzik    aplutzik@bramsonplutzik.com

Michael Francis Ram    mfr@lrolaw.com, amw@lrolaw.com

Darren Jay Robbins    e_file_sd@csgrr.com

Amy M. Ross    aross@orrick.com

Adrian James Sawyer    sawyer@kerrwagstaffe.com, murphy@kerrwagstaffe.com

Michael David Torpey    mtorpey@orrick.com

Robert P. Varian    rvarian@orrick.com

Shawn A. Williams    shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com,
e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com

1

2 **By U.S. Mail To All Known Non-ECF Registered Entities**

3 Jules Brody
Stull Stull & Brody
4 6 East 45th Street
New York, NY 10017
5

6 Kenneth A. Elan
Law Offices of Kenneth A. Elan
7 217 Broadway
Suite 605
8 New York, NY 10007

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28