1  COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   100 Pine Street, Suite 2600
3  San Francisco, CA 94111
   Telephone: 415/288-4545
4  415/288-4534 (fax)
   jeffreyl@csgrr.com
5     – and –
   DARREN J. ROBBINS (168593)
6  RAMZI ABADOU (222567)
   655 West Broadway, Suite 1900
7  San Diego, CA 92101
   Telephone: 619/231-1058
8  619/231-7423 (fax)
   darrenr@csgrr.com
9  ramzia@csgrr.com

                      LAW OFFICES BERNARD M.
                        GROSS, P.C.
                      DEBORAH R. GROSS
                      ROBERT P. FRUTKIN
                      Wanamaker Bldg., Suite 450
                      100 Penn Square East
                      Philadelphia, PA 19107
                      Telephone: 215/561-3600
                      215/561-3000 (fax)
                      debbie@bernardmgross.com
                      rpf@bernardmgross.com

10  [Proposed] Co-Lead Counsel for Plaintiffs

12  UNITED STATES DISTRICT COURT

13  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:08-cv-00856-MMC |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | DECLARATION OF RAMZI ABADOU IN SUPPORT OF IRON WORKERS' & WEISS' OMNIBUS OPPOSITION TO ALL OTHER MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF |
| | DATE: May 16, 2008 |
| | TIME: 9:00 a.m. |
| | COURTROOM: 7 |

1    I, RAMZI ABADOU, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3   California and this Court.  I am a member of Coughlin Stoia Geller Rudman & Robbins LLP,

4   proposed lead counsel for proposed lead plaintiff Iron Workers Local No. 25 Pension Fund and

5   Kenneth L. Weiss in the above-entitled action.  I make this declaration in support of Iron Workers'

6   & Weiss' Omnibus Opposition to All Other Motions for Appointment as Lead Plaintiff.  I have

7   personal knowledge of the matters stated herein and, if called upon, I could and would competently

8   testify thereto.

9    2.    Attached are true and correct copies of the following exhibits:

10   Exhibit A:    Declaration of Kenneth L. Weiss;

11   Exhibit B:    Declaration of Dennis Kramer;

12   Exhibit C:    *In re CNL Hotels & Resorts, Inc. Sec. Litig.*, No. 6:04-cv-1231-Orl-31KRS,
             Order (M.D. Fla. Nov. 10, 2004); and

13

14   Exhibit D:    Journal of Proceedings of the Board of Trustees of the Police and Fire
             Retirement System of the City of Detroit dated March 20, 2008.

15   I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct.  Executed this 25th day of April, 2008, at San Diego, California.

17                              s/ Ramzi Abadou
                           RAMZI ABADOU
18

19

20

21   S:\CasesSD\SiRF Technology\DEC00050896-RA.doc

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2008.

s/ Ramzi Abadou
RAMZI ABADOU

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: ramzia@csgrr.com

# Mailing Information for a Case 3:08-cv-00856-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Robert P. Frutkin**
  robertf@bernardmgross.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,frances.ceccacci@pillsburylaw.com

- **Benjamin Cunningham Geiger**
  bgeiger@orrick.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Leigh Anne Parker**
  info@wllawca.com,lparker@weisslurie.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com

- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Amy M. Ross**
  aross@orrick.com

- **Adrian James Sawyer**
  sawyer@kerrwagstaffe.com,murphy@kerrwagstaffe.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jules Brody**
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

**Kenneth A. Elan**
Law Offices of Kenneth A. Elan
217 Broadway
Suite 605
New York, NY 10007

# EXHIBIT A

1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   100 Pine Street, Suite 2600
3  San Francisco, CA 94111
   Telephone: 415/288-4545
4  415/288-4534 (fax)
   jeffreyl@csgrr.com
5
   LAW OFFICES BERNARD M.
6    GROSS, P.C.
   DEBORAH R. GROSS
7  ROBERT P. FRUTKIN
   Wanamaker Bldg., Suite 450
8  100 Penn Square East
   Philadelphia, PA 19107
9  Telephone: 215/561-3600
   215/561-3000 (fax)
10 debbie@bernardmgross.com
   rpf@bernardmgross.com
11
   [Proposed] Co-Lead Counsel for Plaintiffs
12
   [Additional counsel appear on signature page.]
13
                 UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15
16 In re SiRF TECHNOLOGY HOLDINGS,  )  Master File No. 3:08-cv-00856-MMC
   INC. SECURITIES LITIGATION       )
                                    )  CLASS ACTION
17 ─────────────────────────────────)
                                    )  DECLARATION OF KENNETH L. WEISS
18 This Document Relates To:        )
                                    )
19     ALL ACTIONS.                 )
   ─────────────────────────────────)
20
21
22
23
24
25
26
27
28

1    I, KENNETH L. WEISS, declare as follows:

2        1.    I submit this declaration in support of my application to be appointed lead plaintiff in

3    this action pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I have

4    personal knowledge of the statements herein and, if called as a witness, could testify competently

5    thereto.

6        2.    During the Class Period, I purchased 35,900 shares of SiRF Technology Holdings,

7    Inc. ("SiRF" or the "Company") for a total investment of over $938,000 and as a result incurred a

8    loss in excess of $712,000. This is a material loss to me.

9        3.    I have invested in the securities markets for over 20 years. I earned a degree in

10   accounting and was certified as a public accountant. I am experienced in accounting matters and

11   worked for several years at the public accounting firm now known as PricewaterhouseCoopers.

12   While I have actively invested in the stock market for more than two decades and have suffered

13   substantial losses on a number of occasions, I do not regularly pursue securities litigation.

14       4.    I understood that I had the right to file a lead plaintiff application solely on behalf of

15   myself, in conjunction with others, or to simply do nothing and remain an absent class member. I

16   also understood I had the right to select counsel as part of the lead plaintiff process and made a

17   considered judgment in selecting Law Offices Bernard M. Gross, P.C. (the "Gross Firm") and

18   Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia").

19       5.    My selection of Coughlin Stoia and the Gross Firm to represent me in this class

20   action was based, in part, upon their prior success in other complex securities fraud matters. And,

21   although I am not a lawyer, I am a CPA and believe that in a large securities case like this, it is

22   helpful for the Class to retain established and well capitalized law firms with experienced lawyers as

23   lead counsel to ensure that the class has a meaningful opportunity to recover the substantial losses

24   suffered. I am also aware that Coughlin Stoia and the Gross Firm have worked together

25   cooperatively for over 15 years, on cases such as In re Aetna Securities Litigation ($85 million

26   recovery for the class).

27       6.    I believe that I possess the sophistication, experience, expertise and financial interest

28   in this action to effectively supervise this litigation and counsel. Prior to the filing of our motion, I

1   conferred with the Iron Workers Local No. 25P ension Fund about this motion. I intend to continue

2   to direct the prosecution of this action together with the Pension Fund, by, among other things,

3   continuing to regularly confer with the Pension Fund, meeting with our counsel, participating in

4   hearings and depositions and/or reviewing data as appropriate. I am committed to continuing to

5   effectively lead this action to protect not only my own interests but also those of the Class.

6          I declare under penalty of perjury under the laws of the United States of America that the

7   foregoing is true and correct. Executed this 2¹ day of April, 2008, at Cincinnati, OH            .

8

9                                          Kenneth L. Wei

10                                         KENNETH L. WEISS

11  S:\WordTools\WordCaps\SiRF Technology.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT B

1  COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   100 Pine Street, Suite 2600
3  San Francisco, CA 94111
   Telephone: 415/288-4545
4  415/288-4534 (fax)
   jeffreyl@csgrr.com
5
   LAW OFFICES BERNARD M.
6    GROSS, P.C.
   DEBORAH R. GROSS
7  ROBERT P. FRUTKIN
   Wanamaker Bldg., Suite 450
8  100 Penn Square East
   Philadelphia, PA 19107
9  Telephone: 215/561-3600
   215/561-3000 (fax)
10 deborahg@bernardmgross.com
   robertf@bernardmgross.com
11
   [Proposed] Co-Lead Counsel for Plaintiffs
12
   [Additional counsel appear on signature page.]
13
14                    UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA

16 | In re SiRF TECHNOLOGY HOLDINGS, INC. | ) | Master File No. 3:08-cv-00856-MMC |
   | SECURITIES LITIGATION | ) | |
17 | ———————————————————————— | ) | CLASS ACTION |
   | | ) | |
18 | This Document Relates To: | ) | DECLARATION OF DENNIS KRAMER |
   | | ) | |
19 |     ALL ACTIONS. | ) | |
   | ———————————————————————— | ) | |

20
21
22
23
24
25
26
27
28

1    I, DENNIS KRAMER, declare as follows:

2        1.      I submit this declaration in support of the application of the Iron Workers Local No.

3    25 Pension Fund (the "Pension Fund") to be appointed lead plaintiff in this action pursuant to the

4    Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I have personal knowledge of the

5    statements herein and, if called as a witness, could testify competently thereto.

6        2.      I have been employed by the Pension Fund for 14 years and have been the

7    Administrator for the past 4 and a half years. I hold an undergraduate degree in accounting. As the

8    Administrator of the Pension Fund, I oversee a staff of approximately ten people who assist me in

9    administering the Pension Funds' daily operations. The Pension Fund has approximately 4,000

10   participants and $600 million in assets. The Pension Fund is experienced in retaining and directing

11   counsel.

12       3.      As detailed in its certificate of named plaintiff previously filed, the Pension Fund

13   purchased 21,040 shares of SiRF Technology Holdings, Inc. ("SiRF" or the "Company") for a total

14   investment of more than $584,000, and suffered a loss of approximately $300,000.

15       4.      The Pension Fund endeavors to provide fair and direct oversight of this action in a

16   manner designed to obtain the largest recovery possible for the Class consistent with good faith and

17   meritorious judgment. I understand that the Pension Fund had the right to file a lead plaintiff

18   application solely on behalf of itself or in conjunction with others, or to simply do nothing and

19   remain an absent class member. The Pension Fund believes that it is in the Class' interests to have a

20   sophisticated individual and institutional investor jointly serve as lead plaintiff in this case.

21       5.      Together with Mr. Weiss, the Pension Fund intends to vigorously represent the

22   interests of all members of the Class and to oversee the prosecution of the action. Prior to filing our

23   lead plaintiff motion, the Pension Fund convened a meeting between its representatives and

24   Mr. Weiss. We have implemented procedures to provide for efficient prosecution of the action,

25   including a meeting schedule to discuss and evaluate the action as it progresses and a mechanism for

26   arranging for "emergency" meetings.

27       6.      I understood that we had the right to select counsel as part of the lead plaintiff

28   process. We made a considered judgment in selecting as co-lead counsel, lawyers at Coughlin Stoia

1  Geller Rudman & Robbins LLP ("Coughlin Stoia") and Law Offices Bernard M. Gross, P.C.

2  ("Gross") who are experienced securities class action practitioners who have worked together

3  successfully for more than a decade as co-lead counsel in prosecuting shareholder actions such as

4  this one.

5      I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct. Executed this __ day of April, 2008, at Novi, Michigan.

7

8                                                    DENNIS KRAMER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DENNIS KRAMER - 3:08-cv-00856-MMC                          - 2 -

EXHIBIT C

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re
**CNL HOTELS & RESORTS, INC.**
**Securities Litigation**

**Case No.  6:04-cv-1231-Orl-31KRS**

**(Consolidated with 6:04-cv-1341-Orl-19JGG)**

_____

# ORDER

This is a consolidated securities class action against CNL Hotels & Resorts, Inc., et al.

(CNL).  Two classes are asserted: (a) all persons who were entitled to vote on the proxy statement

filed with the SEC on May 7, 2004 (the "Proxy Class"); and (b) all persons who purchased or

otherwise acquired securities pursuant to CNL's prospectuses and registration statements (the

"Purchaser Class"), between August 16, 2001 and August 16, 2004 (the "Class Period"), who

suffered damages as a result of the actions complained of.

Three shareholders ("Movants") have moved, pursuant to 11 U.S.C. § 77z-1(a)(3), for

appointment (collectively) as lead Plaintiff.  These shareholders, and their respective purchases of

CNL stock are:

(1)     The Policemen and Firemen Retirement System of the City of Detroit ("Detroit

P&F) purchased 1,587,302 shares in February 2001 at $9.45 per share for a total investment of

$15,000,000;

(2)    Macomb County Employees' Retirement System ("Macomb County ERS") purchased 797,872.34 shares in September 2000 at $9.40 per share for a total investment of $7,500,000; and

(3)    The Elizabeth Hawkins Barack Revocable Living Trust (the "Barack Trust") purchased 4,200 shares in June 2002 at $10 per share for a total investment of $42,000.

Detroit P&F and Macomb County ERS are both members of the Michigan Association of Public Employee Retirement Systems and purchased their CNL stock through the same broker. Detroit P&F has served as a representative for a class in five actions filed under the federal securities laws during the last three years. It is the only shareholder alleged to have been entitled to vote on the proxy. There are no competing claims for lead Plaintiff status.[1]

In accordance with the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), the Court is called upon to appoint as lead Plaintiff the member or members of the purported Plaintiff Class that the Court determines to be most capable of adequately representing the interests of Class members. 15 U.S.C. 77z-1(a)(3)(B). Guidance in this regard is provided by 15 U.S.C. 77z-1(a)(3)(B)(iii). Generally, the Court is directed to favor the Plaintiff who filed the Complaint or Motion, has the largest financial interest in the case and otherwise satisfies the requirements of Fed.R.Civ.P. 23.

Here, both Detroit P&F and Macomb County ERS have a substantial financial stake in the outcome of this litigation and have moved for lead plaintiff status. However, neither shareholder purchased their CNL stock during the Class period and would thus have difficulty satisfying the

---

[1]Defendants concede that they have no standing to oppose this Motion.

requirements of Rule 23.  Moreover, Detroit P&F runs afoul of the "professional plaintiff" provision of Section 77z-1(3)(B)(vi) of the Act.  The Barack Trust has a relatively small investment and is not alleged to be included in the Proxy Class.

Accordingly, the Court finds that Movants are not capable of adequately representing the interests of the Class.  It is, therefore

**ORDERED** that the Motions of Detroit P&F Group for appointment as lead Plaintiff (Doc. 28 in Case No. 6:04-cv-1231-Orl-31KRS and Doc. 11 in Case No. 6:04-cv-1341-ORL-31JGG) are DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 10, 2004.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

-3-

EXHIBIT D

MEETING NUMBER 2672

JOURNAL OF PROCEEDINGS OF THE BOARD OF TRUSTEES OF THE
POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT
◆ ◆ ◆

PROCEEDINGS HELD THURSDAY, MARCH 20, 2008
9:00 A.M.
IN THE CONFERENCE ROOM OF THE RETIREMENT SYSTEMS
910 COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT, MICHIGAN  48226
◆ ◆ ◆

PRESENT

| | |
|---|---|
| Marty Bandemer | Elected Trustee/Vice Chairperson |
| Gregory Best | Elected Trustee/Chairperson |
| Barbara-Rose Collins | Ex/Officio Trustee/Councilperson |
| Shereece Fleming-Freeman | Ex/Officio Alternate Trustee |
| DeDan Milton | Ex/Officio Alternate Trustee |
| James Moore | Elected Trustee |
| George Orzech | Elected Trustee |
| Jeffrey Pegg | Elected Trustee |
| Tyrone Scott | Ex/Officio Trustee/Fire Commissioner |
| Paul Stewart | Elected Trustee |
| | |
| Walter Stampor | Executive Secretary |
| Cynthia Thomas | Assistant Executive Secretary |
| Janet S. Lenear | Recording Secretary |
| Ronald Zajac | Legal Counsel |
| Joe Turner | Special Legal Counsel |
| Richard Huddleston | Investment Analyst |

EXCUSED

| | |
|---|---|
| Jeffrey Beasley | Ex/Officio Trustee/Treasurer |

ABSENT

None

# <u>CHAIRPERSON</u>

## Gregory Best

ROLL CALL WAS TAKEN AT 9:00 A.M. BY THE  BOARD'S RECORDING SECRETARY AND THE MEETING WAS CALLED TO ORDER.

<u>CLOSED SESSION</u>

<u>By Mr. Bandemer – Supported by Mr. Stewart</u>

WHEREAS,  The Board's Medical Director is now before the Board of Trustees of the Police and Fire Retirement System of the City of Detroit to discuss the medical and psychiatric reports of the individuals whose names are designated on the pages which follow relative to disability retirement applications and re-examinations, and

WHEREAS, The Michigan Open Meetings Act provides for Closed Sessions in certain circumstances, including the foregoing matter, and

WHEREAS,  The Board has discussed this matter consistent with the Michigan Open Meetings Act, Therefore be it

RESOLVED,  That the Board enter into Closed Session consistent with the Michigan Open Meetings Act:

A Roll Call vote was taken as follows:

Yeas – Trustees Bandemer, Freeman, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 8

Nays – None

The Board entered into Closed Session at 9:01 A.M.

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT            3
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

OPEN SESSION

By Mr. Bandemer – Supported by Ms. Freeman

Resolved,  That the Board return to Open Session:

A Roll Call vote was taken as follows:

Yeas – Trustees   Bandemer, Collins, Freeman,   Milton, Moore, Orzech,
         Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

The Board returned to Open Session at 9:21 A.M. and Medical Director
Reginald O'Neal was excused for the remainder of the Meeting.


DISABILITY RETIREMENT APPLICATIONS


| NAME, TITLE, DEPARTMENT | BRIAN BOYKIN – OFFICER – POLICE DEPARTMENT |
| SOCIAL SECURITY NUMBER | 6370 |
| DISABILITY, PLAN, INJURY(INJURIES) | DUTY - NEW - BACK INJURY |
| DOCTOR'S RECOMMENDATION | |
| BOARD ACTION | |


| NAME, TITLE, DEPARTMENT | TIMOTHY MCQUEEN – FIRE PREVENTION INSPECTOR – FIRE DEPARTMENT |
| SOCIAL SECURITY NUMBER | 4940 |
| DISABILITY, PLAN, INJURY(INJURIES) | DUTY - NEW - BACK INJURY |
| DOCTOR'S RECOMMENDATION | |
| BOARD ACTION | |

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT    4
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

## RE-EXAMINATIONS

| NAME DEPARTMENT DISABILITY TYPE RE-EXAM NUMBER SOCIAL SECURITY NUMBER (LAST FOUR NUMBERS) | CONTINUE ON DISABILITY RETIREMENT PAYROLLS WITH NEXT EXAM IN ONE (1) YEAR | NO FURTHER RE-EXAMS REQUIRED | MUST RECEIVE NEXT EXAM IN DETROIT, MICHIGAN |
|---|---|---|---|
| | | | |
| OMARI MITCHELL – FIRE – DUTY – 1ST | CONTINUE ON DISABILITY RETIREMENT PAYROLLS | | |
| 0862 | | | |
| | | | |
| LASKER SMITH – FIRE – DUTY – 1ST | CONTINUE ON DISABILITY RETIREMENT PAYROLLS AND RECEIVE NEXT EXAM IN 6 MONTHS IN DETROIT, MICHIGAN | | |
| 5232 | | | |

BRIAN BOYKIN

BY MS. FREEMAN – SUPPORTED BY MR. MOORE

RESOLVED, THAT THE BOARD ACCEPT THE REPORT AND RECOMMENDATION OF ITS MEDICAL DIRECTOR REGARDING BRIAN BOYKIN AND BE IT FURTHER

RESOLVED, THAT BASED UPON THE BOARD'S MEDICAL DIRECTOR'S RECOMMENDATION, THE BOARD HEREBY DENIES MR. BOYKIN'S APPLICATION FOR DUTY DISABILITY RETIREMENT, AND BE IT FURTHER

RESOLVED, THAT MR. BOYKIN BE APPRISED OF HIS RIGHT TO APPEAL SAID DENIAL PURSUANT TO PROCEDURES ESTABLISHED BY COLLECTIVE BARGAINING:

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT                5
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

BRIAN BOYKIN

Yeas – Trustees Bandemer, Freeman, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 8

Nays – None

TIMOTHY MCQUEEN

BY MR. SCOTT – SUPPORTED BY MR. BANDEMER

RESOLVED, THAT THE BOARD ACCEPT THE REPORT AND RECOMMENDATION OF ITS MEDICAL DIRECTOR REGARDING TIMOTHY MCQUEEN, AND BE IT FURTHER

RESOLVED, THAT BASED UPON THE BOARD'S MEDICAL DIRECTOR'S RECOMMENDATION, THE BOARD HEREBY APPROVES MR. MCQUEEN'S APPLICATION FOR DUTY DISABILITY RETIREMENT:

Yeas – Trustees Bandemer, Freeman, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 8

Nays – None

TRUSTEE COLLINS ENTERED THE MEETING.

RE-EXAMINATIONS

BY MR. MOORE – SUPPORTED BY MR. ORZECH

RESOLVED, THAT IN ACCORDANCE WITH THE RECOMMENDATION OF THE BOARD'S MEDICAL DIRECTOR, THE RETIRANTS WHOSE NAMES ARE REFERENCED ON PAGE 4 BE CONTINUED ON THE DISABILITY RETIREMENT PAYROLLS, WITH LASKER SMITH RECEIVING HIS NEXT RE-EXAM IN SIX (6) MONTHS AT THE LOCAL CLINIC IN DETROIT, MICHIGAN:

SPECIAL COUNSEL JOE TURNER ENTERED THE MEETING.

TRUSTEE MILTON ENTERED THE MEETING.

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT                6
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

RE-EXAMINATIONS

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech,
        Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

CAPITAL CALLS/DRAWS

BY MR. BANDEMER – SUPPORTED BY MR. STEWART

Whereas,  The Board has been presented with the following capital
calls/draws, and

Whereas,  The Board has been requested to approve funding of said
capital calls/draws, Therefore be it

Resolved,  That subject to final approval of all transaction documents by
the Board's Legal Counsel, the Board approves funding of said capital
calls/draws:

| Firm: | Prudential Real Estate Investors |
|---|---|
| Date: | March 14, 2008 |
| Fund Name: | PRISA II |
| Capital Call/Draw: | $1,020,000.00 |

| Firm: | SG Capital |
|---|---|
| Date: | March 16, 2008 |
| Fund Name: | SG Capital Fund, LLC |
| Capital Call/Draw: | $1,706,236.00 |

| Firm: | SW Pelham Capital |
|---|---|
| Date: | March 17, 2008 |
| Fund Name: | SW Pelham Fund III, L.P. (C & M Technologies Group, Inc.) |
| Capital Call/Draw: | $702,902.00 |

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech,
        Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

7

RETIREMENT

BY MR. ORZECH – SUPPORTED BY MR. MOORE

RESOLVED, THAT THE NON-DUTY WIDOW (AUTOMATIC OPTION II) APPLICATION WHICH IS OUTLINED BELOW BE APPROVED:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

RETIREMENT

| NAME, TITLE, DEPARTMENT | MICHELLE MCDOWELL, WIDOW OF DAVID MCDOWELL – CAPTAIN - FIRE |
|---|---|
| RETIREMENT, PLAN | NON-DUTY (WIDOW) - AUTOMATIC OPTION II - NEW |
| SERVICE CREDIT, EFFECTIVE DATE | 34 05 17 – 02 12 08 |

CONFIRMATIONS (DISBURSEMENTS AND RECEIPTS)

BY MR. STEWART – SUPPORTED BY MR. PEGG

RESOLVED, THAT THE DISBURSEMENTS ($4,496,752.01) AND RECEIPTS ($1,821,167.56) WHICH ARE REFERENCED AT THE END OF THESE PROCEEDINGS BE CONFIRMED:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT                    8
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008


REFUNDS OF ACCUMULATED CONTRIBUTIONS

BY MR. STEWART – SUPPORTED BY MR. SCOTT

RESOLVED, THAT THE CONTRIBUTIONS TO THE ANNUITY SAVINGS FUND BY MEMBERS OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, AS SET FORTH ON LIST #3270, IN THE AMOUNT OF $608,284.16, INCLUDING INTEREST, BE REFUNDED PENDING AUDIT BY RETIREMENT SYSTEM ACCOUNTING STAFF:

Yeas – Trustees  Bandemer, Collins, Freeman, Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

MINUTES OF THURSDAY, FEBRUARY 21, 2008
MINUTES OF THURSDAY, FEBRUARY 28, 2008
MINUTES OF THURSDAY, MARCH    6, 2008

BY MR. ORZECH – SUPPORTED BY MS. COLLINS

RESOLVED, THAT THE MINUTES OF THE MEETINGS HELD THURSDAY, FEBRUARY 21, 2008, THURSDAY, FEBRUARY 28, 2008 AND THURSDAY, MARCH 6, 2008 BE APPROVED AS RECORDED AND SUBMITTED BY THE BOARD'S RECORDING SECRETARY:

Yeas – Trustees  Bandemer, Collins, Freeman, Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

BILL PAYMENT REQUESTS

BY MR. MOORE – SUPPORTED BY MS. COLLINS

WHEREAS, THE BOARD IS IN RECEIPT OF THE FOLLOWING BILLINGS REQUESTING PAYMENT FOR SERVICES RENDERED, AND

WHEREAS, THE BOARD IS SATISFIED THAT THE SERVICES THAT WERE REQUESTED BY THE BOARD WERE PROVIDED TO THE BOARD, THEREFORE BE IT

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT    9
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

BILL PAYMENT REQUESTS

RESOLVED, THAT SUBJECT TO STAFF AUDIT, THE BOARD APPROVE PAYMENT OF SAID BILLINGS:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

FIRM OR INDIVIDUAL, DATE, AMOUNT, SERVICE(S) PROVIDED

ADP – MARCH 7, 2008 - $6,193.42 – POLICE AND FIRE PORTION OF $12,386.84 – FEBRUARY AND MARCH, 2008 PRINTING SERVICES

BANYAN REALTY ADVISORS, LLC (FOR BOWLING SERVICES, INC.) – DECEMBER 10, 2007 - $5,500.00 – SPARE TIME DUE DILIGENCE

BANYAN REALTY ADVISORS, LLC ( FOR SANDY HANSELL & ASSOCIATES, INC.) – DECEMBER 10, 2007 - $5,000.00 – SPARE TIME DUE DILIGENCE

CAPRI CAPITAL PARTNERS – DECEMBER 27, 2007 - $1,924.00 – ASSET MANAGEMENT FEE INTEREST

CRANEL – MARCH 12, 2008 - $1,347.50 – POLICE AND FIRE PORTION OF $2,695.00 – CONTRACT/MISCELLANEOUS SERVICES

DAVIDSON, F. LOGAN – MARCH 18, 2008 - $12,4690.00 – LEGAL FEES - PARAMOUNT LAND HOLDINGS, LLC

GABRIEL, ROEDER, SMITH & COMPANY – MARCH 20, 2008 - $200.00 – EDRO FEE

HOWARD & HOWARD – MARCH 12, 2008 - $15,234.50 – MARCH, 2008 LEGAL FEES – GSC PARTNERS

IRON MOUNTAIN – JANUARY 31, 2008 - $37.52 – POLICE AND FIRE PORTION OF $75.03 – SUPPLIES

IRON MOUNTAIN – FEBRUARY 29, 2008 - $74.73 – POLICE AND FIRE PORTION OF $149.46 – SUPPLIES

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT          10
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

BILL PAYMENT REQUESTS

FIRM OR INDIVIDUAL, DATE, AMOUNT, SERVICE(S) PROVIDED

MAYFIELD GENTRY REALTY ADVISORS, LLC – MARCH 19, 2008 - $183,693.96 – MARCH, 2008 ASSET MANAGEMENT AND MORTGAGE SERVICING FEES

MAYFIELD GENTRY REALTY ADVISORS, LLC – MARCH 19, 2008 - $77,898.43 – CAPITAL IMPROVEMENTS FOR PFRS DUBLIN CORPORATION

MAYFIELD GENTRY REALTY ADVISORS, LLC – MARCH 19, 2008 - $21,556.04 – OPERATIONAL EXPENSES AND CAPITAL IMPROVEMENTS FOR GRAND PARK CENTRE

MCAFEE & TAFT – MARCH 18, 2008 - $27,263.51 – LEGAL FEES – TRADE WIND AIRLINES, INC.

MILESTONE REALTY SERVICES, INC. - $750.00 – PETITION FOR BASE LINE ENVIRONMENTAL ASSESSMENT FOR 7850 EAST JEFFERSON

NEOPOST – MARCH 14, 2008 - $5,000.00 – POLICE AND FIRE PORTION OF $10,000.00 – MAIL POSTAGE

NTH CONSULTANTS – MARCH 11, 2008 - $1,000.00 – POLICE AND FIRE PORTION OF $2,000.00 – CONSULTANT FEES – DRS HOLDINGS, LLC

NORTH POINT ADVISORS – MARCH 17, 2008 - $14,000.00 – DUE DILIGENCE FEE FOR CONWAY, MCKENZIE & DUNLEAVY

OFFICE DEPOT – MARCH 5, 2008 - $224.93 – POLICE AND FIRE PORTION OF $449.85 – OFFICE SUPPLIES

PAYDEN & RYGEL – MARCH 10, 2008 - $18,821.00 – MANAGEMENT FEES – ACCOUNT 1613

PAYDEN & RYGEL – MARCH 10, 2008 - $7,245.00 – MANAGEMENT FEES – ACCOUNT 1612

PLANTE MORAN – MARCH 10, 2008 - $460.00 – POLICE AND FIRE PORTION OF $920.00 – AUDITING SERVICES FOR YEAR ENDING JUNE 30, 2007

VERIZON WIRELESS – MARCH 4, 2008 - $2,045.43 – MARCH, 2008 PHONE SERVICES

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT                11
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

<u>LEGAL COUNSEL'S BILLING</u>

<u>BY MR. MOORE – SUPPORTED BY MS. FREEMAN</u>

RESOLVED, THAT LEGAL COUNSEL'S BILLING DATED MARCH 20, 2008, FOR THE MONTH OF MARCH, 2008, IN THE AMOUNT OF $17,218.18, BE APPROVED AND SAID AMOUNT BE PAID PURSUANT TO WIRE-TRANSFER INSTRUCTIONS ON FILE WITH THE POLICE AND FIRE RETIREMENT SYSTEM:

Yeas – Trustees Bandemer, Collins, Freeman, Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

<u>Finance/Retirement Petty Cash Account</u>

<u>By Ms. Freeman – Supported by Mr. Moore</u>

Whereas, The present balance of the Finance/Retirement Petty Cash account is $72.42, and

Whereas, Staff has requested that the account be replenished to its maximum amount of $2,000.00, Therefore Be It

Resolved, That the Finance/Retirement Petty Cash account be replenished to the maximum amount of $2,000.00, and be it further

Resolved, That the amount required to replenish the Finance/Retirement Petty Cash account to $2,000.00, be paid accordingly:

Police and Fire Retirement System:    $1,711.32

General Retirement System:             $  216.26

and be it further

Resolved, That a copy of this resolution be forwarded to the Accounting Division of the Retirement System:

Yeas – Trustees Bandemer, Collins, Freeman, Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT          12
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

CHURCHILL MORTGAGE INVESTMENT, LLC
<u>VILLAS AT FOREST PARK</u>

<u>BY MR. ORZECH – SUPPORTED BY MR. MOORE</u>

WHEREAS, THE BOARD IS IN RECEIPT OF A MARCH 19, 2008 LETTER FROM CHURCHILL MORTGAGE INVESTMENT, LLC AND PREVIOUSLY RECEIVED A BOOKLET PRESENTATION, AND

WHEREAS, CHURCHILL MORTGAGE INVESTMENT, LLC HAS MODIFIED ITS PROPOSAL TO PROVIDE A FLOOR OF 6.00% FOR THE DURATION OF THE LOAN, AND

WHEREAS, THE BOARD HAS DISCUSSED THIS MATTER, THEREFORE BE IT

RESOLVED, THAT THE BOARD APPROVES THE PROPOSED INVESTMENT CONSISTENT WITH THE FOREGOING, SUBJECT TO APPROVAL OF ALL LEGAL DOCUMENTATION BY THE BOARD'S LEGAL COUNSEL, AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS RESOLUTION BE FORWARDED TO CHURCHILL MORTGAGE INVESTMENT, LLC AND THE ACCOUNTING DIVISION OF THE RETIREMENT SYSTEMS:

Yeas – Trustees Bandemer, Collins, Freeman, Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

CHURCHILL MORTGAGE INVESTMENT, LLC
SAVANNAH RIVER LANDING
<u>$37,500,000.00 MORTGAGE LOAN OFFERING</u>

<u>BY MR. ORZECH – SUPPORTED BY MR. MOORE</u>

WHEREAS, THE BOARD IS IN RECEIPT OF A PRESENTATION BOOKLET INVOLVING A $37,500,000.00 MORTGAGE LOAN BY THE RETIREMENT SYSTEM, AND

WHEREAS, THE BOARD HAS DISCUSSED THIS MATTER, INCLUDING A DISCUSSION OF AVAILABILITY OF INVESTMENT FUNDS OF THE RETIREMENT SYSTEM DUE TO INTERNAL ALLOCATIONS TO INVESTMENT CATEGORIES, THEREFORE BE IT

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT     13
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

CHURCHILL MORTGAGE INVESTMENT, LLC
SAVANNAH RIVER LANDING
$37,500,000.00 MORTGAGE LOAN OFFERING

RESOLVED,  THAT THE BOARD HAS NO INTEREST IN FURTHER CONSIDERATION
OF THE PROPOSAL, AND BE IT FURTHER

RESOLVED,   THAT A COPY OF THIS RESOLUTION BE FORWARDED TO
CHURCHILL MORTGAGE INVESTMENT, LLC, THE BOARD OF TRUSTEES OF THE
GENERAL RETIREMENT SYSTEM AND THE ACCOUNTING DIVISION OF THE
RETIREMENT SYSTEMS:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech,
Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

LEGAL COUNSEL'S REPORTS

LEGAL COUNSEL RONALD ZAJAC DISCUSSED VARIOUS MATTERS WITH THE
BOARD, INCLUDING BEAR STEARNS, YAHOO!, INC., MMA, FINCH ASSET
MANAGEMENT, PFRS SOUTH TRYON CORP., AN FOIA REQUEST FROM THE
DETROIT NEWS, WBS FINANCIAL AND GVC.

DETROIT NEWS FOIA REQUEST

GENERAL COUNSEL PROVIDED THE BOARD WITH A STATUS REPORT
REGARDING THE MARCH 4, 2008 FOIA REQUEST FROM THE DETROIT NEWS.

PFRS SOUTH TRYON CORP.

THE BOARD WAS MADE AWARE OF THE EXECUTION OF A MARCH 20, 2008
RESPONSE LETTER TO THE IRS FOR ADDITIONAL INFORMATION IN
CONNECTION WITH THE CORPORATION'S APPLICATION FOR RECOGNITION
OF EXEMPTION UNDER SECTION 501(a) BY AN OFFICER OF THE
CORPORATION.

## YAHOO!, INC. LITIGATION

GENERAL COUNSEL GAVE A STATUS REPORT REGARDING
YAHOO!, INC. AND PROVIDED EACH TRUSTEE WITH A COPY OF A

## YAHOO!, INC. LITIGATION

MARCH 13 ,2008 LETTER FROM SPECIAL LEGAL COUNSEL BERNSTEIN, LITOWITZ, BERGER AND GROSSMANN, LLP AND YAHOO'S MOTION FOR PROTECTIVE ORDER AND TO  QUASH NON-PARTY SUBPOENAS.  GENERAL COUNSEL ALSO REPORTED THAT THE FOLLOWING DOCUMENTS ARE ON FILE FOR TRUSTEE REVIEW AND COPIES MADE FOR ALL TRUSTEES WHO WISH SAME:


YAHOO'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF


INDIVIDUAL DEFENDANTS' OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES


YAHOO'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' PLAINTIFFS' FIRST SET OF INTERROGATORIES


YAHOO'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF DOCUMENT REQUESTS


AFFIDAVIT OF RACHEL JACOBS-BARNES WITH EXHIBITS A THROUGH K

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT          15
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

BEAR STEARNS COMPANY, INC.

BY MR. STEWART – SUPPORTED BY MR. MOORE

WHEREAS, THE SYSTEM HAS INCURRED LOSSES FROM THE PURCHASE OF APPROXIMATELY 13,565 SHARES OF BEAR STEARNS COMPANY, INC., AND

WHEREAS, KOHN, SWIFT AND GRAF HAS REPORTED TO THE BOARD REGARDING THEIR ANALYSIS OF THE MERITS OF A CASE AGAINST BEAR STEARNS COMPANY, INC., AND

WHEREAS, KOHN, SWIFT AND GRAF HAS INQUIRED WHETHER THE RETIREMENT SYSTEM IS INTERESTED IN SEEKING TO BE A LEAD PLAINTIFF IN THIS LITIGATION, AND

WHEREAS, THE BOARD HAS DISCUSSED THIS MATTER, AND

WHEREAS, THE BOARD DEEMS IT APPROPRIATE TO SEEK TO BE A LEAD PLAINTIFF IN THIS MATTER TO RECOVER OR MITIGATE LOSSES INCURRED BY THE SYSTEM, THEREFORE BE IT

RESOLVED, THAT THE BOARD SEEK TO BE NAMED LEAD PLAINTIFF REGARDING THIS MATTER, AND BE IT FURTHER

RESOLVED, THAT KOHN, SWIFT AND GRAF BE RETAINED TO REPRESENT THE SYSTEM REGARDING THIS MATTER, SUBJECT TO AGREEMENT REGARDING PRIOR TERMS OF RETENTION IN CLASS ACTION MATTERS, AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS RESOLUTION BE FORWARDED TO KOHN, SWIFT AND GRAF (PER FAX AND U.S. MAIL) AND THE ACCOUNTING DIVISION OF THE RETIREMENT SYSTEMS:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT    16
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

MMA REALTY CAPITAL

BY MR. BANDEMER – SUPPORTED BY MR. STEWART

WHEREAS, THE BOARD IS IN RECEIPT OF A MARCH 20, 2008 LETTER FROM MMA REALTY CAPITAL (WITH A FIFTEEN (15) PAGE BOOKLET) REQUESTING THE POLICE AND FIRE RETIREMENT SYSTEM TO ACCEPT THE TERMS INDICATED IN THE BOOKLET BY EXECUTING THE MARCH 20, 2008 ACKNOWLEDGEMENT LETTER, AND

WHEREAS, THE BOARD PREVIOUSLY ACCEPTED THE PROPOSAL PER RESOLUTION OF MARCH 6, 2008, AND

WHEREAS, THE BOARD HAS DISCUSSED THIS MATTER, THEREFORE BE IT

RESOLVED, THAT THE ACKNOWLEDGEMENT LETTER BE EXECUTED ON BEHALF OF THE POLICE AND FIRE RETIREMENT SYSTEM, AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS RESOLUTION BE FORWARDED TO MMA REALTY CAPITAL AND THE ACCOUNTING DIVISION OF THE RETIREMENT SYSTEMS:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

FINCH ASSET MANAGEMENT
FINCH FUND LIMITED
$10,000,000.00 INVESTMENT

BY MR. MOORE – SUPPORTED BY MR. BANDEMER

WHEREAS, THE BOARD PREVIOUSLY APPROVED THE ABOVE-REFERENCED INVESTMENT PURSUANT TO A RESOLUTION ADOPTED ON JANUARY 10, 2008 SUBJECT TO, INTER ALIA, APPROVAL OF DONALD A. WAGNER, THE BOARD'S SPECIAL LEGAL COUNSEL, AS TO THE DOCUMENTS EVIDENCING THE INVESTMENT, AND

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT            17
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

FINCH ASSET MANAGEMENT
FINCH FUND LIMITED
$10,000,000.00 INVESTMENT

WHEREAS, THE BOARD HAS RECEIVED THE REPORT OF NORTH POINT
ADVISORS, PER ADRIAN ANDERSON, THE BOARD'S DUE DILIGENCE
ADVISOR, DATED DECEMBER 18, 2007, AND

WHEREAS, SPECIAL LEGAL COUNSEL HAS APPROVED THE TRANSACTION
DOCUMENTS SUBJECT TO FINAL APPROVAL THEREOF BY THE BOARD'S
GENERAL COUNSEL, THEREFORE BE IT

RESOLVED, THAT THE BOARD HEREBY APPROVES THE SIGNING OF THE
CLOSING DOCUMENTS WHICH HAVE BEEN REVIEWED AND APPROVED BY
THE BOARD'S GENERAL COUNSEL AND THE BOARD'S SPECIAL LEGAL
COUNSEL, AND

WHEREAS, THE CLOSING DOCUMENTS INCLUDE, BUT ARE NOT LIMITED TO,
SUBSCRIBER INFORMATION FORMS, SUBSCRIPTION AGREEMENT AND IRS
FORM W-9, THEREFORE BE IT

RESOLVED, THAT THE BOARD AUTHORIZES ITS SIGNATORIES TO EXECUTE THE
CLOSING DOCUMENTS AND ANY DOCUMENTATION REQUIRED BY THE
BOARD'S GENERAL COUNSEL OR THE BOARD'S SPECIAL LEGAL COUNSEL
TO COMPLETE THE CLOSING ON THE INVESTMENT AND DELIVER THE
CLOSING DOCUMENTS, AND BE IT FURTHER

RESOLVED, THAT THE BOARD HEREBY APPROVES THE FUNDING OF THE
INVESTMENT AND AUTHORIZES UP TO TEN MILLION AND NO/100 DOLLARS
($10,000,000.00) IN CAPITAL CALLS PURSUANT TO THE TRANSACTION
DOCUMENTS, AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS RESOLUTION BE FORWARDED TO FINCH
ASSET MANAGEMENT, THE BOARD'S SPECIAL LEGAL COUNSEL, COUZENS,
LANSKY, FEALK, ELLIS, ROEDER AND LAZAR, P.C., THE BOARD'S SPECIAL

LEGAL COUNSEL, CLARK HILL, THE BOARD'S DUE DILIGENCE ADVISOR,
NORTH POINT ADVISORS, AND THE ACCOUNTING DIVISION OF THE
RETIREMENT SYSTEMS:

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT    18
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

FINCH ASSET MANAGEMENT
FINCH FUND LIMITED
<u>$10,000,000.00 INVESTMENT</u>

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech,
        Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

<u>GRANT & EISENHOFER</u>

STEPHEN K. BENJAMIN AN STEPHEN GRYGIEL DISCUSSED SECURITIES
LITIGATION AND MONITORING SERVICES AND THEN EXCUSED THEMSELVES.

<u>VONTOBEL</u>

ADRIAN ANDERSON (THE BOARD'S DUE DILIGENCE ADVISOR) JOINED THE
BOARD IN LISTENING TO JOHN HAUSWIRTH AND RAJIV JAIN DISCUSSED
EMERGING MARKETS.

THE BOARD THEN EXCUSED MESSRS. HAUSWIRTH AND JAIN.

<u>CLOSED SESSION</u>

<u>BY MR. STEWART – SUPPORTED BY MR. BANDEMER</u>

Resolved, That the Board enter into Closed Session for the purpose of
discussing medical matters regarding Brian Boykin's application for Duty
Disability Retirement:

A Roll Call Vote was taken as follows:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton, Moore, Orzech,
        Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

The Board entered into Closed Session at 11:17 A.M.

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT 19
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

OPEN SESSION

BY MR. BANDEMER – SUPPORTED BY MR. STEWART

Resolved,  That the Board return to Open Session:

A Roll Call Vote was taken as follows:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton,  Moore,  Orzech,
        Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

The Board returned to Open Session at 11:40 A.M.

BRIAN BOYKIN

BY MR. STEWART – SUPPORTED BY MR. BANDEMER

RESOLVED,  THAT THE BOARD RECONSIDER ITS MOTION OF THIS DATE
REGARDING  BRIAN  BOYKIN'S  APPLICATION  FOR  DUTY  DISABILITY
RETIREMENT:

A ROLL CALL VOTE WAS TAKEN AS FOLLOWS:

Yeas – Trustees  Bandemer, Collins, Freeman,  Milton,  Moore,  Orzech,
        Pegg, Scott, Stewart and Chairman Best – 10

Nays – None

FOLLOWING  IS THE BOARD'S MOTION OF THIS DATE REGARDING BRIAN
BOYKIN'S APPLICATION FOR DUTY DISABILITY RETIREMENT:

BRIAN BOYKIN

BY MS. FREEMAN – SUPPORTED BY MR. MOORE

RESOLVED,  THAT  THE  BOARD  ACCEPT  THE  REPORT  AND
RECOMMENDATION OF ITS MEDICAL DIRECTOR REGARDING BRIAN BOYKIN
AND BE IT FURTHER

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT    20
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

BRIAN BOYKIN

RESOLVED, THAT BASED UPON THE BOARD'S MEDICAL DIRECTOR'S RECOMMENDATION, THE BOARD HEREBY DENIES MR. BOYKIN'S APPLICATION FOR DUTY DISABILITY RETIREMENT, AND BE IT FURTHER

RESOLVED, THAT MR. BOYKIN BE APPRISED OF HIS RIGHT TO APPEAL SAID DENIAL PURSUANT TO PROCEDURES ESTABLISHED BY COLLECTIVE BARGAINING:

YEAS – TRUSTEES FREEMAN, MILTON AND MOORE – 3

NAYS – TRUSTEES BANDEMER, COLLINS, ORZECH, PEGG, SCOTT, STEWART AND CHAIRMAN BEST – 7

TRUSTEE STEWART THEN MADE THE MOTION WHICH FOLLOWS:

BRIAN BOYKIN

BY MR. STEWART – SUPPORTED BY MR. BANDEMER

RESOLVED, THAT THE BOARD ACCEPT THE REPORT AND RECOMMENDATION OF ITS MEDICAL DIRECTOR REGARDING BRIAN BOYKIN, AND BE IT FURTHER

RESOLVED, THAT BASED UPON THE BOARD'S MEDICAL DIRECTOR'S RECOMMENDATION, THE BOARD HEREBY APPROVES MR. BOYKIN'S APPLICATION FOR DUTY DISABILITY RETIREMENT, AND BE IT FURTHER

RESOLVED, THAT BRIAN BOYKIN BE ADVISED THAT HE WILL BE SCHEDULED TO RECEIVE HIS FIRST RE-EXAM IN SIX (6) MONTHS IN DETROIT, MICHIGAN:

YEAS – TRUSTEES BANDEMER, COLLINS, ORZECH, PEGG, SCOTT, STEWART AND CHAIRMAN BEST – 7

NAYS – TRUSTEES FREEMAN, MILTON AND MOORE – 3

PIONEER

ADRIAN ANDERSON (THE BOARD'S DUE DILIGENCE ADVISOR) JOINED THE BOARD IN LISTENING TO CHRISTOPHER SMART, CHRISTOPHER VASSILOPOULOS AND AN ASSOCIATE DISCUSSED EMERGING MARKETS.

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT    21
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

PIONEER

THE BOARD THEN EXCUSED MESSRS. SMART, VASSILOPOULOS AND THEIR ASSOCIATE.

SG CAPITAL

TRUSTEE MILTON EXCUSED HIMSELF.

RON SANDERS AND AN ASSOCIATE DISCUSSED A PROPOSAL FOR THE DEARBORN WEST AND KINGS POINTE APARTMENTS IN DEARBORN HEIGHTS, MICHIGAN.  LOU VOGT (OF BANYAN REALTY MANAGEMENT) JOINED THE BOARD IN LISTENING TO THE GENTLEMEN'S PRESENTATION.

PRIOR TO EXCUSING THEMSELVES, MR. SANDERS AND HIS ASSOCIATE REQUESTED THAT THE BOARD INVEST AN ADDITIONAL $95,861.00 IN SG CAPITAL FUND, LLC.

SG CAPITAL FUND, LLC

BY MR. ORZECH – SUPPORTED BY MS. COLLINS

WHEREAS, THE BOARD PREVIOUSLY APPROVED AN FUNDED $2,000,000.00 PURSUANT TO PRIOR RESOLUTIONS, AND

WHEREAS, SG CAPITAL HAS REQUESTED ADDITIONAL FUNDING IN THE AMOUNT OF $95,861.00 FOR THE REASONS PRESENTED, AND

WHEREAS, THE BOARD HAS DISCUSSED THIS MATTER, THEREFORE BE IT

RESOLVED, THAT THE REQUEST FOR ADDITIONAL FUNDING IN THE AMOUNT OF $95,861.00 IS APPROVED SUBJECT TO APPROVAL OF DOCUMENTATION BY THE BOARD'S GENERAL COUNSEL, AND BE IT FURTHER

RESOLVED, THAT THE $95,861.00 BE WIRE-TRANSFERRED SUBJECT TO THE STANDARD PROCEDURES AND CONDITIONS AND APPROVAL BY THE BOARD'S SPECIAL LEGAL COUNSEL, GENERAL COUNSEL AND EXECUTIVE SECRETARY, AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS RESOLUTION BE FORWARDED TO SG CAPITAL AND THE ACCOUNTING DIVISION OF THE RETIREMENT SYSTEM:

SG CAPITAL FUND, LLC

Yeas – Trustees  Bandemer, Collins, Freeman, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 9

Nays – None

NORTH POINT ADVISORS

ADRIAN ANDERSON DISCUSSED ASSET CLASSES, MANAGER PERFORMANCE AND PITG GAMING AT LENGTH.

FINCH ASSET MANAGEMENT

BY MR. STEWART – SUPPORTED BY MR. BANDEMER

WHEREAS, The Board has approved the investment of $10,000,000.00 in the Finch fund, and

WHEREAS, General Counsel has opined to the Board that the Finch investment falls under PA 314 Section 20(d), and

WHEREAS, The Board notes that it is at its statutory limit with respect to the market value of investments which fall under PA 314 Section 20(d), and

WHEREAS, The Board's investment in the Mesirow Arbitrage Trust falls under PA 314 Section 20(d), Therefore be it

RESOLVED, That $10,000,000.00 be withdrawn from the Mesirow Arbitrage Trust and utilized to fund the $10,000,000.00 investment in the Finch fund, and be it further

RESOLVED,  That a copy of this resolution be forwarded to Mesirow Financial and the Accounting Division of the Retirement System:

Yeas – Trustees  Bandemer, Collins, Freeman, Moore, Orzech, Pegg, Scott, Stewart and Chairman Best – 9

Nays – None

PITG GAMING
$75,000,000.00 PROPOSED CREDIT ENHANCEMENT INVESTMENT

BY MS. COLLINS – SUPPORTED BY MR. SCOTT

**WHEREAS**, the Board of Trustees of the Police and Fire Retirement System of the City of Detroit (the "Board") has had the foregoing investment proposal under consideration, the basic and general proposed conditions of which are set forth in a presentation booklet consisting of several pages and previously submitted written materials presented to the Board and discussed this date (and at previous meetings) to which certain modifications and additional requirements will be added by the Board or Advisors to the Board (per discussion between or with the Board members or per negotiations with the project sponsor), and

**WHEREAS**, the Board is in receipt of a report from its due diligence advisor, North Point Advisors, and

**WHEREAS**, the Board has indicated its willingness to further consider making this investment subject to additional conditions and terms which may be required by the Board after further discussion with the Board's due diligence advisor and after Special Legal Counsel begins to prepare/review/edit the transaction documents; and

**WHEREAS**, the Board's contingent further consideration of the proposed investment is also conditioned upon the understanding that the proposed transaction does not contemplate Unrelated Business Taxable Income (UBTI) to the Retirement System; and

PITG GAMING
$75,000,000.00 PROPOSED CREDIT ENHANCEMENT INVESTMENT

**WHEREAS**, the policy of the Board of Trustees requires, *inter alia*:

A.    Due diligence costs be paid for by, or on behalf of, project sponsor/borrower/other applicable party which estimated costs are to be escrowed by the Retirement System prior to due diligence services being rendered by the due diligence advisor.

B.    All legal costs be paid by, or on behalf of, project sponsor/borrower/other applicable party which estimated costs are to be escrowed by the Retirement System prior to legal services being rendered by Special Legal Counsel.

C.    Special Legal Counsel be designated by the Board or General Counsel.

D.    No Unrelated Business Taxable Income (UBTI) be applicable to the Retirement System.

E.    Approval of wire transfers of amounts contemplated by transaction documents are subject (as applicable) to written approval by Special Legal Counsel, General Counsel and by, or on behalf of, the Executive Secretary or Assistant Executive Secretary.

F.    The Board's further interest in making the investment does not constitute approval to make the investment. However, the Board's policy is to complete the investment if all requirements of the Board are met.

G.    Project Sponsor is responsible for payment of due diligence costs and legal fees even if the proposed investment is not completed by the Retirement System for any reason.

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT    25
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

PITG GAMING
$75,000,000.00 PROPOSED CREDIT ENHANCEMENT INVESTMENT

H. The Retirement System is subject to P.A. 314 of 1965 (MCLA 38.1132, et seq.) as amended. The ability of the Retirement System to make the investment is subject to availability of funds consistent with statutory limitations. Project sponsor/borrower/applicable party have the obligation to be aware of statutory limitations and whether the Retirement System investment will be within PA 314 of 1965 limitations.

I. It is likely that modifications to the proposed investment will be made to comply with the Board's policies and any other requirements of the Board (developed with the assistance of the due diligence and/or Special Legal Counsel or General Counsel.

J. The project sponsor/borrower/applicable party must provide written acknowledgment of this resolution and agreement to the terms and requirements herein as a primary requirement of the process proceeding.

K. Any commitment or other preliminary transaction documents signed by the Board include the provision that all final transaction loan documents are subject to approval as to form and content by the Board and Special Legal Counsel, if applicable, and approval as to form and content by General Counsel, and

L. Any adverse change in economic or other conditions affecting the Borrower/Project Sponsor or Guarantor may result in negating the investment.

**WHEREAS**, the Board will be selecting special legal counsel regarding this proposed investment who may be submitting

PITG GAMING
$75,000,000.00 PROPOSED CREDIT ENHANCEMENT INVESTMENT

proposed modifications regarding the proposed transaction to protect the interests of the Retirement System; and

**WHEREAS**, the Board has discussed this matter, therefore be it

RESOLVED, That the due diligence advisor continue discussions/negotiations with Project Sponsor regarding all matters deemed appropriate by the due diligence advisor, and be it further

**RESOLVED**, that subject to the requirements stated in this resolution, the Board continues its interests in the proposed investment, and indicates its intention to complete the transaction provided all requirements of the Board and Special Legal Counsel are met by applicable parties and subject to approval of final documents by the Special Legal Counsel, General Counsel and the Board of Trustees, and be it further

**RESOLVED**, that the foregoing, as indicated in item J. above, is subject to receipt by the Board of written acknowledgment from proposed applicable party that said party has received a copy of this resolution and acknowledges and agrees to the conditions and requirements therein, and be it further

RESOLVED, That the credit enhancement fee will be 400 basis points of which 300 basis points be paid quarterly in cash and 100 basis points be paid on an accrued basis, and be it further

**RESOLVED**, that a copy of this resolution be forwarded to the project sponsor/borrower/applicable party and Special Legal Counsel to be selected by the Board:

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT      27
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

## PITG GAMING
## $75,000,000.00 PROPOSED CREDIT ENHANCEMENT INVESTMENT

Yeas – Trustees Bandemer, Collins, Freeman, Moore, Scott and
      Stewart – 6

Nays – Trustees Orzech, Pegg and Chairman Best – 3

TRUSTEES FREEMAN AND COLLINS EXCUSED THEMSELVES.

SOCIETE GENERALE

BY MR. STEWART – SUPPORTED BY MR. PEGG

WHEREAS, THE SYSTEM HAS INCURRED APPROXIMATELY $2,000,000.00 IN
LOSSES FROM THE PURCHASE OF APPROXIMATELY 25,000 SHARES OF
SOCIETE GENERALE, AND

WHEREAS, KIRBY MCINERNEY, LLP HAS REPORTED TO THE BOARD
REGARDING THEIR ANALYSIS OF THE MERITS OF A CASE AGAINST SOCIETE
GENERALE, AND

WHEREAS, KIRBY MCINERNEY, LLP HAS INQUIRED WHETHER THE RETIREMENT
SYSTEM IS INTERESTED IN SEEKING TO BE A LEAD PLAINTIFF IN THIS
LITIGATION, AND

WHEREAS, THE BOARD HAS DISCUSSED THIS MATTER, AND

WHEREAS, THE BOARD DEEMS IT APPROPRIATE TO SEEK TO BE A LEAD
PLAINTIFF IN THIS MATTER TO RECOVER OR MITIGATE LOSSES INCURRED BY
THE SYSTEM, THEREFORE BE IT

RESOLVED, THAT THE BOARD SEEK TO BE NAMED LEAD PLAINTIFF
REGARDING THIS MATTER, AND BE IT FURTHER

RESOLVED, THAT KIRBY MCINERNEY, LLP BE RETAINED TO REPRESENT THE
SYSTEM REGARDING THIS MATTER, SUBJECT TO AGREEMENT REGARDING
PRIOR TERMS OF RETENTION IN CLASS ACTION MATTERS, AND BE IT FURTHER

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT                    28
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

SOCIETE GENERALE

RESOLVED, THAT A COPY OF THIS RESOLUTION BE FORWARDED TO KIRBY
MCINERNEY, LLP (PER FAX AND U.S. MAIL) AND THE ACCOUNTING DIVISION
OF THE RETIREMENT SYSTEMS:

Yeas – Trustees    Bandemer, Moore, Orzech, Pegg, Scott, Stewart and
                   Chairman Best – 7

Nays – None

GRANT AND EISENHOFER

BY MR. STEWART – SUPPORTED BY MR. SCOTT

WHEREAS, GRANT AND EISENHOFER ("GE") MADE A PRESENTATION TO THE
BOARD ON MARCH 20, 2008 AND SUBMITTED A BOOKLET OF INFORMATION
REGARDING THE FIRM, AND

WHEREAS, GRANT AND EISENHOFER HAS REQUESTED TO BE ADDED AS
APPROVED CLASS ACTION SPECIAL LEGAL COUNSEL TO THE BOARD'S LIST
OF CLASS ACTION SPECIAL LEGAL COUNSEL, AND

WHEREAS, THE BOARD HAS DISCUSSED THIS MATTER, THEREFORE BE IT

RESOLVED, THAT GRANT AND EISENHOFER BE ADDED TO THE BOARD'S
APPROVED LIST OF CLASS ACTION SPECIAL LEGAL COUNSEL, AND BE IT
FURTHER

RESOLVED, THAT GRANT AND EISENHOFER BE ALLOWED ACCESS TO THE
RETIREMENT SYSTEM'S SECURITIES PORTFOLIO SUBJECT TO RECEIPT OF A
CONFIDENTIALITY AGREEMENT FROM GRANT AND EISENHOFER
ACCEPTABLE TO THE BOARD'S GENERAL COUNSEL, AND BE IT FURTHER

RESOLVED, THAT IN THE EVENT GRANT AND EISENHOFER IS SELECTED BY THE
BOARD OR GENERAL COUNSEL TO TAKE ACTION ON BEHALF OF THE
RETIREMENT SYSTEM, GRANT AND EISENHOFER COORDINATE WITH AND
REPORT TO THE BOARD THROUGH THE RETIREMENT SYSTEM'S GENERAL
COUNSEL, AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS RESOLUTION BE FORWARDED TO GRANT
AND EISENHOFER AND THE ACCOUNTING DIVISION OF THE RETIREMENT
SYSTEM:

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT      29
MINUTES – MEETING NUMBER 2672 – THURSDAY – MARCH 20, 2008

GRANT AND EISENHOFER

Yeas – Trustees   Bandemer, Moore, Orzech, Pegg, Scott,  Stewart and
          Chairman Best – 7

Nays – None

REDICO

BY MR. STEWART – SUPPORTED BY MR. BANDEMER

RESOLVED,   THAT DALE WATCHOWSKI AND ANY ASSOCIATES OF HIS
CHOOSING  BE  REQUESTED  TO  APPEAR  BEFORE  THE  BOARD  FOR
PRESENTATION  PURPOSES  (MORTGAGE  FINANCING  OF  THREE  OFFICE
BUILDINGS IN SOUTHFIELD, MICHIGAN):

Yeas – Trustees   Bandemer, Moore, Orzech, Pegg, Scott,  Stewart and
          Chairman Best – 7

Nays – None

PUBLIC FORUM

AT  2:15  P.M.,  CHAIRPERSON  BEST  DECLARED  THE  MEETING  IN  OPEN
FORUM  FOR  GENERAL  DISCUSSION  BY  THE  PUBLIC  ATTENDING  THE
MEETING.

ADJOURNMENT

THERE BEING  NO  FURTHER BUSINESS BEFORE THE BOARD,  CHAIRPERSON
BEST ADJOURNED THE MEETING AT 2:17 P.M. UNTIL THURSDAY, APRIL 3,
2008 AT 9:00  A.M.,  IN  ROOM  910  OF  THE  COLEMAN  A.  YOUNG
MUNICIPAL CENTER, DETROIT, MICHIGAN 48226.

RESPECTFULLY SUBMITTED,

_____
CYNTHIA A. THOMAS
ASSISTANT EXECUTIVE SECRETARY