1  RANDALL K. PULLIAM (*Pro Hac Vice* Application Forthcoming)
   JOSEPH HENRY (HANK) BATES (167688)
2  BART DALTON (187930)
   CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
3  11311 Arcade Drive, Suite 200
   Little Rock, Arkansas 72212
4  Telephone: (501) 312-8500
   Facsimile: (501)312-8505
5  rpulliam@cauleybowman.com

6  Proposed Lead Counsel

7  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
8  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
9  San Francisco, California 94105-1528
   Telephone: (415) 371-8500
10 Facsimile: (415)371-0500
   sawyer@kerrwagstaffe.com
11
   Proposed Liaison Counsel
12
   Attorneys for Plaintiffs
13 The City of Omaha Nebraska Civilian Employees'
   Retirement System and the City of Omaha Police
14 and Fire Retirement System

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re SiRF TECHNOLOGY HOLDINGS, INC., SECURITIES LITIGATION | Case No. C 08-0856 MMC <br> Class Action <br><br> **PROOF OF SERVICE** |
| This Document Relates To: <br><br> All Actions | |

CASE NO. C 08-0856 MMC                                    PROOF OF SERVICE

# PROOF OF SERVICE

I, Erin Murphy, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On April 25, 2008, I served the following document(s):

**OMAHA FUNDS' RESPONSE TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

on the parties listed below as follows:

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway, Suite 605
New York, NY 10007

Jules Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I also certify that on the date below I electronically filed the above document with the Clerk of Court using the CM/ECF system, causing notification of such filing to be sent to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 25, 2008, at San Francisco, California.

_____
Erin Murphy

MAILING INFORMATION FOR A CASE 3:08-CV-00856-MMC

ELECTRONIC MAIL NOTICE LIST

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com
- **Jeffrey S. Abraham**
  jabraham@aftlaw.com
- **Vahn Alexander**
  valexander@faruqilaw.com
- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com
- **Patrice L. Bishop**
  service@ssbla.com
- **Robert P. Frutkin**
  robertf@bernardmgross.com
- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,frances.ceccacci@pillsburylaw.com
- **Benjamin Cunningham Geiger**
  bgeiger@orrick.com
- **Deborah R. Gross**
  debbie@bernardmgross.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com
- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com
- **Leigh Anne Parker**
  info@wllawca.com,lparker@weisslurie.com
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com
- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com
- **Darren Jay Robbins**
  e_file_sd@csgrr.com
- **Amy M. Ross**
  aross@orrick.com
- **Adrian James Sawyer**
  sawyer@kerrwagstaffe.com,murphy@kerrwagstaffe.com
- **Michael David Torpey**
  mtorpey@orrick.com
- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

CASE NO. 08-CV-00856        2        PROOF OF SERVICE

1
2   • **Shawn A. Williams**
    shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28