FILED

08 APR 28 AM 9: 52

RICHARD W. WICKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PETER A. BINKOW (#173848)
   MICHAEL GOLDBERG (#188669)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
3  Los Angeles, CA 90067
   Tel: (31) 201-9150
4  Fax: (310) 201-9160
   Email: info@glancylaw.com
5

6  SUSAN G. KUPFER (#141724)
   GLANCY BINKOW & GOLDBERG LLP
7  One Embarcadero Center, Suite 760
   San Francisco, CA 94111
8  Tel: (415) 972-8160
   Fax: (415) 972-8166
9  Email: skupfer@glancylaw.com

10
   IRA M. PRESS
11 PETER S. LINDEN
   SARAH G. LOPEZ
12 KIRBY McINERNEY LLP
   830 Third Avenue, 10th Floor
13 New York, NY 10022
   Tel: (212) 317-6600
14 Fax: (212) 751-2540
15 Email: ipress@kmllp.com

16              UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA

18

19 | In Re SiRF TECHNOLOGY HOLDINGS,
     INC. SECURITIES LITIGATION
20                                      CASE NO. 3:08-cv-00856-MMC

21                                      APPLICATION FOR ADMISSION OF
                                        ATTORNEY *PRO HAC VICE*
22

23

      Pursuant to Civil L.R. 11-3, Sarah G. Lopez, an active member in good standing of the bar
24
   of the United States District Court for the Southern District of New York, hereby applies for
25
   admission to practice in the Northern District of California on a pro hac vice basis representing
26
   Police and Fire Retirement System of the City of Detroit in the above-entitled action.
27
      In support of this application, I certify on oath that:
28

                                        ORIGINAL
                              1

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Goldberg (#188669)
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    April 25, 2008          _Sarah D. Lopez_

2

RECEIVED

08 APR 28 AM 9:53

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PETER A. BINKOW (#173848)
   MICHAEL GOLDBERG (#188669)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
3  Los Angeles, CA 90067
   Tel: (31) 201-9150
4  Fax: (310) 201-9160
   Email: info@glancylaw.com
5

6  SUSAN G. KUPFER (#141724)
   GLANCY BINKOW & GOLDBERG LLP
7  One Embarcadero Center, Suite 760
   San Francisco, CA 94111
8  Tel: (415) 972-8160
   Fax: (415) 972-8166
9  Email: skupfer@glancylaw.com

10
   IRA M. PRESS
11 PETER S. LINDEN
   SARAH G. LOPEZ
12 KIRBY McINERNEY LLP
   830 Third Avenue, 10th Floor
13 New York, NY 10022
   Tel: (212) 317-6600
14 Fax: (212) 751-2540
15 Email: ipress@kmllp.com

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

19 | In Re SiRF TECHNOLOGY HOLDINGS,     CASE NO. 3:08-cv-00856-MMC
   | INC. SECURITIES LITIGATION
20 |                                     (Proposed)
   |                                     ORDER GRANTING APPLICATION
21 |                                     FOR ADMISSION OF ATTORNEY *PRO
   |                                     HAC VICE*
22

23

24         Sarah G. Lopez, an active member in good standing of the bar of the United States District

25 Court for the Southern District of New York, whose business address and telephone number is

26 Kirby McInerney LLP
   830 Third Avenue, 10th Floor
27 New York, NY 10022                    ORIGINAL
   Tel: (212) 371-6600
28

                              1

1  having applied in the above-entitled action for admission to practice in the Northern District of

2  California on a *pro hac vice* basis, representing Police and Fire Retirement System of the City of

3  Detroit.

4

5      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

6  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

7  *vice*. Service of papers upon and communication with co-counsel designed in the application will

8  constitute notice to the party. All future filings in this action are subject to the requirements

9  contained in General Order No. 45, *Electronic Case Filing*.

10

11

12  Dated:

13

14  _____

15  Hon. Maxine M. Chesney
    United States Judge Magistrate

16

17

18

19

20

21

22

23

24

25

26

27

28