IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION _____/ | Master File No. C-08-0856 MMC<br><br>**ORDER DIRECTING MOVANTS PFRS AND ALEX MERUELO TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On April 25, 2008, movant Police and Fire Retirement System of the City of Detroit ("PFRS") electronically filed its "Memorandum of Points and Authorities of the [PFRS] in Opposition to Competing Motions for Appointment of Lead Plaintiff and Approval of Lead Counsel," and a declaration in support thereof. Also, on April 25, 2008, movant Alex Meruelo electronically filed his "Memorandum of Points and Authorities in Further Support of Motion for Appointment of Alex Meruelo as Lead Plaintiff and for Approval of Lead Plaintiff's Choice of Lead Counsel and in Opposition to the Competing Motions," and a declaration in support thereof.

The above-referenced movants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See

General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

The above-referenced movants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Movants are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: May 1, 2008

MAXINE M. CHESNEY
United States District Judge