1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   MICHAEL D. TORPEY (STATE BAR NO. 79424)
2  AMY M. ROSS (STATE BAR NO. 215692)
   BENJAMIN C. GEIGER (STATE BAR NO. 245614 )
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    1-415-773-5700
   Facsimile:    1-415-773-5759
6
   Attorneys for Defendants SiRF Technology Holdings, Inc.,
7  Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and
   Kanwar Chadha
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | No.  C-08-00856-MMC |
|---|---|
|  | CLASS ACTION |
| This Document Related To: All Actions | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 |

OHS West:260428365.2

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C-08-00856-MMC

1    Defendants SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao,
2    Geoffrey Ribar and Kanwar Chadha ("Defendants"), by and through their attorneys, Orrick,
3    Herrington & Sutcliffe LLP, moved for administrative relief pursuant to Local Rule 7-11 on April
4    25, 2008. No opposition has been filed.
5    After considering the papers submitted by ~~the parties~~ Defendants, and finding good cause, the Court
6    hereby orders that Defendants' motion for administrative relief is granted. Specifically, the Court
7    ~~continues~~ vacates the following deadlines, ~~until~~ such deadlines to be reset after the appointment of a lead plaintiff and lead
8    plaintiff's counsel: (1) April 25, 2008, by which the parties were required to meet and confer
9    regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, as
10   well as file a Joint ADR Certification with Stipulation on ADR Process or Notice of Need for
11   ADR Phone Conference; (2) May 9, 2008, by which the parties were required to file their Rule
12   26(f) Reports, complete initial disclosures or objections to disclosure, and case management
13   conference statements; and (3) the Initial Case Management Conference set for May 16, 2008.

15   IT IS SO ORDERED.

18   Dated: ~~April~~ May __2__, 2008            _____
19                                               The Honorable Maxine M. Chesney