PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, California 94111
Telephone:     (415) 972-8160
Facsimile:     (415) 972-8166
Email: skupfer@glancylaw.com

IRA M. PRESS
PETER S. LINDEN
KIRBY MCINERNEY LLP
830 Third Avenue, 10th Floor
New York, New York 10022
Telephone:     (212) 317-2300
Facsimile:     (212) 751-2540
Email: ipress@kmllp.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 08 00856 |
| This Document Related To: All Actions | |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90291.

On May 2, 2008, I served the following by posting such document electronically to the ECF website of the United States District Court for the Northern District of California:

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**REPLY DECLARATION OF SARAH G. LOPEZ IN FURTHER SUPPORT OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL [EXHIBITS A-P]**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on May 2, 2008, at Los Angeles, California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Tia Reiss*

**Tia Reiss**

# SERVICE LIST

## Electronically to all ECF-Registered Entities

3:08-cv-856 Notice has been electronically mailed to:

Ramzi Abadou    ramzia@csgrr.com, debh@csgrr.com

Jeffrey S. Abraham    jabraham@aftlaw.com

Vahn Alexander    service@wyca.com

Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

Patrice L. Bishop    service@ssbla.com

Robert P. Frutkin    robertf@bernardmgross.com

David Malcolm Furbush    david.furbush@pillsburylaw.com, frances.ceccacci@pillsburylaw.com

Benjamin Cunningham Geiger    bgeiger@orrick.com

Deborah R. Gross    debbie@bernardmgross.com

Reed R. Kathrein    reed@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey W. Lawrence    jeffreyl@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, GDarwish@csgrr.com

Leigh Anne Parker    info@wllawca.com, lparker@weisslurie.com

Alan Roth Plutzik    aplutzik@bramsonplutzik.com

Michael Francis Ram    mfr@lrolaw.com, amw@lrolaw.com

Darren Jay Robbins    e_file_sd@csgrr.com

Amy M. Ross    aross@orrick.com

Adrian James Sawyer    sawyer@kerrwagstaffe.com, murphy@kerrwagstaffe.com

Michael David Torpey    mtorpey@orrick.com

Robert P. Varian    rvarian@orrick.com

Shawn A. Williams    shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com

| | |
|---|---|
| 1 | **By U.S. Mail To All Known Non-ECF Registered Entities** |
| 2 | Jules Brody |
| 3 | Stull Stull & Brody<br>6 East 45th Street |
| 4 | New York, NY 10017 |
| 5 | Kenneth A. Elan<br>Law Offices of Kenneth A. Elan |
| 6 | 217 Broadway<br>Suite 605 |
| 7 | New York, NY 10007 |