RANDALL K. PULLIAM (*Pro Hac Vice* Application Forthcoming)
JOSEPH HENRY (HANK) BATES (167688)
BART DALTON (187930)
CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Facsimile: (501)312-8505
rpulliam@cauleybowman.com

Proposed Lead Counsel

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, California 94105-1528
Telephone: (415) 371-8500
Facsimile: (415)371-0500
sawyer@kerrwagstaffe.com

Proposed Liaison Counsel

Attorneys for Plaintiffs
The City of Omaha Nebraska Civilian Employees'
Retirement System and the City of Omaha Police
and Fire Retirement System

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re SiRF TECHNOLOGY HOLDINGS, INC., SECURITIES LITIGATION | Case No. C 08-0856 MMC<br>Class Action<br><br>**PROOF OF SERVICE** |
| This Document Relates To:<br><br>    All Actions | |

KERR
&
WAGSTAFFE
LLP

# PROOF OF SERVICE

I, Erin Murphy, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On May 2, 2008, I served the following document(s):

**THE OMAHA FUNDS' REPLY IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS**

on the parties listed below as follows:

Kenneth A. Elan
LAW OFFICES OF KENNETH A. ELAN
217 Broadway, Suite 605
New York, NY 10007

Jules Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017

Sarah G. Lopez
KIRBY MCINERNEY LLP
830 Thrid Avenue
10th Floor
New York, NY 10022

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I also certify that on the date below I electronically filed the above document with the Clerk of Court using the CM/ECF system, causing notification of such filing to be sent to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1

KERR
&
WAGSTAFFE
LLP

1    Executed on May 2, 2008, at San Francisco, California.

2

3    _____
          Erin Murphy

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 08-CV-00856                                    PROOF OF SERVICE

**MAILING INFORMATION FOR A CASE 3:08-CV-00856-MMC**

**ELECTRONIC MAIL NOTICE LIST**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com
- **Jeffrey S. Abraham**
  jabraham@aftlaw.com
- **Vahn Alexander**
  valexander@faruqilaw.com
- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com
- **Patrice L. Bishop**
  service@ssbla.com
- **Robert P. Frutkin**
  robertf@bernardmgross.com
- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,frances.ceccacci@pillsburylaw.com
- **Benjamin Cunningham Geiger**
  bgeiger@orrick.com
- **Deborah R. Gross**
  debbie@bernardmgross.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com
- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com
- **Leigh Anne Parker**
  info@wllawca.com,lparker@weisslurie.com
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com
- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com
- **Darren Jay Robbins**
  e_file_sd@csgrr.com
- **Amy M. Ross**
  aross@orrick.com
- **Adrian James Sawyer**
  sawyer@kerrwagstaffe.com,murphy@kerrwagstaffe.com
- **Michael David Torpey**
  mtorpey@orrick.com
- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

3

1

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwo

2

  od@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

4