RANDALL K. PULLIAM
CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500

FILED

08 MAY -7 AM 11: 53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SIRF TECHNOLOGY HOLDINGS,
INC., SECURITIES LITIGATION

CASE NO. C 08-0856 MMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Randall K. Pulliam, an active member in good standing of the bar of Arkansas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Adrian J. Sawyer (203712), Kerr & Wagstaffe, LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105-1528

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/8/08

Randall K. Pulliam



Clerk's Use Only
Initial for fee pd.:

| | |
|---|---|
| 1 | RANDALL K. PULLIAM<br>CAULEY BOWMAN CARNEY & WILLIAMS, PLLC<br>11311 Arcade Drive, Suite 200<br>Little Rock, Arkansas 72212<br>Telephone: (501) 312-8500 |

FILED
08 MAY -7 AM 11: 53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SIRF TECHNOLOGY HOLDINGS, INC., SECURITIES LITIGATION

CASE NO. C 08-0856 MMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Randall K. Pulliam, an active member in good standing of the bar of Arkansas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Adrian J. Sawyer (203712), Kerr & Wagstaffe, LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105-1528

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/7/08

Randall K. Pulliam