1  RANDALL K. PULLIAM (*Pro Hac Vice* Application Forthcoming)
   JOSEPH HENRY (HANK) BATES (167688)
2  BART DALTON (187930)
   CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
3  11311 Arcade Drive, Suite 200
   Little Rock, Arkansas 72212
4  Telephone: (501) 312-8500
   Facsimile: (501)312-8505
5  rpulliam@cauleybowman.com

6  Proposed Lead Counsel

7  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
8  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
9  San Francisco, California 94105-1528
   Telephone: (415) 371-8500
10 Facsimile: (415)371-0500
   sawyer@kerrwagstaffe.com
11
   Proposed Liaison Counsel
12
   Attorneys for Plaintiffs
13 The City of Omaha Nebraska Civilian Employees'
   Retirement System and the City of Omaha Police
14 and Fire Retirement System

FILED
08 MAY -7 AM 11: 55

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 18  IN re SiRF TECHNOLOGY HOLDINGS, INC., SECURITIES LITIGATION | Case No. C 08-0856 MMC<br>Class Action |
| 19 | |
| 20 | **PROOF OF SERVICE** |
| 21  This Document Relates To: | |
| 22    All Actions | |

CASE NO. C 08-0856 MMC                                        PROOF OF SERVICE

# PROOF OF SERVICE

I, Erin Murphy, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On May 7, 2008, I served the following document(s):

**Application for Admission of Attorney *Pro Hac Vice***

**[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice***

on the parties listed below as follows:

**Shawn A. Williams**
**Jeffrey W. Lawrence**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street Suite 2600
San Francisco, CA 94111

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

**Deborah R. Gross**
Law Offices of Bernard M. Gross, PC
Suite 450, John Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19107

**Kenneth A. Elan**
Law Offices of Kenneth A. Elan
217 Broadway, Suite 605
New York, NY 10007

**Robert P. Frutkin**
Law Offices of Bernard M. Gross, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107

**Jeffrey S. Abraham**
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119

| | |
|---|---|
| 1 | **Jules Brody** |
| | Stull Stull & Brody |
| 2 | 6 East 45th Street |
| | New York, NY 10017 |
| 3 | |
| | **Patrice L. Bishop** |
| 4 | Stull, Stull & Brody |
| | 10940 Wilshire Boulevard, Suite 2300 |
| 5 | Los Angeles, CA 90024 |
| 6 | **David Malcolm Furbush** |
| | Pillsbury Winthrop Shaw Pittman LLP |
| 7 | 2475 Hanover Street |
| | Palo Alto, CA 94304 |
| 8 | |
| | **Amy M. Ross** |
| 9 | **Michael David Torpey** |
| | **Robert P. Varian** |
| 10 | Orrick, Herrington & Sutcliffe LLP |
| | 405 Howard Street |
| 11 | San Francisco, CA 94105-2669 |
| 12 | **Benjamin Cunningham Geiger** |
| | Orrick, Herrington & Sutcliffe LLP |
| 13 | 777 S. Figueroa St., Ste 3200 |
| | Los Angeles, CA 90017-5855 |
| 14 | |
| | **Behram Viraf Parekh** |
| 15 | Kirtland & Packard LLP |
| | 2361 Rosecrans Avenue, Fourth Floor |
| 16 | El Segundo, CA 90245 |
| 17 | **Vahn Alexander** |
| | Faruqi & Faruqi LLP |
| 18 | 1901 Avenue of the Stars, Second Floor |
| | Los Angeles, CA 90067 |
| 19 | |
| | **Michael Francis Ram** |
| 20 | Levy, Ram & Olson LLP |
| | 639 Front Street, 4th Floor |
| 21 | San Francisco, CA 94111-1913 |
| 22 | **Alan Roth Plutzik** |
| | Schiffrin Barroway Topaz & Kessler LLP |
| 23 | 2125 Oak Grove Road, Suite 120 |
| | Walnut Creek, CA 94598 |
| 24 | |
| | **Leigh Anne Parker** |
| 25 | Weiss & Lurie |
| | 10940 Wilshire Blvd., Suite 2300 |
| 26 | Los Angeles, CA 90024 |
| 27 | |
| 28 | |

KERR
&
WAGSTAFFE
LLP

CASE NO. 08-CV-00856                    2                    PROOF OF SERVICE

**Reed R. Kathrein**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

**Ira M. Press**
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022

**Peter Arthur Binkow**
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**Sarah G. Lopez**
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022
*PRO HAC VICE*

**Ramzi Abadou**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 7, 2008, at San Francisco, California.

_____
Erin Murphy

CASE NO. 08-CV-00856                                3                                PROOF OF SERVICE