RANDALL K. PULLIAM (*Pro Hac Vice* Application Pending)
JOSEPH HENRY (HANK) BATES (167688)
BART DALTON (187930)
CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Facsimile: (501)312-8505
rpulliam@cauleybowman.com

Proposed Lead Counsel

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, California 94105-1528
Telephone: (415) 371-8500
Facsimile: (415)371-0500
sawyer@kerrwagstaffe.com

Proposed Liaison Counsel

Attorneys for Plaintiffs
The City of Omaha Nebraska Civilian Employees'
Retirement System and the City of Omaha Police
and Fire Retirement System

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re SiRF TECHNOLOGY HOLDINGS, INC., SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | Case No. C 08-0856 MMC<br><u>Class Action</u><br><br>**L.R. 3-7(d) CERTIFICATION BY RANDALL K. PULLIAM IN SUPPORT OF MOTION BY OMAHA FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**<br><br>Date:         May 30, 2008<br>Time:         9 a.m.<br>Courtroom:    7, 19th Floor<br><br>Hon. Maxine M. Chesney |

1  I, Randall K. Pulliam, make this declaration pursuant to Local Rule 3-7(d) of this Court:

2      1.    I am seeking to serve as lead counsel for the class in this action, which is

3  governed by the Private Securities Litigation Reform Act of 1995.

4      2.    I neither directly own nor otherwise have any beneficial interest in securities that

5  are the subject of this action.

6      3.    I declare under penalty of perjury under the laws of the United States of America

7  that the foregoing is true and correct and was executed May 12, 2008, at San Francisco,

8  California.

10                                                /s/

11                                      Randall K. Pulliam

1    I, Adrian J. Sawyer, am the ECF User whose ID and password are being used to file this Certification by Randall K. Pulliam in Support of Motion by Omaha Funds for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel. In compliance with General Order 45, X.B., I hereby attest Mr. Randall K. Pulliam, Proposed Lead Counsel for The City of Omaha Nebraska Civilian Employees' Retirement System and the City of Omaha Police and Fire Retirement System has concurred in this filing.

DATED: May 12, 2008

**KERR & WAGSTAFFE LLP**

By _____/s/_____
ADRIAN J. SAWYER

Proposed Liaison Counsel

Attorneys for Plaintiffs
The City of Omaha Nebraska Civilian Employees' Retirement System and the City of Omaha Police and Fire Retirement System

---

2

CASE NO. C 08-0856 MMC                                        PULLIAM CERT. I/S/O OMAHA FUNDS'
                                                              MTN. FOR APPOINTMENT AS LEAD PLAINTIFF