UNITED STATES DISTRICT COURT    E-filing

Northern District of California

In re SIRF TECHNOLOGY HOLDINGS,
INC., SECURITIES LITIGATION

CASE NO. C 08-0856 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Randall K. Pulliam, an active member in good standing of the bar of Arkansas whose business address and telephone number (particular court to which applicant is admitted) is

11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States ~~Magistrate~~ District Judge