Michael L. Kelly (82063)
Behram V. Parekh (180361)
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue, Fourth Floor
El Segundo, CA 90245
Tel: (310) 536-1000
Fax: (310) 536-1001
mlk@kirtlandpackard.com
bvp@kirtlandpackard.com

Vahn Alexander (167373)
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
valexander@faruqilaw.com

*Attorneys for Proposed
Lead Plaintiff Alex Meruelo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| In re SiRF Technology Holdings, Inc. Securities Litigation | Master File No.: C08-00856 MMC |
| | **NOTICE OF WITHDRAWAL** |
| This Document Related to: | <u>CLASS ACTION</u> |
| ALL ACTIONS | Date: N/A<br>Time: N/A<br>Ctrm.: Hon. Maxine M. Chesney |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Faruqi & Faruqi, LLP hereby withdraws as proposed co-
3  lead counsel for plaintiff Alex Meruelo ("Movant") concerning his "Motion for Appointment of
4  Alex Meruelo as Lead Plaintiff Pursuant to §21d of the Securities Exchange Act of 1934 and for
5  Approval of Lead Plaintiff's Choice of Lead Counsel" (the "Motion"). As such, Kirtland &
6  Packard LLP shall be sole proposed lead counsel for Movant.

7

8  DATED: May 21, 2008                        Vahn Alexander (167373)
                                                       FARUQI & FARUQI, LLP
9

10
                                                       s/Vahn Alexander
11                                                            Vahn Alexander

12                                             1901 Avenue of the Stars, Second Floor
                                           Los Angeles, CA 90067
13                                             Tel: (310) 461-1426
                                           Fax: (310) 461-1427
14                                             valexander@faruqilaw.com

15                                             Michael L. Kelly (82063)
                                           Behram V. Parekh (180361)
16                                             KIRTLAND & PACKARD LLP
                                           2361 Rosecrans Avenue, Fourth Floor
17                                             El Segundo, CA  90245
                                           Tel: (310) 536-1000
18                                             Fax: (310) 536-1001
                                           mlk@kirtlandpackard.com
19                                             bvp@kirtlandpackard.com

20                                             *Attorneys for Proposed*
                                           *Lead Plaintiff Alex Meruelo*
21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                               s/Vahn Alexander
                                                               Vahn Alexander

## Mailing Information for a Case 3:08-cv-00856-MMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Robert P. Frutkin**
  robertf@bernardmgross.com

- **David Malcolm Furbush**
  david.furbush@pillsburylaw.com,frances.ceccacci@pillsburylaw.com

- **Benjamin Cunningham Geiger**
  bgeiger@orrick.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Behram Viraf Parekh**
  bparekh@yaplaw.com

- **Leigh Anne Parker**
  info@wllawca.com,lparker@weisslurie.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com

- **Michael Francis Ram**
  mfr@lrolaw.com,amw@lrolaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Amy M. Ross**
  aross@orrick.com

- **Adrian James Sawyer**
  sawyer@kerrwagstaffe.com,murphy@kerrwagstaffe.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 605
New York, NY 10007

Sarah G. Lopez
Kirby McInerney LLp\P
830 Thrid Avenue
10th Floor
New York, NY 10022

Randall K. Pulliam
Cauley, Geller, Bowman & Coates, LLP
P.O. Box 25438
Little Rock, AR 72221-5438
```