SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Sean M. Handler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SIRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | No. 3:08-cv-00856-MMC<br><br>CLASS ACTION<br><br>NOTICE OF WITHDRAWAL OF MOTION OF JAMES VAN ATTEN TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE: May 30, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 7<br>JUDGE: Hon. Maxine M. Chesney |

NOTICE OF WITHDRAWAL OF THE MOTION OF JAMES VAN ATTEN TO BE APPOINTED LEAD PLAINTIFF
AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:08-cv-00856-MMC

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

After reviewing the competing lead plaintiff motions, James Van Atten recognizes that he does not have the largest financial interest in the relief sought in this action. Accordingly, James Van Atten hereby withdraws his Motion To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel, originally filed with this Court on April 8, 2008.

Nevertheless, should the need arise, James Van Atten respectfully requests the Court to consider his motion as he remains willing to serve in a leadership or representative capacity on behalf of the class. This withdrawal is made without prejudice to the rights of James Van Atten to participate in this action as a member of the proposed class and to share in any settlement or recovery.

Dated: May 21, 2008

Respectfully submitted,

SCHIFFRIN BARROWAY
 TOPAZ & KESSLER, LLP

s/Alan R. Plutzik
Alan R. Plutzik, Of Counsel
Robert M. Bramson, Of Counsel
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Sean M. Handler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel

NOTICE OF WITHDRAWAL OF THE MOTION OF JAMES VAN ATTEN TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:08-cv-00856-MMC