1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  Robert M. Bramson, Of Counsel (Bar No. 102006)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone:    (925) 945-0770
4  Facsimile:    (925) 945-8792

5  -and-

6  Sean M. Handler
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone:    (610) 667-7706
   Facsimile:    (610) 667-7056
9

10 [Proposed] Lead Counsel

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                SAN FRANCISCO DIVISION

14

| IN RE SIRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | No. 3:08-cv-00856-MMC |
|---|---|
| | CLASS ACTION |
| This Document Relates To: All Actions | PROOF OF SERVICE |

PROOF OF SERVICE
CASE NO. 3:08-cv-00856-MMC

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On May 22, 2008, I served the within documents:

**NOTICE OF WITHDRAWAL OF MOTION OF JAMES VAN ATTEN TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

X    by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for an Overnight Express pick up box or office designated for overnight delivery, and addressed as set forth below.

By causing a process server to personally deliver a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

By pdf transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

Jules Brody, Esq.
Stull Stull & Brody
6 East 45th Street
New York, NY  10017

Sarah G. Lopez, Esq.
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY  10022

Kenneth A. Elan, Esq.
Law Offices of Kenneth A. Elan
217 Broadway, Suite 605
New York, NY  10007

Randall K. Pulliam, Esq.
Cauley, Geller, Bowman & Coates, LLP
P.O. Box 25438
Little Rock, AR  72221-5438

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on May 22, 2008, at Walnut Creek, California.

*/s/ Debbie Schroeder*
Debbie Schroeder

PROOF OF SERVICE
55563