1  LEVY, RAM & OLSON, LLP
   Michael F. Ram (SBN 104805)
2  mfr@lrolaw.com
   639 Front Street, 4th Floor
3  San Francisco, CA 94111
   Telephone: (415) 433-4949
4  Facsimile: (415) 433-7311

5  *Liaison Counsel for Plaintiff Matthew Delaney*

6  SPECTOR, ROSEMAN & KODROFF, P.C.
   Robert M. Roseman
7  rroseman@srk-law.com
   Andrew D. Abramowitz
8  aabramowitz@srk-law.com
   John A. Macoretta
9  jmacoretta@srk-law.com
   David Felderman
10 dfelderman@srk-law.com
   1818 Market Street, Suite 2500
11 Philadelphia, PA 19103
   Telephone: (215) 496-0300
12 Facsimile: (215) 496-6611

13 *Counsel for Plaintiff Matthew Delaney*

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Master File No.: C 08 00856 |
| | **CLASS ACTION** |
| This Document Related To:<br>ALL ACTIONS | **PLAINTIFF MATTHEW DELANEY'S NOTICE OF WITHDRAWAL OF MOTION TO BE APPOINTED LEAD COUNSEL**<br><br>DATE:   May 30, 2008<br>TIME:   9:00 a.m.<br>Place:   Courtroom 7<br>BEFORE: Hon. Maxine M. Chesney |

26  / / /

27  / / /

28  / / /

---

Master File No. C 08 00856 – PLAINTIFF MATTHEW DELANEY'S NOTICE OF
WITHDRAWAL OF MOTION TO BE APPOINTED LEAD COUNSEL                          1

1   TO: THE COURT AND ALL COUNSEL AND PARTIES OF RECORD

2   After reviewing the competing lead plaintiff motions, Matthew Delaney recognizes that he does not have the largest financial interest among the lead plaintiff candidates. Accordingly, Matthew Delaney hereby withdraws his Memorandum of Law In Support of Motion of Matthew Delaney for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel filed with this Court on April 8, 2008 [Document 22].

Should the need arise, Matthew Delaney remains willing to assume a capacity as Lead Plaintiff or in some other representative capacity on behalf of the class, and reserves the right to later re-file his motion. This withdrawal is made without prejudice to Matthew Delaney's rights to participate in this action as a member of the proposed class and to share in any settlement or recovery in this action.

Dated: May 23, 2008                         LEVY, RAM & OLSON LLP


                                            By:    /s/ Michael F. Ram
                                                   Michael F. Ram (SBN 104805)
                                                   mfr@lrolaw.com
                                                   639 Front Street, 4th Floor
                                                   San Francisco, CA 94111
                                                   Telephone: (415) 433-4949
                                                   Facsimile: (415) 433-7311

                                            *Liaison Counsel for Plaintiff Matthew Delaney*

                                            Robert M. Roseman
                                            rroseman@srk-law.com
                                            Andrew D. Abramowitz
                                            aabramowitz@srk-law.com
                                            John A. Macoretta
                                            jmacoretta@srk-law.com
                                            David Felderman
                                            dfelderman@srk-law.com
                                            **SPECTOR ROSEMAN & KODROFF, P.C.**
                                            1818 Market Street, Suite 2500
                                            Philadelphia, PA 19103
                                            Telephone: (215) 496-0300
                                            Facsimile: (215) 496-6611

                                            *Counsel for Plaintiff Matthew Delaney*