| | |
|---|---|
| 1 | PETER A. BINKOW (#173848) |
| 2 | MICHAEL GOLDBERG (#188669) |
|   | GLANCY BINKOW & GOLDBERG LLP |
| 3 | 1801 Avenue of the Stars, Suite 311 |
|   | Los Angeles, CA 90067 |
| 4 | Tel: (31) 201-9150 |
|   | Fax: (310) 201-9160 |
| 5 | Email: info@glancylaw.com |
| 6 | SUSAN G. KUPFER (#141724) |
|   | GLANCY BINKOW & GOLDBERG LLP |
| 7 | One Embarcadero Center, Suite 760 |
|   | San Francisco, CA 94111 |
| 8 | Tel: (415) 972-8160 |
|   | Fax: (415) 972-8166 |
| 9 | Email: skupfer@glancylaw.com |
| 10 | |
| 11 | PETER S. LINDEN |
|   | KIRBY McINERNEY LLP |
| 12 | 830 Third Avenue, 10th Floor |
|   | New York, NY 10022 |
| 13 | Tel: (212) 317-6600 |
|   | Fax: (212) 751-2540 |
| 14 | Email: plinden@kmllp.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | **CASE NO**. 3:08-cv-00856-MMC<br><br>**CERTIFICATE OF PETER S. LINDEN PURSUANT TO LOCAL RULE 3-7(d)** |

1

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Peter S. Linden, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. If called as a witness, I could and would competently testify thereto. Executed this 4th day of June 2008, at New York, NY.

                                              */s/ Peter S. Linden*
                                              PETER S. LINDEN

1  I, the undersigned, say:

2  I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90291.

On June 6, 2008, I served the following by posting such document electronically to the ECF website of the United States District Court for the Northern District of California:

1. **CERTIFICATE OF PETER S. LINDEN PURSUANT LOCAL RULE 3-7(d).**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

### SEE SERVICE LIST

Executed on June 6, 2008, at Los Angeles, California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Zabella Moore*
**Zabella Moore**

**SERVICE LIST**

**Electronically to all ECF-Registered Entities**

3:08-cv-856 Notice has been electronically mailed to:

Ramzi Abadou     ramzia@csgrr.com, debh@csgrr.com

Jeffrey S. Abraham     jabraham@aftlaw.com

Vahn Alexander     service@wyca.com

Peter Arthur Binkow     info@glancylaw.com, pbinkow@glancylaw.com

Patrice L. Bishop     service@ssbla.com

Robert P. Frutkin     robertf@bernardmgross.com

David Malcolm Furbush     david.furbush@pillsburylaw.com, frances.ceccacci@pillsburylaw.com

Benjamin Cunningham Geiger     bgeiger@orrick.com

Deborah R. Gross     debbie@bernardmgross.com

Reed R. Kathrein     reed@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey W. Lawrence     jeffreyl@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, GDarwish@csgrr.com

Leigh Anne Parker     info@wllawca.com, lparker@weisslurie.com

Alan Roth Plutzik     aplutzik@bramsonplutzik.com

Michael Francis Ram     mfr@lrolaw.com, amw@lrolaw.com

Darren Jay Robbins     e_file_sd@csgrr.com

Amy M. Ross     aross@orrick.com

Adrian James Sawyer     sawyer@kerrwagstaffe.com, murphy@kerrwagstaffe.com

Michael David Torpey     mtorpey@orrick.com

Robert P. Varian     rvarian@orrick.com

Shawn A. Williams     shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com

1  **By U.S. Mail To All Known Non-ECF Registered Entities**

2  Jules Brody
   Stull Stull & Brody
3  6 East 45th Street
   New York, NY 10017
4

5  Kenneth A. Elan
   Law Offices of Kenneth A. Elan
6  217 Broadway
   Suite 605
7  New York, NY 10007

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28