1  PETER A. BINKOW (#173848)
   MICHAEL GOLDBERG (#188669)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
3  Los Angeles, CA 90067
   Tel: (31) 201-9150
4  Fax: (310) 201-9160
   Email: info@glancylaw.com
5

6  SUSAN G. KUPFER (#141724)
   GLANCY BINKOW & GOLDBERG LLP
7  One Embarcadero Center, Suite 760
   San Francisco, CA 94111
8  Tel: (415) 972-8160
   Fax: (415) 972-8166
9  Email: skupfer@glancylaw.com
10

   PETER S. LINDEN
11 KIRBY McINERNEY LLP
   830 Third Avenue, 10th Floor
12 New York, NY 10022
   Tel: (212) 317-6600
13 Fax: (212) 751-2540
14 Email: plinden@kmllp.com

FILED
08 JUN -5 PM 3:49
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17

18 In Re SiRF TECHNOLOGY HOLDINGS,
   INC. SECURITIES LITIGATION                CASE NO. 3:08-cv-00856-MMC
19
                                             **APPLICATION FOR ADMISSION OF**
20                                           **ATTORNEY *PRO HAC VICE***
21

22     Pursuant to Civil L.R. 11-3, Peter S. Linden, an active member in good standing of the bar
23 of the United States District Court for the Southern District of New York, hereby applies for
24 admission to practice in the Northern District of California on a pro hac vice basis representing
25 Police and Fire Retirement System of the City of Detroit in the above-entitled action.
       In support of this application, I certify on oath that:
26
   1.  I am an active member in good standing of a United States Court or of the highest
27     court of another State or the District of Columbia, as indicated above;
28

1

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Goldberg (#188669)
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2008

_____
Peter S. Linden

2

| | |
|---|---|
| 1 | PETER A. BINKOW (#173848) |
|   | MICHAEL GOLDBERG (#188669) |
| 2 | GLANCY BINKOW & GOLDBERG LLP |
|   | 1801 Avenue of the Stars, Suite 311 |
| 3 | Los Angeles, CA 90067 |
|   | Tel: (31) 201-9150 |
| 4 | Fax: (310) 201-9160 |
| 5 | Email: info@glancylaw.com |
| 6 | SUSAN G. KUPFER (#141724) |
|   | GLANCY BINKOW & GOLDBERG LLP |
| 7 | One Embarcadero Center, Suite 760 |
|   | San Francisco, CA 94111 |
| 8 | Tel: (415) 972-8160 |
| 9 | Fax: (415) 972-8166 |
|   | Email: skupfer@glancylaw.com |
| 10 | |
|    | PETER S. LINDEN |
| 11 | KIRBY McINERNEY LLP |
|    | 830 Third Avenue, 10th Floor |
| 12 | New York, NY 10022 |
|    | Tel: (212) 317-6600 |
| 13 | Fax: (212) 751-2540 |
| 14 | Email: plinden@kmllp.com |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | CASE NO. 3:08-cv-00856-MMC |
|---|---|
| | (Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Peter S. Linden, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is

Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 371-6600

having applied in the above-entitled action for admission to practice in the Northern District of

3

1  California on a *pro hac vice* basis, representing Police and Fire Retirement System of the City of
2  Detroit.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application will
6  constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.
8

Dated:

                                        Hon. Maxine M. Chesney
                                        United States Judge Magistrate

4