| | |
|---|---|
| 1 | PETER A. BINKOW (#173848) |
| | MICHAEL GOLDBERG (#188669) |
| 2 | GLANCY BINKOW & GOLDBERG LLP |
| | 1801 Avenue of the Stars, Suite 311 |
| 3 | Los Angeles, CA 90067 |
| | Tel: (31) 201-9150 |
| 4 | Fax: (310) 201-9160 |
| | Email: info@glancylaw.com |
| 5 | |
| 6 | SUSAN G. KUPFER (#141724) |
| | GLANCY BINKOW & GOLDBERG LLP |
| 7 | One Embarcadero Center, Suite 760 |
| | San Francisco, CA 94111 |
| 8 | Tel: (415) 972-8160 |
| | Fax: (415) 972-8166 |
| 9 | Email: skupfer@glancylaw.com |

**E-filing**

PETER S. LINDEN
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 317-6600
Fax: (212) 751-2540
Email: plinden@kmllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | CASE NO. 3:08-cv-00856-MMC<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Peter S. Linden, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is

Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 371-6600

having applied in the above-entitled action for admission to practice in the Northern District of

3

California on a *pro hac vice* basis, representing Police and Fire Retirement System of the City of Detroit.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 1 0 2008

Hon. Maxine M. Chesney
United States Judge ~~Magistrate~~