ROBERT P. VARIAN (STATE BAR NO. 107459)
MICHAEL D. TORPEY (STATE BAR NO. 79424)
AMY M. ROSS (STATE BAR NO. 215692)
BENJAMIN C. GEIGER (STATE BAR NO. 245614 )
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     1-415-773-5700
Facsimile:      1-415-773-5759

Attorneys for Defendants SiRF Technology Holdings, Inc.,
Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar, and
Kanwar Chadha

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION  This Document Related To:  All Actions | No.  C-08-00856-MMC  CLASS ACTION  **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE** |
|---|---|

WHEREAS, on May 27, 2008, the Court appointed the Police & Fire Retirement System of the City of Detroit to serve as lead plaintiff in this action ("Plaintiff") and approved its selection of Kirby McInerney LLP to serve as lead counsel and Glancy Binkow & Goldberg LLP to serve as liaison counsel; and

WHEREAS, the Court also ordered the parties to submit, by June 20, 2008, a schedule for (1) filing a consolidated complaint and the briefing and hearing of responses thereto; (2) meeting and conferring regarding initial disclosures, early settlement, ADR process selection, and a discovery plan; (3) filing a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference; (4) filing a Rule 26(f) Report; and (5) proposing a date for a Case Management Conference; and

WHEREAS, on May 30, 2008, the parties did meet and confer;

Subject to the approval of the Court, the parties hereby stipulate and agree as follows:

1. Regarding the schedule for filing the consolidated complaint and the briefing and hearing of responses thereto:
   a. Plaintiff will file its consolidated complaint on July 28, 2008;
   b. Defendants will file their motion to dismiss on September 26, 2008;
   c. Plaintiff will file its opposition to Defendants' motion to dismiss on November 17, 2008;
   d. Defendants will file their reply in support of their motion to dismiss on December 17, 2008; and
   e. The parties will schedule the hearing on the motion to dismiss on a mutually convenient date to be obtained from the Court.

2. Regarding initial disclosures, early settlement, ADR process selection, and a discovery plan:
   a. The parties will meet and confer about early settlement no later than January 5, 2008; and
   b. The parties will meet and confer about initial disclosures, ADR process selection, and a discovery plan no later than 14 days after the Court enters an order denying Defendants' motion to dismiss.

3. The parties will submit a Rule 26(f) Report and a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference no later than 14 days after they meet and confer regarding initial disclosures, ADR process selection, and a discovery plan.

4. The parties will schedule the initial case management conference for the same day as the hearing on Defendants' motion to dismiss, at a date and time convenient for this Court.

Dated: June 17, 2008                                  ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                                          /s/ Robert P. Varian

                                                                  ROBERT P. VARIAN
                                                                  MICHAEL D. TORPEY
                                                                  AMY M. ROSS
                                                                  BENJAMIN C. GEIGER
                                                                  Attorneys for Defendants
                                                                  SiRF Technology Holdings, Inc.,
                                                           Michael L. Canning, Diosdado P. Banatao,
                                                             Geoffrey Ribar, and Kanwar Chadha

| | |
|---|---|
| Dated: June 17, 2008 | KIRBY MCINERNEY LLP |
| | /s/ Peter S. Linden |
| | IRA M. PRESS (*pro hac vice*)<br>PETER S. LINDEN (*pro hac vice*)<br>Attorneys for Lead Plaintiff Police & Fire<br>Retirement System of the City of Detroit |
| Dated: June 17, 2008 | GLANCY BINKOW & GOLDBERG LLP |
| | /s/ Peter Binkow |
| | PETER BINKOW<br>MICHAEL GOLDBERG<br>SUSAN G. KUPFER<br>Liaison Counsel for Lead Plaintiff Police & Fire<br>Retirement System of the City of Detroit |

FILER'S ATTESTATION:  Pursuant to General Order No. 45, Section X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatories.

| | |
|---|---|
| Dated: June 17, 2008 | Respectfully submitted, |
| | /s/ Robert P. Varian |
| | Robert P. Varian |

*****

After considering the papers submitted by the parties, and finding good cause,

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated:  June ___, 2008 | THE HONORABLE MAXINE M. CHESNEY<br>United States District Judge |