1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   MICHAEL D. TORPEY (STATE BAR NO. 79424)
2  AMY M. ROSS (STATE BAR NO. 215692)
   BENJAMIN C. GEIGER (STATE BAR NO. 245614 )
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   1-415-773-5700
   Facsimile:    1-415-773-5759
6
   Attorneys for Defendants SiRF Technology Holdings, Inc.,
7  Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and
   Kanwar Chadha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | No. C-08-00856-MMC |
| --- | --- |
|  | CLASS ACTION |
| This Document Related To: All Actions | **PROOF OF SERVICE** |

## DECLARATION OF SERVICE BY U.S. MAIL

I am a citizen of the United States, over eighteen years old, and not a party to this action. My place of employment and business address is 405 Howard Street, San Francisco, California 94105.

On June 18, 2008, I served the following document(s):

**Stipulation and [Proposed] Order Setting Schedule**

on the parties listed below:

1. Jules Brody
   Stull Stull & Brody
   6 East 45th Street
   New York, NY 10017

2. Kenneth A. Elan
   Law Offices of Kenneth A. Elan
   217 Broadway, Suite 605
   New York, NY 10007

3. Peter S. Linden
   Sarah G. Lopez
   Kirby McInerney & Squire LLP
   830 Third Avenue, 10th Floor
   New York, NY 10022

4. Randall K. Pulliam
   Cauley, Geller, Bowman & Coates, LLP
   P.O. Box 25438
   Little Rock, AR 72221-5438

5. Michael Goldberg
   Glancy Binkow & Goldberg LLP
   1801 Avenue of the Stars, Suite 311
   Los Angeles, CA 90067

I served the documents by placing true and correct copies thereof in an envelope addressed to the party listed above and then sealing the envelope, affixing adequate first-class postage, and depositing the envelope in the United States mail at San Francisco, California.

Executed on June 18, 2008, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Jessi A. Knight*
Jessi A. Knight