| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | DAVID M. FURBUSH  No. 16637 |
| 2 | 2475 Hanover Street |
|   | Palo Alto, CA  94304-1114 |
| 3 | Telephone: (650) 233-4500 |
|   | Facsimile: (650) 233-4545 |
| 4 | |
|   | Attorneys for Defendants |
| 5 | SIRF TECHNOLOGY HOLDINGS, INC., MICHAEL L. |
|   | CANNING, DIOSDADO P. BANATAO, GEOFFREY |
| 6 | RIBAR AND KANWAR CHADHA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) | No. CV 08-00856-MMC |
| This Document Related To:  All Actions | ) ) ) ) | CLASS ACTION |

NOTICE OF WITHDRAWAL OF COUNSEL AND

[PROPOSED] ORDER RE SAME

701151038v1                                          - 1 -                      NOTICE OF WITHDRAWAL OF COUNSEL
                                                                                AND [PROPOSED] ORDER RE SAME
                                                                                Case No. CV 08-00856-MMC

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to the United State District Court for the

3  Northern District of California Local Rule 11-5, Pillsbury Winthrop Shaw Pittman LLP

4  hereby withdraws as counsel of record for Defendants SiRF Technology Holdings, Inc.,

5  Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar, and Kanwar Chadha.  Said

6  defendants will continue to be represented by Orrick Herrington & Sutcliffe LLP.

7  Dated:  June 24 2008.

8  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID M. FURBUSH
9  2475 Hanover Street
   Palo Alto, CA  94304-1114

11

By _____/s/_____

12

Attorneys for Defendants
13  SIRF TECHNOLOGY HOLDINGS, INC.,
    MICHAEL L. CANNING, DIOSDADO P.
14  BANATAO, GEOFFREY RIBAR AND
    KANWAR CHADHA

17  **IT IS SO ORDERED.**

19  Dated: June 25, 2008          _____
20                                 The Honorable Maxine M. Chesney
                                   United States District Judge