PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (31) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166
Email: skupfer@glancylaw.com

RANDALL K. BERGER (*pro hac vice pending*)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 317-6600
Fax: (212) 751-2540
Email: rberger@kmllp.com

*Attorneys for Detroit Police & Fire Retirement System of the City of Detroit*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | **CASE NO**. 3:08-cv-00856-MMC <br><br> **CERTIFICATE OF RANDALL K. BERGER PURSUANT TO LOCAL RULE 3-7(d)** |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Randall K. Berger, declares as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. If called as a witness, I could and would competently testify thereto. Executed this 24rd day of July, 2008, at New York, NY.

                                                         _/s/ Randall K. Berger_____

                                                        RANDALL K. BERGER

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90291.

On July 24, 2008, I served the following by posting such document electronically to the ECF website of the United States District Court for the Northern District of California:

1. **CERTIFICATE OF RANDALL K. BERGER PURSUANT LOCAL RULE 3-7(d).**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

SEE SERVICE LIST

Executed on July 24, 2008, at Los Angeles, California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Zabella Moore

Zabella Moore

**SERVICE LIST**

**Electronically to all ECF-Registered Entities**

3:08-cv-856 Notice has been electronically mailed to:

Ramzi Abadou     ramzia@csgrr.com, debh@csgrr.com

Jeffrey S. Abraham     jabraham@aftlaw.com

Vahn Alexander     service@wyca.com

Peter Arthur Binkow     info@glancylaw.com, pbinkow@glancylaw.com

Patrice L. Bishop     service@ssbla.com

Robert P. Frutkin     robertf@bernardmgross.com

David Malcolm Furbush     david.furbush@pillsburylaw.com, frances.ceccacci@pillsburylaw.com

Benjamin Cunningham Geiger     bgeiger@orrick.com

Deborah R. Gross     debbie@bernardmgross.com

Reed R. Kathrein     reed@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey W. Lawrence     jeffreyl@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, GDarwish@csgrr.com

Leigh Anne Parker     info@wllawca.com, lparker@weisslurie.com

Alan Roth Plutzik     aplutzik@bramsonplutzik.com

Michael Francis Ram     mfr@lrolaw.com, amw@lrolaw.com

Darren Jay Robbins     e_file_sd@csgrr.com

Amy M. Ross     aross@orrick.com

Adrian James Sawyer     sawyer@kerrwagstaffe.com, murphy@kerrwagstaffe.com

Michael David Torpey     mtorpey@orrick.com

Robert P. Varian     rvarian@orrick.com

**CERTIFICATE OF RANDALL K. BERGER PURSUANT TO LOCAL RULE 3-7(d)**         4

1  Shawn A. Williams    shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com,

2  e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com

3  **By U.S. Mail To All Known Non-ECF Registered Entities**

4

5  Jules Brody
6  Stull Stull & Brody
   6 East 45th Street
7  New York, NY 10017

8

9  Kenneth A. Elan
   Law Offices of Kenneth A. Elan
10 217 Broadway
   Suite 605
11 New York, NY 10007

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF RANDALL K. BERGER PURSUANT TO LOCAL RULE 3-7(d)    5