ORIGINAL

08 JUL 24  PM 2: 40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (31) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166
Email: skupfer@glancylaw.com

IRA M. PRESS
PETER S. LINDEN
RANDALL K. BERGER
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 317-6600
Fax: (212) 751-2540
Email: plinden@kmllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION

CASE NO. 3:08-cv-00856-MMC

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Randall K. Berger, an active member in good standing of the bar of the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Police and Fire Retirement System of the City of Detroit in the above-entitled action.

In support of this application, I certify on oath that:

1

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael Goldberg (#188669)
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2008

Randall K. Berger

2

RECEIVED
08 JUL 24 PM 2: 40
CLERK U.S.
NORTHERN DIST. DISTRICT COURT
RICHARD W. WIEKING
OF CALIFORNIA

1 | PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
2 | GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
3 | Los Angeles, CA 90067
Tel: (31) 201-9150
4 | Fax: (310) 201-9160
Email: info@glancylaw.com
5 |

6 | SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
7 | One Embarcadero Center, Suite 760
San Francisco, CA 94111
8 | Tel: (415) 972-8160
Fax: (415) 972-8166
9 | Email: skupfer@glancylaw.com

10 |
IRA M. PRESS
11 | PETER S. LINDEN
RANDALL K. BERGER
12 | KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
13 | New York, NY 10022
Tel: (212) 317-6600
14 | Fax: (212) 751-2540
15 | Email: plinden@kmllp.com

16 | **UNITED STATES DISTRICT COURT**

17 | **NORTHERN DISTRICT OF CALIFORNIA**

18 |

19 | In Re SiRF TECHNOLOGY HOLDINGS, | **CASE NO**. 3:08-cv-00856-MMC
INC. SECURITIES LITIGATION |
20 | | **(Proposed)**
**ORDER GRANTING APPLICATION**
21 | | **FOR ADMISSION OF ATTORNEY** *PRO*
*HAC VICE*
22 |

23 |
Randall K. Berger, an active member in good standing of the bar of the United States
24 |
District Court for the Southern District of New York, whose business address and telephone number
25 |
26 | is
27 | Kirby McInerney LLP
825 Third Avenue, 16th Floor
28 |

1 | New York, NY 10022
Tel: (212) 371-6600

2

3 having applied in the above-entitled action for admission to practice in the Northern District of

4 California on a *pro hac vice* basis, representing Police and Fire Retirement System of the City of

5 Detroit.

6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

8 *vice*. Service of papers upon and communication with co-counsel designated in the application will

9 constitute notice to the party. All future filings in this action are subject to the requirements

10 contained in General Order No. 45, *Electronic Case Filing*.

11

12

13 Dated:

14

15                                         Hon. Maxine M. Chesney
                                        United States Judge Magistrate

16

17

18

19

20

21

22

23

24

25

26

27

28

4