1  PETER A. BINKOW(#173848)
2  MICHAEL GOLDBERG (#188669)
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5  Email: info@glancylaw.com

6

7  IRA M. PRESS
   PETER S. LINDEN
8  KIRBY MCINERNEY LLP
   830 Third Avenue, 10th Floor
9  New York, New York 10022
   Telephone:    (212) 317-2300
10 Facsimile:     (212) 751-2540
   Email: ipress@kmllp.com
11

12

13                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | In Re SiRF TECHNOLOGY HOLDINGS, | Master File No. |
   | INC. SECURITIES LITIGATION | C 08 00856 |
16 
17 | _____ | |
   | This Document Related To: | |
18 | | |
   | All Actions | |
19

20

21   **PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN
     DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45
22             AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

23

24

25  I, the undersigned, say:

26        I am a citizen of the United States and am employed in the office of a member of the Bar

27  of this Court. I am over the age of 18 and not a party to the within action. My business address

28  is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90291.

---
3:08-cv-00856-MMC
PROOF OF SERVICE

1