1  On July 28, 2008, I served the following by posting such document electronically to the ECF website of the United States District Court for the Northern District of California:

1. AMENDED COMPLAINT FOR VIOLATION OF THE SECURITIES LAWS

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.  They are:

**SEE SERVICE LIST**

Executed on July 28, 2008, at Los Angeles, California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Zabella Moore*

**Zabella Moore**

**SERVICE LIST**

**Electronically to all ECF-Registered Entities**

3:08-cv-856 Notice has been electronically mailed to:

Ramzi Abadou    ramzia@csgrr.com, debh@csgrr.com

Jeffrey S. Abraham    jabraham@aftlaw.com

Vahn Alexander    service@wyca.com

Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

Patrice L. Bishop    service@ssbla.com

Robert P. Frutkin    robertf@bernardmgross.com

David Malcolm Furbush    david.furbush@pillsburylaw.com, frances.ceccacci@pillsburylaw.com

Benjamin Cunningham Geiger    bgeiger@orrick.com

Deborah R. Gross    debbie@bernardmgross.com

Reed R. Kathrein    reed@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey W. Lawrence    jeffreyl@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, GDarwish@csgrr.com

Leigh Anne Parker    info@wllawca.com, lparker@weisslurie.com

Alan Roth Plutzik    aplutzik@bramsonplutzik.com

Michael Francis Ram    mfr@lrolaw.com, amw@lrolaw.com

Darren Jay Robbins    e_file_sd@csgrr.com

Amy M. Ross    aross@orrick.com

Adrian James Sawyer    sawyer@kerrwagstaffe.com, murphy@kerrwagstaffe.com

Michael David Torpey    mtorpey@orrick.com

Robert P. Varian    rvarian@orrick.com

Shawn A. Williams    shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com

**By U.S. Mail To All Known Non-ECF Registered Entities**

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway
Suite 605
New York, NY 10007

Peter S. Linden
Sarah G. Lopez
Randall K. Berger
Kirby McInerny LLP
825 Third Avenue
16th Floor
New York, NY 10022

Randall K. Pulliam
Cauley, Geller, Bowman & Coates LLP
PO Box 25438
Little Rock, AR 72221