PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (31) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166
Email: skupfer@glancylaw.com

IRA M. PRESS
PETER S. LINDEN
RANDALL K. BERGER
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 317-6600
Fax: (212) 751-2540
Email: plinden@kmllp.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | CASE NO. 3:08-cv-00856-MMC<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Randall K. Berger, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is

Kirby McInerney LLP
825 Third Avenue, 16th Floor

3

1  New York, NY 10022
   Tel: (212) 371-6600

2

3  having applied in the above-entitled action for admission to practice in the Northern District of

4  California on a *pro hac vice* basis, representing Police and Fire Retirement System of the City of

5  Detroit.

6       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

8  *vice*. Service of papers upon and communication with co-counsel designated in the application will

9  constitute notice to the party. All future filings in this action are subject to the requirements

10 contained in General Order No. 45, *Electronic Case Filing*.

11

12

13 Dated:  July 29, 2008

14                                                          _____
15                                                          Hon. Maxine M. Chesney
                                                            United States ~~Judge Magistrate~~
16                                                                    District Judge

17

18

19

20

21

22

23

24

25

26

27

28

4