Ira M. Press (*pro hac vice*)
Sarah G. Lopez (*pro hac vice*)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
Email: ipress@kmllp.com

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Related To:<br><br>All Actions | Master File No.<br>C 08 00856<br><br>**NOTICE OF CHANGE OF LAW FIRM ADDRESS** |

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney LLP has moved its office from **830 Third Avenue, 10th Floor New York, NY 10022** to **825 Third Avenue, 16th Floor, New York NY 10022**. In addition, the firm's domain name has changed from "**kmslaw.com**" to "**kmllp.com**". The telephone and facsimile numbers remain the same.

Dated: August 4, 2008

Respectfully submitted,

**KIRBY McINERNEY LLP**

By: /S/
Ira M. Press
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371 - 6600
Fax: (212) 751 - 2540
E-mail: ipress@kmllp.com