JAMES G. KREISSMAN, 206740
jkreissman@stblaw.com
SIMONA G. STRAUSS, 203062
sstrauss@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

Attorneys for Defendants
SiRF Technology Holdings, Inc., Michael L. Canning,
Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 3:08-cv-00856-MMC<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER** |
|---|---|

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** SIMPSON THACHER & BARTLETT LLP hereby substitutes for and replaces ORRICK, HERRINGTON & SUTCLIFFE LLP as counsel of record for Defendants SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar, and Kanwar Chadha in the above-captioned action.

Dated: December 17, 2008

                SIMPSON THACHER & BARTLETT LLP

By    /s/
James G. Kreissman, 206740
jkreissman@stblaw.com
Simona G. Strauss, 203062
sstrauss@stblaw.com
Attorneys for Defendants SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha

I consent to the above substitution of counsel.

Dated: December 17, 2008

                ORRICK, HERRINGTON & SUTCLIFFE, LLP

By    /s/
Robert P. Varian, 107459
rvarian@orrick.com

I consent to the above substitution of counsel.

Dated: December 17, 2008

                SIRF TECHNOLOGY HOLDINGS, INC.

By    /s/
Adam Dolinko, General Counsel
SiRF Technology Holdings, Inc.

1  I consent to the above substitution of counsel.

3  Dated: December 17, 2008

5                                /s/
                    MICHAEL L. CANNING

7  Dated: December 17, 2008

9                                /s/
                   DIOSDADO P. BANATAO

11  Dated: December 17, 2008

13                                /s/
                        GEOFFREY RIBAR

15  Dated: December 17, 2008

17                                /s/
                       KANWAR CHADHA

20  IT IS SO ORDERED.

23  DATED: _____, 2008        _____
                                                                Hon. Maxine M. Chesney

**ECF FILER'S ATTESTATION**

I, James G. Kreissman, as the e-filing signatory, attest that concurrence in filing this document has been obtained from the signatories hereto. In accordance with General Order 45, Section X(B), I shall maintain a record of the original signatures to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action.

Dated: December 17, 2008

By        /s/
    James G. Kreissman