JAMES G. KREISSMAN, 206740
jkreissman@stblaw.com
SIMONA G. STRAUSS, 203062
sstrauss@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants
SiRF Technology Holdings, Inc., Michael L. Canning,
Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>―――――――――――――――――<br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 3:08-cv-00856-MMC<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** SIMPSON THACHER & BARTLETT LLP hereby substitutes for and replaces ORRICK, HERRINGTON & SUTCLIFFE LLP as counsel of record for Defendants SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar, and Kanwar Chadha in the above-captioned action.

DEFS.' NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER
CASE NO.: 3:08-cv-00856-MMC
1

1  Dated:  December 17, 2008

2                                              SIMPSON THACHER & BARTLETT LLP

3

4                                              By _____/s/_____
                                                   James G. Kreissman, 206740
5                                                  jkreissman@stblaw.com
                                                   Simona G. Strauss, 203062
6                                                  sstrauss@stblaw.com
                                                   Attorneys for Defendants SiRF Technology
7                                                  Holdings, Inc., Michael L. Canning, Diosdado P.
                                                   Banatao, Geoffrey Ribar and Kanwar Chadha
8

9  I consent to the above substitution of counsel.

10

11 Dated: December 17, 2008

12                                             ORRICK, HERRINGTON & SUTCLIFFE, LLP

13

14                                             By _____/s/_____
                                                   Robert P. Varian, 107459
15                                                 rvarian@orrick.com

16 I consent to the above substitution of counsel.

17

18 Dated: December 17, 2008

19                                             SIRF TECHNOLOGY HOLDINGS, INC.

20

21                                             By _____/s/_____
                                                   Adam Dolinko, General Counsel
22                                                 SiRF Technology Holdings, Inc.

23

24

25

26

27

28

---

DEFS.' NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER
CASE NO.: 3:08-cv-00856-MMC

1 | I consent to the above substitution of counsel.

3 | Dated: December 17, 2008

5 | /s/
MICHAEL L. CANNING

7 | Dated: December 17, 2008

9 | /s/
DIOSDADO P. BANATAO

11 | Dated: December 17, 2008

13 | /s/
GEOFFREY RIBAR

15 | Dated: December 17, 2008

17 | /s/
KANWAR CHADHA

20 | IT IS SO ORDERED.

23 | DATED: __December 18__, 2008

Hon. Maxine M. Chesney