1   JAMES G. KREISSMAN, 206740
    jkreissman@stblaw.com
2   SIMONA G. STRAUSS, 203062
    sstrauss@stblaw.com
3   SIMPSON THACHER & BARTLETT LLP
    2550 Hanover Street
4   Palo Alto, California  94304
    Telephone: (650) 251-5000
5   Facsimile:  (650) 251-5002

6   Attorneys for Defendants
    SiRF Technology Holdings, Inc., Michael L. Canning,
7   Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha

8                          UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11  IN RE SiRF TECHNOLOGY HOLDINGS, INC.         Case No. 3:08-cv-00856-MMC
    SECURITIES LITIGATION
12                                               **CLASS ACTION**

13  _____          **JOINT STIPULATION AND
                                                 [PROPOSED] ORDER CONTINUING
14  THIS DOCUMENT RELATES TO                     THE HEARING ON DEFENDANTS'
    ALL ACTIONS                                  MOTION TO DISMISS THE
15                                               AMENDED COMPLAINT**

16                                               **Prior Hearing Date:**  January 30,
                                                 2009
17
                                                 **New Hearing Date:** March 6, 2009
18
                                                 [Declaration of Simona G. Strauss
19                                               filed concurrently herewith]

20

21

22

23

24

25

26

27

28

1         Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District

2  for the Northern District of California, Defendants SiRF Technology Holdings, Inc., Michael L.

3  Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha (collectively, "Defendants"),

4  and Lead Plaintiff ("Plaintiff"), by and through their counsel, submit this Joint Stipulation and

5  Proposed Order Continuing the Hearing on Defendants' Motion to Dismiss (the "Motion") the

6  Amended Complaint for Violation of the Securities Laws (the "Amended Complaint"), scheduled

7  to be heard on January 30, 2009 (the "Hearing").

8         WHEREAS, on June 24, 2008, this Court entered an Order Setting Schedule (the

9  "Scheduling Order") setting a deadline for Plaintiff to file a consolidated complaint, setting a

10  briefing schedule for Defendants' Motion to Dismiss, and requiring the parties to meet and confer

11  regarding early settlement no later than January 5, 2009;

12         WHEREAS, pursuant to the Scheduling Order, Plaintiff filed the Amended

13  Complaint on July 28, 2008;

14         WHEREAS, pursuant to the Scheduling Order, Defendants filed their Motion on

15  September 26, 2008;

16         WHEREAS, pursuant to the Scheduling Order, Plaintiff filed its opposition to the

17  Motion on November 17, 2008;

18         WHEREAS, pursuant to the Scheduling Order, Defendants filed their reply in

19  support of the Motion on December 17, 2008;

20         WHEREAS, pursuant to the Scheduling Order, the parties met and conferred about

21  early settlement on January 5, 2009;

22         WHEREAS, the Hearing is currently scheduled to occur on January 30, 2009;

23         WHEREAS, the parties wish to attempt to resolve the above-captioned matter and

24  related litigation pending in another court without the expense of additional litigation; and

25         WHEREAS, the parties agree that this Stipulation does not waive any of the rights

26  or defenses available to either party, and that each party reserves its rights to assert any and all

27  rights and defenses in the future;

28         NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

1    Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and

2  7-12 of the Federal District Court for the Northern District of California, that the Hearing be

3  continued to 9 a.m. on Friday, March 6, 2009.

4  Dated: January 22, 2009              KIRBY McINERNEY LLP

5

6                                          /s/

7                                 Randall K. Berger
                                Attorneys for Lead Plaintiff

8

9  Dated: January 22, 2009              SIMPSON THACHER & BARTLETT LLP

10

11                                         /s/

12                                James G. Kreissman
                         Attorneys for Defendants SiRF Technology
                       Holdings, Inc., Michael L. Canning, Diosdado P.
13                      Banatao, Geoffrey Ribar and Kanwar Chadha

14

15    PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated:  _January 23_____, 2009      By _____

18                                The Honorable Maxine M. Chesney
                                  United States District Judge

19

20

21

22

23

24

25

26

27

28