JAMES G. KREISSMAN, 206740
jkreissman@stblaw.com
SIMONA G. STRAUSS, 203062
sstrauss@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants
SiRF Technology Holdings, Inc., Michael L. Canning,
Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 3:08-cv-00856-MMC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**Prior Hearing Date:** March 6, 2009<br><br>**New Hearing Date:** April 17, 2009<br><br>Hon. Maxine Chesney<br><br>[Declaration of Simona G. Strauss filed concurrently herewith] |

1   Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the United States
2   District Court for the Northern District of California, Defendants SiRF Technology Holdings, Inc.,
3   Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha (collectively,
4   "Defendants"), and Lead Plaintiff ("Plaintiff), by and through their counsel, submit this Joint
5   Stipulation and Proposed Order Continuing the Hearing on Defendants' Motion to Dismiss (the
6   "Motion") the Amended Complaint for Violation of the Securities Laws (the "Amended
7   Complaint"), scheduled to be heard on March 6, 2009 (the "Hearing").
8   WHEREAS, on June 24, 2008, this Court entered an Order Setting Schedule (the
9   "Scheduling Order") setting a deadline for Plaintiff to file a consolidated complaint, setting a
10  briefing schedule for Defendants' Motion to Dismiss, and requiring the parties to meet and confer
11  regarding early settlement no later than January 5, 2009;
12  WHEREAS, pursuant to the Scheduling Order, Plaintiff filed the Amended
13  Complaint on July 28, 2008;
14  WHEREAS, pursuant to the Scheduling Order, Defendants filed their Motion on
15  September 26, 2008, noticing the Motion for January 30, 2009;
16  WHEREAS, on January 22, 2009, the parties submitted a Joint Stipulation and
17  Proposed Order Continuing the Hearing to March 6, 2009, which the Court approved by order
18  dated January 23, 2009;
19  WHEREAS, the Hearing is currently scheduled to occur on March 6, 2009;
20  WHEREAS, the parties continue to wish to attempt to resolve the above-captioned
21  matter and related litigation pending in another court without the expense of additional litigation,
22  and are scheduling a mediation to occur in the next several weeks; and
23  WHEREAS, the parties agree that this Stipulation does not waive any of the rights
24  or defenses available to either party, and that each party reserves its rights to assert any and all
25  rights and defenses in the future;
26  NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:
27
28

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE HRG    Case No. 3:08-cv-00856-MMC

Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and 7-12 of the United States District Court for the Northern District of California, that the Hearing be continued to 9 a.m. on Friday, April 17, 2009.

Dated: February 26, 2009         KIRBY McINERNEY LLP

                                                    /s/
                                          Randall K. Berger
                                       Attorneys for Lead Plaintiff

Dated: February 26, 2009         SIMPSON THACHER & BARTLETT LLP

                                                    /s/
                                          James G. Kreissman
                                Attorneys for Defendants SiRF Technology
                                Holdings, Inc., Michael L. Canning, Diosdado P.
                                 Banatao, Geoffrey Ribar and Kanwar Chadha

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 27, 2009        By  /s/ Maxine M. Chesney
                                    The Honorable Maxine M. Chesney
                                    United States District Judge