IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITITGATION _____ This Document Relates To:    All Actions _____/ | No. C-08-0856 MMC **ORDER VACATING APRIL 17, 2009 HEARING** |

    Before the Court is defendants' Motion to Dismiss, filed September 26, 2008, as revised September 29, 2008. Lead plaintiff Police & Fire Retirement System of the City of Detroit has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter suitable for decision on the papers submitted and VACATES the hearing scheduled for April 17, 2009.

    **IT IS SO ORDERED.**

Dated: April 15, 2009

MAXINE M. CHESNEY
United States District Judge