IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br>   All Actions<br>_____/ | Master File No. C 08-0856 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

It having been requested by the parties, through the parties' designated mediator, that the Court defer ruling on defendants' Motion to Dismiss pending the parties' anticipated resolution of the matter in the course of mediation, and the Court to date having received no further information in that regard, the parties are hereby DIRECTED to file, no later than May 22, 2009, a joint status report regarding the status of the mediation and the above-referenced motion.

**IT IS SO ORDERED.**

Dated: May 5, 2009

MAXINE M. CHESNEY
United States District Judge