1    JAMES G. KREISSMAN, 206740
     jkreissman@stblaw.com
2    SIMONA G. STRAUSS, 203062
     sstrauss@stblaw.com
3    SIMPSON THACHER & BARTLETT LLP
     2550 Hanover Street
4    Palo Alto, California  94304
     Telephone: (650) 251-5000
5    Facsimile:  (650) 251-5002

6    Attorneys for Defendants
     SiRF Technology Holdings, Inc., Michael L. Canning,
7    Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha

8    RANDALL K. BERGER (*pro hac vice*)
     rberger@kmllp.com
9    IRA M. PRESS (*pro hac vice*)
     ipress@kmllp.com
10   PETER S. LINDEN (*pro hac vice*)
     plinden@kmllp.com
11   KIRBY McINERNEY LLP
     825 Third Avenue, 16th Floor
12   New York, NY  10022
     Telephone: (212) 371-6600
13   Facsimile: (212) 751-2540

14   Lead Counsel for Lead Plaintiff
     [Additional Counsel on Signature Page]
15

16                    UNITED STATES DISTRICT COURT

17          FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19   IN RE SiRF TECHNOLOGY HOLDINGS, INC.         Case No. 3:08-cv-00856-MMC
     SECURITIES LITIGATION
20                                                **CLASS ACTION**

21   ——————————————————————————                   **JOINT STATUS REPORT**

22   THIS DOCUMENT RELATES TO                       AND ORDER THEREON
     ALL ACTIONS
23

24

25

26

27

28

1    Pursuant to the Court's order dated May 5, 2009, Defendants SiRF Technology

2  Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar, and Kanwar Chadha

3  and Lead Plaintiff Police & Fire Retirement System of the City of Detroit respectfully submit this

4  Joint Status Report.

5    On April 3, 2009, the parties participated in a mediation conducted by JAMS in

6  New York, New York.  Following that mediation, the parties have continued to discuss a potential

7  settlement of this action, and have made substantial progress in that regard.  Although the parties

8  have not finalized the terms of a settlement agreement, they remain optimistic that they will be

9  able to resolve this matter.  In order to facilitate this resolution, the parties respectfully request that

10  the Court continue to defer ruling on the pending motion to dismiss.

11    The parties propose that they will provide a further status update to the Court on or

12  before June 19, 2009.

13  Dated: May 22, 2009          SIMPSON THACHER & BARTLETT LLP

14

15                                          /s/

16  James G. Kreissman
    Attorneys for Defendants SiRF Technology
17  Holdings, Inc., Michael L. Canning, Diosdado P.
    Banatao, Geoffrey Ribar and Kanwar Chadha

18  Dated: May 22, 2009          KIRBY McINERNEY LLP

19

20                                          /s/

21  Randall K. Berger
    Lead Counsel for Lead Plaintiff

22  Dated: May 22, 2009          GLANCY BINKOW & GOLDBERG LLP

23

24                                          /s/

25  Lionel Z. Glancy
    Peter A. Binkow
26  Michael A. Goldberg
    Liaison Counsel for Lead Plaintiff

27

28

1

**ECF FILER'S ATTESTATION**

2    I, James G. Kreissman, as the e-filing signatory, attest that concurrence in filing the

3 Joint Status Report has been obtained from Randall K. Berger and Lionel Z. Glancy.  In

4 accordance with General Order 45, Section X(B), I shall maintain a record of the original

5 signatures to support this concurrence for subsequent production for the Court if so ordered or for

6 inspection upon request by a party until one year after final resolution of the action.

7 Dated:  May 22, 2009

8         By  _____/s/_____

9            James G. Kreissman

10

11

12

13

14

# ORDER

15

16   No later than June 19, 2009, the parties shall file a Joint Status Report.

17  **IT IS SO ORDERED.**

18

19 DATED: May 26, ~~2007~~  2009        _____

20              United States District Judge

21

22

23

24

25

26

27

28