```
 1  JAMES G. KREISSMAN, 206740
    jkreissman@stblaw.com
 2  SIMONA G. STRAUSS, 203062
    sstrauss@stblaw.com
 3  SIMPSON THACHER & BARTLETT LLP
    2550 Hanover Street
 4  Palo Alto, California  94304
    Telephone: (650) 251-5000
 5  Facsimile:  (650) 251-5002

 6  Attorneys for Defendants
    SiRF Technology Holdings, Inc., Michael L. Canning,
 7  Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chadha

 8  RANDALL K. BERGER (*pro hac vice*)
    rberger@kmllp.com
 9  IRA M. PRESS (*pro hac vice*)
    ipress@kmllp.com
10  PETER S. LINDEN (*pro hac vice*)
    plinden@kmllp.com
11  KIRBY McINERNEY LLP
    825 Third Avenue, 16th Floor
12  New York, NY  10022
    Telephone: (212) 371-6600
13  Facsimile: (212) 751-2540

14  Lead Counsel for Lead Plaintiff
    [Additional Counsel on Signature Page]
15
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION | Case No. 3:08-cv-00856-MMC |
|---|---|
| | **CLASS ACTION** |
| | **JOINT STATUS REPORT** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | AND ORDER THEREON |

Pursuant to order of the Court dated May 26, 2009, Defendants SiRF Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar, and Kanwar Chadha and Lead Plaintiff Police & Fire Retirement System of the City of Detroit respectfully submit this Joint Status Report.

The parties have continued to attempt to resolve this matter and are optimistic that they will be able to reach an agreement on settlement terms shortly. In order to facilitate this resolution, the parties respectfully request that the Court continue to defer ruling on the pending motion to dismiss. The parties do not anticipate seeking a further extension.

The parties propose that they will provide a further status update to the Court on or before July 10, 2009.

Dated: June 19, 2009               SIMPSON THACHER & BARTLETT LLP


                                                   /s/
                                   James G. Kreissman
                                   Attorneys for Defendants SiRF Technology
                                   Holdings, Inc., Michael L. Canning, Diosdado P.
                                   Banatao, Geoffrey Ribar and Kanwar Chadha

Dated: June 19, 2009               KIRBY McINERNEY LLP


                                                   /s/
                                   Randall K. Berger
                                   Lead Counsel for Lead Plaintiff

Dated: June 19, 2009               GLANCY BINKOW & GOLDBERG LLP


                                                   /s/
                                   Lionel Z. Glancy
                                   Peter A. Binkow
                                   Michael A. Goldberg
                                   Liaison Counsel for Lead Plaintiff

## ORDER

The parties shall file a Joint Status Report no later than July 10, 2009

DATED: June 22, 2009                       _____
                                           United States District Judge