IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>   All Actions<br><br>_____/ | Master File No. C 08-0856 MMC<br><br>**ORDER DEEMING MOTION TO DISMISS WITHDRAWN WITHOUT PREJUDICE** |

      Before the Court are (1) the parties' Joint Status Report, filed July 14, 2009, in which the parties report they have entered into a stipulation of settlement, and (2) plaintiff's "Unopposed Motion for Preliminary Approval of Settlement [and for] Preliminary Certification of the Settlement Class," filed July 27, 2009.

      In light of the parties' settlement, the Court deems defendants' motion to dismiss, filed September 29, 2008, to be withdrawn, without prejudice to defendants' renoticing the motion in the event the settlement is not approved or otherwise not effectuated.

      **IT IS SO ORDERED.**

Dated: July 29, 2009

                                           MAXINE M. CHESNEY
                                           United States District Judge