UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SiRF TECHNOLOGY HOLDINGS, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 3:08-cv-00856-MMC<br><br>**CLASS ACTION**<br><br>**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, HEARING ON PROPOSED SETTLEMENT AND ATTORNEYS' FEE PETITION AND RIGHT TO SHARE IN NET SETTLEMENT FUND** |

TO:   ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED SiRF TECHNOLOGY HOLDINGS, INC. ("SIRF") COMMON STOCK BETWEEN JUNE 21, 2007 AND MARCH 24, 2008, INCLUSIVE ("THE SETTLEMENT CLASS PERIOD").

YOU ARE HEREBY NOTIFIED, that the above-captioned action has been preliminarily certified as a class action for the purposes of settlement and that a settlement for $2,900,000 has been proposed.  A hearing will be held before the Honorable Maxine M. Chesney in the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, at 9:00 a.m., on January 8, 2010 to determine, among other things, whether: (1) the proposed settlement of the claims in the Action should be approved by the Court as fair, reasonable, and adequate; (2) this consolidated action should be dismissed with prejudice; (3) the Plan of Allocation is fair and reasonable and should be approved; and (4) Lead Counsel's application for the payment of attorneys' fees and reimbursement of costs and expenses incurred in connection with this Action should be granted.

IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.  If you have not yet received the full printed Notice of Pendency of Class Action and Hearing On Proposed Settlement and Attorneys' Fee Petition and Right to Share in Settlement Fund (the "Notice") and a Proof of Claim and Release form, you may obtain copies of these documents by contacting the Claims Administrator at the following address:

In re SiRF Technology Holdings, Inc. Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9349
Dublin, OH 43017-4249
1-866-396-5584

Inquiries, other than requests for the forms of Notice and Proof of Claim and Release, may be made to Lead Plaintiff's Lead Counsel:

Randall K. Berger, Esq.
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600

To participate in the Settlement, you must submit a Proof of Claim and Release no later than November 13, 2009.  You will be bound by any judgment rendered in the Action unless you request to be excluded, in writing and pursuant to the instructions set forth in the Notice, to the above mailing address of the Claims Administrator, postmarked by November 13, 2009.  Any objection to the settlement, the plan of allocation, or the application for attorneys' fees and expenses must be filed, together with the copies of all other papers and briefs, with the Court no later than November 13, 2009 and with copies to all Counsel, to the addresses below:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (San Francisco Division)
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

and

| Lead Plaintiff's Lead Counsel: | Defendants' Counsel: |
|---|---|
| Randall K. Berger, Esq.<br>KIRBY McINERNEY LLP<br>825 Third Avenue, 16th Floor<br>New York, NY 10022<br>(212) 371-6600 | James G. Kreissman, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>(650) 251-5000 |

Further information may be obtained by directing your inquiry in writing to the Claims Administrator.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE**

DATED: August 14, 2009

By Order Of The Clerk of the Court
United States District Court
for the Northern District of California
(San Francisco Division)