

Exhibit A

~~EXHIBIT D~~

**SiRF Technology Holdings, Inc. Securities Litigation Requests For Exclusion**

| ID Number | Name | PostMarked Date | Status |
|---|---|---|---|
| 418 | Warren E. Hovren | 10/5/2009 | Timely |
| 637 | Donna M. Chang | 10/30/2009 | Timely |
| 1125 | Faye Krone | 11/12/2009 | Timely |
| 1141 | Robert Pereschitz | 11/13/2009 | Timely |
| 10001403 | Jeffrey W Bowyer | 9/10/2009 | Timely |
| 10011290 | Cary D Honganen IRA | 11/8/2009 | Timely |
| 10049626 | Warrenwicklund Technology | 11/12/2009 | Timely |
| 10051978 | Alexander A Gonsalves & Joane E Gonsalves JTWROS | 11/10/2009 | Timely |
| 10056373 | Phillip A Willard | 11/12/2009 | Timely |